UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-XXXX

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

Defendants.

## **CERTIFICATION OF CHRISTOPHER JOHN CLARK, ESQ.**

Christopher John Clark, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar and Connecticut Bar, and admitted to practice in the Supreme Court of the United States, United States Courts of Appeals for the Second and Seventh Circuits, and United States District Courts for the Southern and Eastern Districts of New York, the District of Connecticut, and the District of Colorado; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Christopher J. Clark*
Christopher John Clark, Esq.
N.Y. Bar No. 2854222
clark@csvllp.com
Clark Smith Villazor LLP
666 Third Ave., 21st Fl.
New York, NY 10017
Tel.: (212) 377-0850