UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

Defendants.

**CERTIFICATION OF RODNEY VILLAZOR, ESQ.**

Rodney Villazor, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, New Jersey Bar, and California Bar, and admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the Northern and Central Districts of California, the District of Colorado, and the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Rodney Villazor*
Rodney Villazor, Esq.
N.Y. Bar No. 4003596
rodney.villazor@csvllp.com
Clark Smith Villazor LLP
666 Third Ave., 21st Fl.
New York, NY 10017
Tel.: (212) 377-0850