UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

     Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

     Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Natalia De Barros Lima, Esq. of the law firm of Clark Smith Villazor LLP, 666 Third Avenue, 21st Floor, New York, NY 10017 & Phone (212) 377-0850 & E-Mail natalia.lima@csvllp.com, for purposes of appearance as co-counsel on behalf of Plaintiff Alice Rosenblum, on behalf of herself and all others similarly situated, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Natalia De Barros Lima, Esq. to receive electronic filings in this case, and in support thereof states as follows:

  1. Natalia De Barros Lima, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar, and admitted to practice in United States District Court for the Southern and Eastern Districts of New York.

2. Movant, Jonathan Noah Schwartz, Esquire, of the law firm of Schwartz Breslin PLLC, The Alfred I. DuPont Building, 169 E. Flagler St., Ste. 700, Miami, FL 33131 & Phone (305) 577-4626 & E-Mail JS@JSJB.Law, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Natalia De Barros Lima, Esq. has made payment of this Court's $250 admission fee upon submission of this Motion. A certification in accordance with Rule 4(b) is attached hereto.

4. Natalia De Barros Lima, Esq., by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court provide Notice of Electronic Filings to Natalia De Barros Lima, Esq. at the email address: natalia.lima@csvllp.com.

WHEREFORE, Jonathan Noah Schwartz, Esq., moves this Court to enter an Order allowing Natalia De Barros Lima, Esq. to appear before this Court on behalf of Plaintiff Alice Rosenblum, on behalf of herself and all others similarly situated, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Natalia De Barros Lima, Esq.

Date: February 26, 2025.    Respectfully submitted,

*/s/ Jonathan Noah Schwartz*
Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
E-Mail: JS@JSJB.Law; Tel.: (305) 577-4626
Schwartz Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St., Miami, FL 33131
*Attorney for Plaintiff*