**Wednesday, February 26, 2025 at 15:01:41 Eastern Standard Time**

**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT
**Date:** Wednesday, February 26, 2025 at 2:30:18 PM Eastern Standard Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Jonathan Schwartz

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 6553124
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $250.00
Tracking Id: AFLSDC-18237330
Approval Code: 188822
Card Number: ************3006
Date/Time: 02/26/2025 02:29:55 ET

NOTE: This is an automated message. Please do not reply