UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

Defendants.

## NOTICE OF FILING PROPOSED SUMMONSES

COMES NOW the Plaintiff, by and through her undersigned counsel, and files this Notice of Filing Proposed Summonses, hereby proposing to the Clerk of this Honorable Court the following Summonses provided herewith:

1. Summons directed to Defendant Passes, Inc.;
2. Summons directed to Defendant WLM Management LLC;
3. Summons directed to Defendant Lucy Guo;
4. Summons directed to Defendant Alec Celestin; and
5. Summons directed to Defendant Lani Ginoza.

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

<u>Certificate of Service</u>

  I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed via the CM/ECF system on this February 26, 2025.

| | |
|---|---|
| Dated: February 26, 2025<br>   Miami, Florida | SCHWARTZ BRESLIN PLLC<br><br>By: <u>/s/ *Jonathan Noah Schwartz, Esq*</u><br>Jonathan Noah Schwartz, Esq.<br> Florida Bar. No. 1014596<br>Jerry Breslin, Esq.<br> Florida Bar No. 269573<br><br>The Alfred I. DuPont Building<br>169 E. Flagler Street, Suite 700<br>Miami, Florida 33131<br>(305) 577-4626<br>JS@JSJB.Law; JB@JSJB.Law; Eservice@JSJB.Law<br><br>CLARK SMITH VILLAZOR LLP<br><br>Christopher J. Clark, Esq.<br> clark@csvllp.com<br>Rodney Villazor, Esq.<br> rodney.villazor@csvllp.com<br>Natalia Lima, Esq.<br> natalia.lima@csvllp.com<br>*\*Pro Hac Vice Motions Pending [DE 3-5]*<br><br>666 Third Avenue, 21st Floor<br>New York, New York 10017<br>(212) 377-0850<br><br>*Attorneys for Plaintiff* |