AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Corporation, WLM MANAGEMENT, a California Corporation, LUCY GUO, ALEC CELESTIN, and LANI GINOZA, <br> *Defendant(s)* | Civil Action No. 1:25-cv-20899-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Passes, Inc.
1 South East 3rd Avenue, Suite 1440
Miami, Florida 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jonathan Noah Schwartz, Esq.
Jerry Breslin, Esq.
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Feb 27, 2025

*s/ C.Quinones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-20899-JEM |
| PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Corporation, WLM MANAGEMENT, a California Corporation, LUCY GUO, ALEC CELESTIN, and LANI GINOZA, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nofhotos Group, LLC
11911 Martha Ann Drive
Los Alamitos, California 11911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Noah Schwartz, Esq.
Jerry Breslin, Esq.
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: __ Feb 27, 2025 ____

Angela E. Noble
Clerk of Court

*s/ C.Quinones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-20899-JEM |
| PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Corporation, WLM MANAGEMENT, a California Corporation, LUCY GUO, ALEC CELESTIN, and LANI GINOZA, | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WLM Management LLC
920 N. Kings Road, No. 125
West Hollywood, California 90069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Noah Schwartz, Esq.
Jerry Breslin, Esq.
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Feb 27, 2025

Angela E. Noble
Clerk of Court

*s/ C.Quinones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Corporation, WLM MANAGEMENT, a California Corporation, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-20899-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lucy Guo
1000 Biscayne Blvd.
Unit 3002
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Noah Schwartz, Esq.
Jerry Breslin, Esq.
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 27, 2025

*s/ C.Quinones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Corporation, WLM MANAGEMENT, a California Corporation, LUCY GUO, ALEC CELESTIN, and LANI GINOZA, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-20899-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Alec Celestin
11911 Martha Ann Drive
Los Alamitos, CA 11911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Noah Schwartz, Esq.
Jerry Breslin, Esq.
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 27, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Corporation, WLM MANAGEMENT, a California Corporation, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-20899-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lani Ginoza
6677 Santa Monica Blvd.
No. 3615
Los Angeles, CA 90038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Noah Schwartz, Esq.
Jerry Breslin, Esq.
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 27, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C.Quinones*
Deputy Clerk
U.S. District Courts