UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALICE ROSENBLUM,<br>on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>PASSES, INC., NOFHOTOS GROUP LLC, WLM MANAGEMENT LLC, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>      Defendants. | Civ. Action No. 1:25-cv-20899-JEM |

**DECLARATION OF LUCY GUO**

I, Lucy Guo, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. All statements in this Declaration are based upon my personal knowledge and experience, or upon my review of records maintained by Passes, Inc. ("Passes") in the regular course of business.

2. I am the founder and Chief Executive Officer of Passes. I founded Passes in 2022 and have served as CEO since its founding.

3. Los Angeles County, California has been my permanent home and principal residence since July 2024. I purchased a home, which is my primary residence, in West Hollywood, California in September 2024. I also paid income taxes in California in 2024.

4. Passes is a unique, creator commerce platform on which popular content creators sell high-quality, exclusive content—such as behind-the-scenes photos and videos, live stream content, and community spaces where creators and fans can interact in a group setting—to their

subscribers.  Passes distinguishes itself from other content monetization platforms by not allowing nudity or explicit content.

5. Passes is incorporated in Delaware.  Prior to July 2024, Passes was headquartered in Miami, Florida.  On February 15, 2024, Passes filed a Certificate of Incorporation with the California Secretary of State listing its principal place of business in Miami, Florida.  Passes also filed a Foreign Profit Corporation Reinstatement with the Florida Division of Corporations on February 19, 2024 that stated Passes' principal place of business was in Miami, Florida.  Although this information was accurate when filed, in July 2024, Passes relocated its headquarters to Los Angeles, California, and it has remained headquartered in Los Angeles.

6. From July 2024 to the present, I and all other Passes personnel have primarily worked from the Los Angeles headquarters.  Although Passes still maintains an office in Miami, no Passes employees work from the Miami office.

7. I have reviewed the Know-Your-Customer ("KYC") information that Plaintiff submitted to Passes on August 13, 2024 to create a Passes account.  In her KYC information, Plaintiff gave a North Carolina address and provided a photograph of her North Carolina driver's license.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2025.

DocuSigned by:

Lucy Guo

CE91EAFDAEAD41B...

Lucy Guo

2