Friday, April 25, 2025 at 8:42:37 PM Eastern Daylight Time

**Subject:** Re: Passes
**Date:** Friday, March 28, 2025 at 4:41:57 PM Eastern Daylight Time
**From:** Jonathan Schwartz
**To:** matthew.salerno@lw.com, clark@csvllp.com, Richard.Owens@lw.com
**CC:** rodney.villazor@csvllp.com, Natalia Lima

**Third Request**
Hi Matt, I am following up again. Are you willing to meet us next week by zoom for the purpose of a Rule 26(f) conferral? JNS

**From:** Jonathan Schwartz <js@jsjb.law>
**Date:** Thursday, March 27, 2025 at 1:52 PM
**To:** matthew.salerno@lw.com <matthew.salerno@lw.com>, clark@csvllp.com <clark@csvllp.com>, Richard.Owens@lw.com <Richard.Owens@lw.com>
**Cc:** rodney.villazor@csvllp.com <rodney.villazor@csvllp.com>, Natalia Lima <natalia.lima@csvllp.com>
**Subject:** Re: Passes

Hi Matt, I am following up. 26(f) requires us to "confer as soon as practicable[.]" Can we please set our conferral for next week? Thank you. JNS

**From:** Jonathan Schwartz <js@jsjb.law>
**Date:** Thursday, March 13, 2025 at 1:18 PM
**To:** matthew.salerno@lw.com <matthew.salerno@lw.com>, clark@csvllp.com <clark@csvllp.com>, Richard.Owens@lw.com <Richard.Owens@lw.com>
**Cc:** rodney.villazor@csvllp.com <rodney.villazor@csvllp.com>
**Subject:** Re: Passes

Thank you. I will wait to hear from you. JNS

**From:** matthew.salerno@lw.com <matthew.salerno@lw.com>
**Date:** Thursday, March 13, 2025 at 1:15 PM
**To:** Jonathan Schwartz <js@jsjb.law>, clark@csvllp.com <clark@csvllp.com>, Richard.Owens@lw.com <Richard.Owens@lw.com>
**Cc:** rodney.villazor@csvllp.com <rodney.villazor@csvllp.com>
**Subject:** RE: Passes

Hi Jonathan,

Thank you for the outreach.  Let us discuss and we will get back to you.
Best,
Matt

Matthew S. Salerno

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4738
Email: matthew.salerno@lw.com
https://www.lw.com

---

**From:** Jonathan Schwartz <js@jsjb.law>
**Sent:** Wednesday, March 12, 2025 3:47 PM
**To:** Salerno, Matthew (NY) <matthew.salerno@lw.com>; clark@csvllp.com; Owens, Richard (NY) <Richard.Owens@lw.com>
**Cc:** rodney.villazor@csvllp.com
**Subject:** Re: Passes

Matt, Please see attached just filed. It docketed your response date as April 28, 2025 FYI.

As a separate note, can I kindly request that we schedule a Rule 26(f) conference by Zoom. Are you available for that on Friday or sometime early next week?

Respectfully,

Jonathan Noah Schwartz, Esq.
SCHWARTZ | BRESLIN PLLC
The Alfred I. DuPont Building
169 E Flagler St., Ste. 700
Miami, FL 33131
Direct Tel.: (973) 936-2176

---

**From:** matthew.salerno@lw.com <matthew.salerno@lw.com>
**Date:** Tuesday, March 11, 2025 at 12:44 PM
**To:** clark@csvllp.com <clark@csvllp.com>, Richard.Owens@lw.com <Richard.Owens@lw.com>
**Cc:** rodney.villazor@csvllp.com <rodney.villazor@csvllp.com>, Jonathan Schwartz <js@jsjb.law>
**Subject:** RE: Passes

Thank you Chris,

We'll keep Jonathan on these moving forward.

Hope you're doing well.
Matt

**Matthew S. Salerno**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4738
Email: matthew.salerno@lw.com
https://www.lw.com

---

**From:** Christopher Clark <clark@csvllp.com>
**Sent:** Tuesday, March 11, 2025 12:44 PM
**To:** Salerno, Matthew (NY) <matthew.salerno@lw.com>; Owens, Richard (NY) <Richard.Owens@lw.com>
**Cc:** Rodney Villazor <rodney.villazor@csvllp.com>; Jonathan Schwartz <js@jsjb.law>
**Subject:** RE: Passes

Closing the loop by adding Jonathan.

**Christopher J. Clark**
Partner
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017

**O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225
www.csvllp.com

---

**From:** matthew.salerno@lw.com <matthew.salerno@lw.com>
**Sent:** Monday, March 10, 2025 5:52 PM
**To:** Christopher Clark <clark@csvllp.com>; Richard.Owens@lw.com
**Cc:** Rodney Villazor <rodney.villazor@csvllp.com>
**Subject:** RE: Passes

Hi Chris (and adding in Rodney),

Hope you had a nice weekend. I wanted to get back on the offer on response time. Please let us know if proceeding with an extension through filing a Rule 12 Form is acceptable. For reference, this would extend deadlines to 60 days from the waiver request. If this works, I've attached an executed form for Plaintiff to file to notify the court. Please let me know if this works.

Best,
Matt

**Matthew S. Salerno**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4738
Email: matthew.salerno@lw.com
https://www.lw.com

---

**From:** Christopher Clark <clark@csvllp.com>

**Sent:** Wednesday, February 26, 2025 2:39 PM
**To:** Salerno, Matthew (NY) <matthew.salerno@lw.com>; Owens, Richard (NY) <Richard.Owens@lw.com>
**Subject:** RE: Passes

Thank you, let me know if you guys would like an extension of time to move or answer.

**Christopher J. Clark**
Partner
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017

**O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225
www.csvllp.com

---

**From:** matthew.salerno@lw.com <matthew.salerno@lw.com>
**Sent:** Wednesday, February 26, 2025 2:33 PM
**To:** Christopher Clark <clark@csvllp.com>; Richard.Owens@lw.com
**Subject:** RE: Passes

Hi Chris,

Thank you for this. We confirm acceptance of service on behalf of Passes. We also can confirm that we represent Ms. Guo and accept service on her behalf.

Best,
Matt

**Matthew S. Salerno**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4738
Email: matthew.salerno@lw.com
https://www.lw.com

---

**From:** Christopher Clark <clark@csvllp.com>
**Sent:** Wednesday, February 26, 2025 12:27 PM
**To:** Owens, Richard (NY) <Richard.Owens@lw.com>; Salerno, Matthew (NY) <matthew.salerno@lw.com>
**Subject:** Passes

Guys,

Please see attached the complaint filed this morning in the United States District Court for the Southern District of Florida pursuant to your agreement to accept service on behalf of your client Passes, Inc. Please confirm that agreement by return email. If you represent Lucy Guo or know her counsel, let me know, otherwise we will proceed to personal service promptly.

Thanks,

**Christopher J. Clark**
Partner
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
**O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225
www.csvllp.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.