**Friday, April 25, 2025 at 10:45:58 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899 |
| **Date:** | Friday, April 25, 2025 at 7:29:52 PM Eastern Daylight Time |
| **From:** | Rollo Baker |
| **To:** | Christopher Clark |
| **CC:** | Chase Shelton, Jonathan Schwartz, Rodney Villazor, Natalia Lima, Jerry Breslin, Vivek Tata, Alexander Davis, Brian W. Toth, Freddy Funes |

Thanks, Chris. I can see you like to play games.

As I said, we are happy to schedule a rule 26 conference towards the end of this coming week. If you move the court please include that we have offered to do so, repeatedly, in your filing. Please also feel free to note that your co-counsel provided a time to confer re the venue issue, and then you refused to do so.

Have a good weekend working on your unnecessary motion that will waste the Court's and everyone's time.


**Rollo C. Baker**
Partner [Bio]
_____
**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2603 (o)
443.570.8377 (m)


> On Apr 25, 2025, at 7:17 PM, Christopher Clark <clark@csvllp.com> wrote:
>
>
> Respectfully, nothing in the exchange is clear. As an initial matter, I am still not aware of any appearance having been made in this matter by you or a Florida barred lawyer.
>
> In addition, your first communication referred to a motion "to dismiss for improper venue." (See your 4/23 email). Now you are referencing a motion to transfer to another federal district, I gather. I am unable to tell from the now lengthy correspondence whether you conceive of this as a motion pursuant to 28 USC 1404 or 1406. I therefore am unable to take a position on what you propose.
>
> Given your continued gamesmanship of the Rule 26 issue (you are too new to discuss these issues but prepared to file a fact laden motion regarding venue), we

will move the court for relief on this issue.

**Christopher J. Clark**
Partner
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017

**O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225

www.csvllp.com

---

**From:** Chase Shelton <cshelton@elsberglaw.com>
**Sent:** Friday, April 25, 2025 10:51:28 AM
**To:** Christopher Clark <clark@csvllp.com>; Rollo Baker <rbaker@elsberglaw.com>
**Cc:** Jonathan Schwartz <js@jsjb.law>; Rodney Villazor <rodney.villazor@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Jerry Breslin <jb@jsjb.law>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>; Brian W. Toth <btoth@tothfunes.com>; Freddy Funes <ffunes@tothfunes.com>
**Subject:** RE: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899

To be clear—you wrote that you asked for a Rule 26 conference in March, but—as you know—we were not retained until recently. A Rule 26 conference at this stage would be unproductive as we are still getting up to speed on the case, but as we have said repeatedly, we're willing to meet and confer soon on Rule 26 issues. We have asked for your position on our motion to transfer venue to the Central District of California, and there's no reason you cannot let us know your position. To that end, please let us know by COB today whether plaintiff opposes Defendants Passes and Guo's forthcoming motion to transfer the case to the Central District of California.

**Chase Shelton**
Associate [Bio]
_____
**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)

---

**From:** Christopher Clark <clark@csvllp.com>
**Sent:** Thursday, April 24, 2025 9:37 AM
**To:** Rollo Baker <rbaker@elsberglaw.com>
**Cc:** Chase Shelton <cshelton@elsberglaw.com>; Jonathan Schwartz <js@jsjb.law>; Rodney Villazor <rodney.villazor@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Jerry Breslin <jb@jsjb.law>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>
**Subject:** RE: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899

Our position here is very clear.

We first asked for a Rule 26 conference on March 12th and followed up two more times, on March 27th and March 28th. You first asked for a meet and confer on Wednesday, April 23rd, six weeks after our request for a Rule 26 conference, without even filing a notice of appearance or even having local counsel who is admitted to the Southern District of Florida. We are happy to meet and confer on your later raised issue at the same time we conduct our long delayed Rule 26 conference.

If you feel the need to characterize our position on this issue to the Court please use the above statement.

**Christopher J. Clark**
Partner
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
**O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225
www.csvllp.com

---

**From:** Rollo Baker <rbaker@elsberglaw.com>
**Sent:** Wednesday, April 23, 2025 10:00 PM
**To:** Christopher Clark <clark@csvllp.com>
**Cc:** Chase Shelton <cshelton@elsberglaw.com>; Jonathan Schwartz <js@jsjb.law>; Rodney Villazor <rodney.villazor@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Jerry Breslin <jb@jsjb.law>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>
**Subject:** Re: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899

As I said we are happy to schedule a Rule 26 conference end of next week. We would like the conference to be productive and need the time to get up to speed on the relevant issues.

 If you are refusing to join tomorrow's meet and confer on venue, which your co counsel confirmed was available, please let us know.

Thanks.



**Rollo C. Baker**

Partner [Bio]

**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2603 (o)
443.570.8377 (m)

On Apr 23, 2025, at 9:55 PM, Christopher Clark <clark@csvllp.com> wrote:

We need to hold a Rule 26 conference this week. We are happy to meet and confer on the venue issue at that time.  It is a waste of the parties time and resources to fail to both simultaneously and your clients have  been in this case for some time.

To be clear, we will meet and confer at the time we have the Rule 26 conference.

As an aside, are you Florida counsel as well?

Thanks.

**Christopher J. Clark**
Partner
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
**O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225
www.csvllp.com

**From:** Rollo Baker <rbaker@elsberglaw.com>
**Sent:** Wednesday, April 23, 2025 9:47:22 PM
**To:** Christopher Clark <clark@csvllp.com>
**Cc:** Chase Shelton <cshelton@elsberglaw.com>; Jonathan Schwartz <js@jsjb.law>; Rodney Villazor <rodney.villazor@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Jerry Breslin <jb@jsjb.law>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>
**Subject:** Re: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899

We need to confer on the venue point.  If you're refusing to meet and confer on the venue issue tomorrow please let us know and will include that in our filing.

We'd be fine to schedule a Rule 26 conference sometime mid to end of next week. If there is some reason that you believe one needs to be held sooner let us know.

**Rollo C. Baker**
Partner [Bio]
_____
**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2603 (o)
443.570.8377 (m)

> On Apr 23, 2025, at 9:43 PM, Christopher Clark <clark@csvllp.com> wrote:
>
> We can have our meet and confer when you are up to speed on all issues. Thanks. Let us know when you're prepared to do so.
>
> **Christopher J. Clark**
> Partner
> Clark Smith Villazor LLP
> 666 Third Avenue, 21st Floor
> New York, New York 10017
> **O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225
> www.csvllp.com
>
> ---
>
> **From:** Chase Shelton <cshelton@elsberglaw.com>
> **Sent:** Wednesday, April 23, 2025 9:33:17 PM
> **To:** Jonathan Schwartz <js@jsjb.law>
> **Cc:** Christopher Clark <clark@csvllp.com>; Rodney Villazor <rodney.villazor@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Jerry Breslin <jb@jsjb.law>; Rollo Baker <rbaker@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>
> **Subject:** RE: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899
>
> Jonathan,

We were only recently retained in this matter, so it is not feasible for us to conduct a Rule 26(f) conference tomorrow.

**Chase Shelton**
Associate [Bio]

_____

**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)

---

**From:** Jonathan Schwartz <js@jsjb.law>
**Sent:** Wednesday, April 23, 2025 2:20 PM
**To:** Chase Shelton <cshelton@elsberglaw.com>
**Cc:** clark@csvllp.com; rodney.villazor@csvllp.com; natalia.lima@csvllp.com; Jerry Breslin <jb@jsjb.law>; Rollo Baker <rbaker@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>
**Subject:** Re: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899

We also intend to use the opportunity of a zoom meeting tomorrow to conduct a rule 26 conference, which we have been attempting to conduct for quite some time with your predecessor counsel. Kindly let us know in advance if you refuse to do same. Thank you. JNS
Sent from my iPhone

> On Apr 23, 2025, at 2:13 PM, Chase Shelton <cshelton@elsberglaw.com> wrote:
>
> 3pm tomorrow works for us.  Thank you.
>
> **Chase Shelton**
> Associate [Bio]
>
> _____
>
> **ELSBERG BAKER & MARURI PLLC** [Web]
> 212.597.2643 (o)
> 314.570.7709 (m)
> (he/him/his)
>
> ---
>
> **From:** Jonathan Schwartz <js@jsjb.law>
> **Sent:** Wednesday, April 23, 2025 12:33 PM
> **To:** Chase Shelton <cshelton@elsberglaw.com>; clark@csvllp.com; rodney.villazor@csvllp.com; natalia.lima@csvllp.com; Jerry Breslin <jb@jsjb.law>
> **Cc:** Rollo Baker <rbaker@elsberglaw.com>; Vivek

Tata <vtata@elsberglaw.com>
**Subject:** Re: Rosenblum v. Passes, Inc. et al., No. 25-cv-20899

Chase,

Thank you for your e-mail. How about tomorrow at 3 PM EST? If this works for you, I will circulate a zoom invite.

Respectfully,

Jonathan Noah Schwartz, Esq.
Direct Cell: (973) 936-2176

---

**From:** Chase Shelton <cshelton@elsberglaw.com>
**Date:** Wednesday, April 23, 2025 at 9:14 AM
**To:** clark@csvllp.com <clark@csvllp.com>, rodney.villazor@csvllp.com <rodney.villazor@csvllp.com>, natalia.lima@csvllp.com <natalia.lima@csvllp.com>, Jonathan Schwartz <js@jsjb.law>, Jerry Breslin <jb@jsjb.law>
**Cc:** Rollo Baker <rbaker@elsberglaw.com>, Vivek Tata <vtata@elsberglaw.com>
**Subject:** Rosenblum v. Passes, Inc. et al., No. 25-cv-20899

Counsel,

We represent Passes, Inc. and Lucy Guo in *Rosenblum v. Passes, Inc. et al.*, Case No. 25-cv-20899.  We are preparing a motion to dismiss the complaint as against Passes and Ms. Guo for, among other grounds, improper venue.  We also intend to seek to strike the complaint's class action allegations.

Pursuant to Local Rule 7.1(a)(2), we are required to meet and confer prior to filing

our motion to attempt to resolve these issues.  Please provide times that you are available to meet and confer today (April 23) and tomorrow (April 24).

Best,
Chase

**Chase Shelton**
Associate [Bio]
_____
**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)