UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

Defendants.

**[PROPOSED] ORDER GRANTING**
**MOTION TO COMPEL RULE 26 CONFERENCE REQUESTED FOUR TIMES SINCE MARCH 12, 2025 AND FOR REASONABLE EXPENSES UNDER FED. R. CIV. P. 37(f)**

THIS CAUSE having come before the Court on the Motion to Compel Rule 26 Conference Requested Four Times Since March 12, 2025 and for Reasonable Expenses Under Fed. R. Civ. P. 37(f) [DE 13] (the "Motion") filed by the Plaintiff, Alice Rosenblum, on behalf of herself and all others similarly situated (the "Plaintiff"), and the Court having reviewed the file and being duly advised in the premises, hereby

ORDERS and ADJUDGES as follows:

1. The Motion is GRANTED, in part, as detailed in this Order.

2. The Defendants must engage in a Fed. R. Civ. P. 26(f) conference on or before May 2, 2025.

3. Ruling is deferred under Fed. R. Civ. P. 37(f) on the Plaintiff's request for reasonable expenses made pursuant to that Rule in the Motion.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
Honorable Jose E. Martinez
United States District Judge

Copies furnished to: All Counsel of Record.