UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PASSES, INC., NOFHOTOS GROUP LLC, WLM MANAGEMENT LLC, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>Defendants. | Civ. Action No. 1:25-cv-20899-JEM |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR
_PRO HAC VICE_, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Before the Court is the Motion to Appear _Pro Hac Vice_, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"). The Court being fully advised, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. Rollo Baker may appear and participate in this action on behalf of Defendants Passes, Inc. and Lucy Guo.

2. The Clerk is directed to provide electronic notification of all electronic filings to Mr. Baker at rbaker@elsberglaw.com.

DONE AND ORDERED in Chambers in Miami, Florida, this April ___, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE