**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PASSES, INC., NOFHOTOS GROUP LLC, WLM MANAGEMENT LLC, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>Defendants. | Civ. Action No. 1:25-cv-20899-JEM |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned moves for the admission *pro hac vice* of Vivek Tata of the law firm Elsberg Baker & Maruri PLLC, 1 Penn Plaza Suite 4015, New York, NY 10019, for purposes of appearance as co-counsel on behalf of Defendants Passes, Inc. and Lucy Guo in the above-styled case only, and, in accordance with Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Tata to receive electronic filings in this case.

1. Mr. Tata is not admitted to practice in the Southern District of Florida. Mr. Tata is a member in good standing of the New York State Bar.

2. Movant, Freddy Funes, of the law firm Toth Funes PA, Ingraham Building, 25 Southeast Second Avenue, Suite 805, Miami, Florida 33131, is a member in good standing of the Florida Bar and of the U.S. District Courts for the Northern, Middle, and Southern Districts of

Florida and is authorized to file through the Court's electronic-filing system. Mr. Funes consents to be designated as a member of the Bar of the Court with whom it and opposing counsel may readily communicate regarding the conduct of the case, on whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Mr. Tata has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached.

4. Mr. Tata, by and through designated counsel and in accordance with Section 2B CM/ECF Administrative Procedures, requests the Court to provide Notice of Electronic Filings to him at this e-mail address: vtata@elsberglaw.com.

WHEREFORE, Freddy Funes requests the entry of an order permitting Vivek Tata to appear before the Court on behalf of Defendants Passes, Inc. and Lucy Guo and directing the Clerk to provide notices of electronic filings to him.

Dated: April 28, 2025

Respectfully submitted,

/s/ Freddy Funes
Freddy Funes
Florida Bar No. 87932
ffunes@tothfunes.com
Toth Funes PA
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7851

*Counsel for Defendants Passes, Inc. and Lucy Guo*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALICE ROSENBLUM,<br>on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PASSES, INC., NOFHOTOS GROUP LLC, WLM MANAGEMENT LLC, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>Defendants. | Civ. Action No. 1:25-cv-20899-JEM |

**CERTIFICATION OF VIVEK TATA**

Vivek Tata, in accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

s/Vivek Tata
Vivek Tata

3