UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>PASSES, INC., NOFHOTOS GROUP LLC, WLM MANAGEMENT LLC, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>              Defendants. | Civ. Action No. 1:25-cv-20899-JEM |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Before the Court is the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"). The Court being fully advised, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. Chase J. Shelton may appear and participate in this action on behalf of Defendants Passes, Inc. and Lucy Guo.

2. The Clerk is directed to provide electronic notification of all electronic filings to Mr. Shelton at cshelton@elsberglaw.com.

DONE AND ORDERED in Chambers in Miami, Florida, this April ___, 2025.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE