UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALICE ROSENBLUM,<br>on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>PASSES, INC., NOFHOTOS GROUP LLC, WLM MANAGEMENT LLC, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,<br><br>      Defendants. | Civ. Action No. 1:25-cv-20899-JEM |

**DEFENDANT PASSES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Passes, Inc. states that it has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: April 30, 2025

Respectfully Submitted,

/s/ Freddy Funes
Brian W. Toth
Florida Bar No. 57708
Freddy Funes
Florida Bar No. 87932
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
btoth@tothfunes.com
ffunes@tothfunes.com

*Counsel for Defendants Passes, Inc. and Lucy Guo*

Rollo C. Baker, IV (*pro hac vice* forthcoming)
Vivek Tata (*pro hac vice* forthcoming)
Alexander S. Davis (*pro hac vice* forthcoming)
Chase J. Shelton (*pro hac vice* forthcoming)
Elsberg Baker & Maruri, PLLC
1 Penn Plaza
New York, NY 100119
Tel: (212) 597-2602
rbaker@elsberglaw.com
vtata@elsberglaw.com
adavis@elsberglaw.com
cshelton@elsberglaw.com

*Counsel for Defendants Passes, Inc. and Lucy Guo*