UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

| |
|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA, <br><br> Defendants. |

NOTICE OF WITHDRAWAL OF
MOTION TO COMPEL RULE 26 CONFERENCE REQUESTED FOUR TIMES SINCE MARCH 12, 2025 AND FOR REASONABLE EXPENSES UNDER FED. R. CIV. P. 37(f)

COMES NOW Plaintiff Alice Rosenblum, on behalf of herself and others similarly situated, by and through her undersigned counsel, and hereby withdraws her Motion to Compel Rule 26 Conference Requested Four Times Since March 12, 2025 and for Reasonable Expenses Under Fed. R. Civ. P. 37(f) [DE 13].

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

<u>Certificate of Service</u>

WE HEREBY CERTIFY that the foregoing document was filed via CM/ECF, which simultaneously effectuated service upon all counsel of record.

Date: May 5, 2025.

Respectfully submitted,

SCHWARTZ | BRESLIN PLLC

<u>/s/ Jonathan Noah Schwartz</u>
Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
E-Mail: JS@JSJB.Law; Tel.: (305) 577-4626
Schwartz Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St., Miami, FL 33131

CLARK SMITH VILLAZOR LLP

Christopher J. Clark, Esq.
clark@csvllp.com
(admitted *pro hac vice*)
Rodney Villazor, Esq.
rodney.villazor@csvllp.com
(admitted *pro hac vice*)
Natalia Lima, Esq.
natalia.lima@csvllp.com
(admitted *pro hac vice*)

666 Third Avenue, 21st Floor
New York, New York 10017
(212) 377-0850

*Attorneys for Plaintiff*