UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALICE ROSENBLUM, on behalf of herself
and all others similarly situated,

    Plaintiff,                                                  **Case No.: 1:25-20899-JEM**

v.

PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California
Limited Liability Company, WLM
MANAGEMENT LLC, a California Limited
Liability Company, LUCY GUO, ALEC
CELESTIN, and LANI GINOZA,,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF

    PLEASE TAKE NOTICE that the undersigned Jerrell Breslin, Esq., Fla. Bar # 269573, Email: JB@JSJB.Law, Schwartz | Breslin PLLC, Attorneys at Law, The DuPont Building, 169 East Flagler Street, Suite 700, Miami, Fl 33131 hereby appears as co-counsel for Plaintiff Alice Rosenblum, on behalf of herself and others similarly situated, alongside counsel of record Jonathan Noah Schwartz, Esq. of the same law firm and Christopher Clark, Esq., Rodney Villazor, Esq. and Natalia Lima, Esq. of the law firm of Clark Smith Villazor LLP; and designates the following e-mails for service of all court documents:

                JB@JSJB.Law and EService@JSJB.Law

    Please direct copies of all pleadings, notices, correspondence and other documents to the address stated herein.

Certificate of Service

    I HEREBY CERTIFY that on May 5, 2025 the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served via CM/ECF on this day on all counsel of record.

2

Respectfully submitted,

**Schwartz | Breslin PLLC**
**Fl. Rule of Jud. Admin. 2.516 Notice**
**Primary email: EService@JSJB.LAW**
**Secondary Email: JB@JSJB.LAW**

**s/ Jerrell Breslin**

Jerrell Breslin Esq.
Fla. Bar # 269573

Schwartz | Breslin PLLC, Attorneys at Law
The DuPont Building
169 East Flagler Street
Suite 700
Miami, Fl 33131
Tel.: 305-577-4626
Fax.: 305-577-4630