UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20899-JEM

ALICE ROSENBLUM,

       Plaintiff,

v.

PASSES, INC., et al.,

       Defendants.
_____/

**NOTICE OF APPEARANCE**

Brian W. Toth of the law firm Toth Funes PA appears as additional counsel in this action for Defendants Passes, Inc. and Lucy Guo.

| | |
|---|---|
| Dated: May 6, 2025 | Respectfully submitted, |
| | TOTH FUNES PA |
| | s/Brian W. Toth |
| | Brian W. Toth |
| | Florida Bar No. 57708 |
| | Freddy Funes |
| | Florida Bar No. 87932 |
| | Ingraham Building |
| | 25 Southeast Second Avenue, Suite 805 |
| | Miami, Florida 33131 |
| | (305) 717-7850 |
| | btoth@tothfunes.com |
| | ffunes@tothfunes.com |
| | e-filings@tothfunes.com |
| | *Counsel for Defendants Passes, Inc. and Lucy Guo* |