**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-20899-JEM**

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual ALEC CELESTIN, an individual, and LANI GINOZA, an individual,

                Defendants.

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a U.S. Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motion for Costs      Yes ____      No <u>X</u>

2. Motion for Attorney's Fees      Yes ____      No <u>X</u>

3. Motion for Sanctions      Yes ____      No <u>X</u>

4. Motion to Dismiss      Yes ____      No <u>X</u>

5. Motion for Summary Judgment      Yes ____      No <u>X</u>

6. Other (specify): Discovery Motions      Yes <u>X</u>      No ___

Dated: May 16, 2025
Miami, Florida

| SCHWARTZ BRESLIN PLLC | TOTH FUNES PA |
|---|---|
| By: */s/ Jonathan Noah Schwartz, Esq.* <br> Jonathan Noah Schwartz, Esq. <br> Florida Bar. No. 1014596 <br> Jerrell Breslin, Esq. <br> Florida Bar No. 269573 <br> JS@JSJB.Law <br> JB@BSBJ.Law <br> Tel.: (305) 577-4626 <br> Schwartz Breslin PLLC <br> The Alfred I. DuPont Building, Ste. 700 <br> 169 E. Flagler Street, Miami, Florida 33131 | /s/ Freddy Funes <br> Brian W. Toth <br> Florida Bar No. 57708 <br> Freddy Funes <br> Florida Bar No. 87932 <br> btoth@tothfunes.com <br> ffunes@tothfunes.com <br> Ingraham Building <br> 25 Southeast Second Avenue, Suite 805 <br> Miami, Florida 33131 <br> (305) 717-7850 |
| CLARK SMITH VILLAZOR LLP <br> Christopher J. Clark, Esq. <br> clark@csvllp.com <br> (admitted *pro hac vice*) <br> Rodney Villazor, Esq. <br> rodney.villazor@csvllp.com <br> (admitted *pro hac vice*) <br> Michelle E. Lee, Esq. <br> michelle.lee@csvllp.com <br> (*pro hac vice forthcoming*) <br> Natalia Lima, Esq. <br> natalia.lima@csvllp.com <br> (admitted *pro hac vice*) <br><br> 666 Third Avenue, 21st Floor <br> New York, New York 10017 <br> (212) 377-0850 <br><br> *Attorneys for Plaintiff* | ELSBERG BAKER & MARURI PLLC <br> Rollo C. Baker, IV <br> rbaker@elsberglaw.com <br> (admitted *pro hac vice*) <br> Vivek Tata <br> vtata@elsberglaw.com <br> (admitted *pro hac vice*) <br> Alexander S. Davis <br> adavis@elsberglaw.com <br> (admitted *pro hac vice*) <br> Chase J. Shelton <br> cshelton@elsberglaw.com <br> (admitted *pro hac vice*) <br><br> 1 Penn Plaza <br> New York, NY 100119 <br> Tel: (212) 597-2602 <br><br> *Attorneys for Defendants Passes, Inc. and Lucy Guo* |