## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:25-CV-20899-JEM

Plaintiff:
**ALICE ROSENBLUM, on behalf of herself and all others similarly situated,**

vs.

Defendant:
**PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California Corporation, WLM MANAGEMENT, a
California Corporation, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,**

For:
Jerry Breslin, Esq.
Jonathan Noah Schwartz, Esq.
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, FL 33131

Received by Global Investigative Services, Inc on the 27th day of February, 2025 at 2:14 pm to be served on **LANI GINOZA, 6677 Santa Monica Blvd # 3615, Los Angeles, CA 90038.**

I, ALEKSANDR BIBLE, being duly sworn, depose and say that on the **20th day of March, 2025** at **11:20 pm**, I:

**SUBSTITUTE served by delivering a true copy of the SUMMONS IN A CIVIL ACTION, and CLASS ACTION COMPLAINT by me toJane Doe refused name as Resident at the address of: 6677 Santa Monica Blvd # 3615, Los Angeles, CA 90038, the within named person's usual place of Abode With the date and hour of service endorsed thereon by me, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.**

**Additional Information pertaining to this Service:**
Sub Served on the sixth attempt & Mailed a copy on 3/21/2025

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Asian, Height: 5'6, Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

A notary public or other officer completing this Certificate verifies only the Identity of the Individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document Subscribed and Sworn to (or affirmed) to before me on the _____ day of _____, _____ by affiant,_____ Person(s) who appeared before me and who proved to me on the basis of satisfactory evidence to be the person. Notary Sign_____

ALEKSANDR BIBLE
2018172275

**Global Investigative Services, Inc**
998 Old Country Road, #317
Plainview, NY 11803
(516) 369-7303

Our Job Serial Number: CWI-2025000352

← See Attachment

Anthony Ruiz
Notary Public
04/07/2025
AR

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of <u>Los Angeles</u>

Subscribed and sworn to (or affirmed) before me on this <u>07</u> day of <u>April</u>, 20<u>25</u>, by <u>Aleksandr Bible</u>,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANTHONY RUIZ
Notary Public - California
Los Angeles County
Commission # 2489613
My Comm. Expires May 7, 2028

(Seal)                    Signature _____