# EXHIBIT 2

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:25-CV-20899-JEM

Plaintiff:
**Alice Rosenblum**

vs.

Defendant:
**Passes, Inc.**

Received by Katz Investigations to be served on **Alec Celestin, 11911 Martha Ann Drive, Los Alamitos, CA 90720.**

I, Trinidad Gardea, do hereby affirm that on the **23rd day of April, 2025** at **9:30 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Complaint** to: **Mark Celestin** as **co-occupant/father** at the address of: **11911 Martha Ann Drive, Los Alamitos, CA 90720,** the within named person's usual place of **Abode,** who resides therin, who is eighteen (18) years of age or older and thereafter I mailed the documents on **4/24/2025,** from **Redlands,** the within named person's usual place of **Abode** and then I informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/17/2025  12:10 pm  No Answer - They have a 'Ring' doorbell.
4/18/2025  8:30 am  No answer - Light was on when I knocked and then they turned the light off and closed the blinds.  Obviously they are evading.
4/22/2025  8:05 pm  No answer

**Description** of Person Served: Age: 60s, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 150, Hair: Lt Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.


*Trinidad Gardea*

**Trinidad Gardea**
PSC2840

**Katz Investigations**
**8306 Wilshire Blvd.**
**#927**
**Beverly Hills, CA 90211**
**(323) 653-7099**

Our Job Serial Number: SNO-2025002114
Ref: 2025.02.26-1
Service Fee: _____

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

