# EXHIBIT 3

Tuesday, May 13, 2025 at 1:39:42 PM Eastern Daylight Time

**Subject:** Re: Complete with Docusign: Alice Rosenblum x Nofhotos Group LLC.pdf
**Date:** Monday, May 12, 2025 at 6:42:11 PM Eastern Daylight Time
**From:** Alice Rosenblum
**To:** Jonathan Schwartz

Sent from my iPhone

> On Dec 24, 2024, at 3:35 PM, alec celestin via Docusign <dse_NA4@docusign.net> wrote:



**alec celestin**
alec@nofhotos.com

Alice Rosenblum,

Complete with Docusign: Alice Rosenblum x Nofhotos Group LLC.pdf

Thank You, alec celestin

**Do Not Share This Email**

This email contains a secure link to Docusign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit Docusign.com, click 'Access Documents', and enter the security code:
F8CC4D4BD1054E54A354DC4C4C9205B07

**About Docusign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- Docusign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you have trouble signing, visit "How to Sign a Document" on our Docusign Support Center, or browse our Docusign Community for more information.

 Download the Docusign App

This message was sent to you by alec celestin who is using the Docusign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.