# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual, ALEC CELESTIN, an individual, and LANI GINOZA, an individual,

    Defendants.

## [PROPOSED] ORDER GRANTING MOTION FOR SERVICE BY OTHER MEANS ON NOFHOTOS GROUP LLC AND FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS [DKT. 33]

THIS CAUSE is before the Court on the Motion for Service by Other Means on Nofhotos Group LLC ("Nofhotos") pursuant to Federal Rule of Civil Procedure 4(h)(1)(A) and Section 48.102 of the Florida Statutes, and for extension of time to effectuate service pursuant to Federal Rule of Civil Procedure 4(m) [Dkt. 33] (the "Motion"), filed by Plaintiff Alice Rosenblum, on behalf of herself and all others similarly situated (the "Plaintiff"). This Court, having considered the motion and all other relevant factors, hereby

ORDERS and ADJUDGES that the Motion is GRANTED as follows:

1. Plaintiff may serve Defendant Nofhotos by e-mail at the e-mail address (alec@nofhotos.com) it used to initiate and engage in the electronic execution of a contract that is

the subject of a declaratory judgment claim in this action, after which Plaintiff shall file of record in this action notice of same and send a copy of that notice by U.S. Certified Mail, Return Receipt Requested, to the Nofhotos Corporate Address of Record as defined in the Motion.

2. Plaintiff is granted an extension of time, through and including August 5, 2025, for Plaintiff to serve Defendant Nofhotos with the Summons and Complaint.

DONE AND ORDERED in Chambers in Miami, Florida, this _____ day of _____.

_____
Honorable Jose E. Martinez
United States District Judge

Copies furnished to: All Counsel of Record.