UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20899-CIV-MARTINEZ

ALICE ROSENBLUM, on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California
Limited Liability Company, WLM
MANAGEMENT LLC, a California Limited
Liability Company, LUCY GUO, ALEC
CELESTIN, and LANI GINOZA,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR SERVICE BY OTHER MEANS ON NOFHOTOS GROUP LLC AND EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS

    THIS CAUSE is before the Court on Plaintiff's Motion for Service by Other Means on Nofhotos Group LLC ("Nofhotos") pursuant to Federal Rule of Civil Procedure 4(h)(1)(A) and Section 48.102 of the Florida Statutes, and for extension of time to effectuate service pursuant to Federal Rule of Civil Procedure 4(m) ("Motion"), (ECF No. 33). This Court, having considered the Motion and all other relevant factors, hereby

    **ORDERS** and **ADJUDGES** that the Motion is **GRANTED** as follows:

    1.    Plaintiff may serve Defendant Nofhotos by e-mail at the e-mail address it used to initiate and engage in the electronic execution of a contract that is the subject of a declaratory judgment claim in this action, (alec@nofhotos.com), after which Plaintiff shall file of record in

this action notice of same and send a copy of that notice by U.S. Certified Mail, Return Receipt Requested, to the Nofhotos Corporate Address of Record as defined in the Motion.

    2.    Plaintiff shall serve Defendant Nofhotos with the Summons and Complaint **on or before July 11, 2025**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of May, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record