UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA, <br><br> Defendants. | |

## CERTIFICATION OF MICHELLE EUGENIA LEE, ESQ.

Michelle Eugenia Lee, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar and admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date: June 2, 2025.

*/s/ Michelle Eugenia Lee*
Michelle Eugenia Lee, Esq.
N.Y. Bar No. 5920467
Michelle.lee@csvllp.com
Clark Smith Villazor LLP
666 Third Ave., 21st Fl.
New York, NY 10017
Tel.: (212) 377-0850