## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

    Defendants.

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michelle Eugenia Lee, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michelle Eugenia Lee, Esq. may appear and participate in this action on behalf of Plaintiff Alice Rosenblum, on behalf of herself and all others similarly situated. The Clerk shall provide electronic notification of all electronic filings to Michelle Eugenia Lee, Esq. at michelle.lee@csvllp.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
Hon. Jose E. Martinez
United States District Judge

Copies furnished to: All Counsel of Record