**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

        Defendants.

**PLAINTIFF'S NOTICE OF SERVICE BY OTHER MEANS**
**ON DEFENDANT NOFHOTOS GROUP LLC**

    PLEASE TAKE NOTICE THAT Plaintiff Alice Rosenblum, on behalf of herself and others similarly situated (the "Plaintiff"), by and through her undersigned counsel and pursuant to this Honorable Court's Order Granting Motion for Service by Other Means on Nofhotos Group LLC and Extension of Time to Effectuate Service of Process [DE 34] (the "Order"), hereby provides notice of serving Defendant Nofhotos Group LLC by other means, specifically by e-mail (alec@nofhotos.com) [Exhibit 1] (the "Service E-Mail"), on this even date with the Summons and Complaint filed of record in this action, along with the Order entered in this action and a copy of Plaintiff's Initial Disclosures served, but not filed, in this action (collectively, the "Served Documents").

    A copy of the Service E-Mail [Exhibit 1], along with the Served Documents affixed to it, has been sent to Defendant Nofhotos Group LLC at 11911 Martha Ann Drive, Los Alamitos, CA 90720 via United States Certified Mail, Return Receipt Requested. [Exhibit 2].

Further pursuant to the Order, a copy of this notice, upon filing, will be sent to Defendant Nofhotos Group LLC at 11911 Martha Ann Drive, Los Alamitos, CA 90720 via United States Certified Mail, Return Receipt Requested. [Exhibit 3].

Date: June 2, 2025.					Respectfully submitted,

SCHWARTZ | BRESLIN PLLC

*/s/ Jonathan Noah Schwartz*
Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jerry Breslin, Esq.
Florida Bar No. 269573
E-Maila: JS@JSJB.Law; JB@JSJB.Law
Tel.: (305) 577-4626
Schwartz Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St., Miami, FL 33131

CLARK SMITH VILLAZOR LLP

Christopher J. Clark, Esq.
clark@csvllp.com
(admitted *pro hac vice*)
Rodney Villazor, Esq.
rodney.villazor@csvllp.com
(admitted *pro hac vice*)
Natalia Lima, Esq.
natalia.lima@csvllp.com
(admitted *pro hac vice*)

666 Third Avenue, 21st Floor
New York, New York 10017
(212) 377-0850

*Attorneys for Plaintiff*

<u>Certificate of Service</u>

I HEREBY CERTIFY that the foregoing document was filed on June 2, 2025 via CM/ECF, which simultaneously effectuated service upon all counsel of record, and will be sent via U.S. Certified Mail, Return Receipt Requested [<u>Exhibit 3</u>] to Defendant Nofhotos Group LLC.

<u>/s/ Jonathan Noah Schwartz, Esq.</u>
Jonathan Noah Schwartz, Esq.