**Monday, June 2, 2025 at 2:26:59 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Service of Process - Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899 |
| **Date:** | Monday, June 2, 2025 at 12:00:39 PM Eastern Daylight Time |
| **From:** | Jonathan Schwartz |
| **To:** | alec@nofhotos.com |
| **CC:** | Jerry Breslin, Christopher Clark, Natalia Lima, Rodney Villazor, Rollo Baker, Brian W. Toth, ffunes@tothfunes.com, Alexander Davis, Vivek Tata, Chase Shelton |
| **BCC:** | Michelle Lee, Brian Burns |
| **Priority:** | High |
| **Attachments:** | 2025.05.29 - 34 - Order Granting Service By Other Means and Extension of Time[91].pdf, Issued Summons to Nofhotos Group, LLC[73].pdf, 2025.02.26 - 1 - Complaint[2].pdf, 2025.05.30 - Initial Disclosures Final[5].pdf |

**Subject: Service of Process - Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899**

Dear Nofhotos Group, LLC:

Pursuant to the attached Order of the U.S. District Court for the Southern District of Florida, entered on May 28, 2025, you are hereby served with the Summons and Complaint in the matter of *Rosenblum v. Passes, Inc. et al.*, Case No. 25-cv-20899.

Also attached are copies of the Summons and Complaint, along with the Initial Disclosures served on other Defendants. Please be advised that failure to respond in accordance with the Federal Rules of Civil Procedure may result in a default judgment entered against you. Thank you.

Respectfully,

Jonathan Noah Schwartz, Esq.
SCHWARTZ | BRESLIN PLLC
The Alfred I. DuPont Building
169 E. Flagler St., Ste. 700
Miami, FL 33131
Direct Cell: (973) 936-2176