

```
UNITED STATES
POSTAL SERVICE

        METRO
150 SE 2ND AVE STE 103
  MIAMI, FL 33131-9997
      www.usps.com

06/02/2025                    01:41 PM

TRACKING NUMBERS
9589 0710 5270 0138 8893 14

TRACK STATUS OF ITEMS WITH THIS CODE
         (UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

Product              Qty   Unit    Price
                           Price

First-Class Mail®     1            $4.01
Large Envelope
  Los Alamitos, CA 90720
  Weight: 0 lb 9.20 oz
  Estimated Delivery Date
  Sat 06/07/2025
Certified Mail®                    $4.85
  Tracking #:
  9589 0710 5270 0138 8893 14
Return Receipt                     $4.10
  Tracking #:
  9590 9402 8344 3094 2285 39
Total                             $12.95

Grand Total:                      $12.95
```