UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself
and all others similarly situated,

                 Plaintiff,

v.

PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California
Limited Liability Company, WLM
MANAGEMENT LLC, a California Limited
Liability Company, LUCY GUO, ALEC
CELESTIN, and LANI GINOZA,

                 Defendants.

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LANI GINOZA PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO THE CLERK of the United States District Court for the Southern District of Florida:

Plaintiff Alice Rosenblum, on behalf of herself and all other similarly situated (the "Plaintiff"), by and through her undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests that the Clerk of this Honorable Court enter the default of Defendant Lani Ginoza, an individual ("Ginoza"), for failure to plead or otherwise defend against this action in a timely manner.

As to Defendant Ginoza:

(1)    As shown by the Affidavit of Service previously filed in this action as DE 31, service was effectuated as to Defendant Ginoza pursuant to Federal Rule of Civil Procedure 4 on March 20, 2025.

(2) Defendant Ginoza "has failed to plead or otherwise defend, and that failure is shown by[,]" Fed. R. Civ. P. 55(a), the Affidavit of Service filed of record as DE 31 coupled with the lack of any filing in this action by, including any appearance on behalf of, Defendant Ginoza.

The Plaintiff thus respectfully requests that the Clerk of this Honorable Court enter the default of Defendant Ginoza.

Date: June 4, 2025.                         Respectfully submitted,

SCHWARTZ | BRESLIN PLLC

*/s/ Jonathan Noah Schwartz*
Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jerry Breslin, Esq.
Florida Bar No. 269573
E-Maila: JS@JSJB.Law; JB@JSJB.Law
Tel.: (305) 577-4626
Schwartz Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St., Miami, FL 33131

CLARK SMITH VILLAZOR LLP

Christopher J. Clark, Esq.
clark@csvllp.com
(admitted *pro hac vice*)
Rodney Villazor, Esq.
rodney.villazor@csvllp.com
(admitted *pro hac vice*)
Natalia Lima, Esq.
natalia.lima@csvllp.com
(admitted *pro hac vice*)

666 Third Avenue, 21st Floor
New York, New York 10017
(212) 377-0850

*Attorneys for Plaintiff*

<u>Certificate of Service</u>

I HEREBY CERTIFY that the foregoing document was filed on June 4, 2025 via CM/ECF, which simultaneously effectuated service upon all counsel of record, and will be sent via U.S. Certified Mail, Return Receipt Requested, to the address at which Defendant Ginoza was served [DE 31], as well as to Defendants Nofhotos Group LLC and WLM Management LLC at the addresses at which they were served.

<u>*/s/ Jonathan Noah Schwartz, Esq.*</u>
Jonathan Noah Schwartz, Esq.