UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALICE ROSENBLUM

    PLAINTIFF(S)

v.

PASSES, INC., et al.,

    DEFENDANT(S).

CASE NUMBER
1:25−cv−20899−JEM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Lani Ginoza**

as of course, on the date June 4, 2025.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc: Judge Jose E. Martinez
    Alice Rosenblum
    1155 NE 126 St.
Apt 613

    North Miami, FL 33161

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)