UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20899-CIV-MARTINEZ

ALICE ROSENBLUM, on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

PASSES, INC., NOFHOTOS GROUP LLC,
WLM MANAGEMENT LLC, LUCY GUO,
ALEC CELESTIN, and LANI GINOZA,

    Defendants.
_____/

### ORDER ON FINAL DEFAULT JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendant Lani Ginoza, (ECF No. 39). After careful consideration, it is

**ORDERED AND ADJUDGED** that:

1. **On or before June 18, 2025**, Defendant Lani Ginoza shall (1) file an answer or other response to the Complaint, and (2) file a motion to set aside the Clerk's Default that shows good cause for Defendant Lani Ginoza's failure to timely respond to the Complaint. If Defendant Lani Ginoza fails to do so, default final judgment may be entered. In other words, Defendant Lani Ginoza must object to the Clerk's Default by the above deadline or Plaintiff may be able to obtain the relief requested in its Complaint.

2. **On or before June 25, 2025**, Plaintiff shall file a motion for final default judgment that includes affidavits of the amounts due by Defendant Lani Ginoza, if necessary, and any other supporting documentation necessary to determine the measure of damages and/or conclude this action. Plaintiff shall send a copy of the motion to Defendant Lani Ginoza's counsel, or to

-2-

Defendant itself, if Defendant does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent. Plaintiff's failure to file a motion for final default judgment within the specified time will result in a dismissal without prejudice.

3. Plaintiff shall immediately send a copy of this Order to Defendant Lani Ginoza and file a certificate of service on the record.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of June, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record