# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.: 1:25-cv-20899-JEM**

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual ALEC CELESTIN, an individual, and LANI GINOZA, an individual,

    Defendants.

## NOTICE OF FILING OF AFFIDAVIT OF SERVICE – DEFENDANT LANI GINOZA

  Please take notice that Plaintiff Alice Rosenblum, on behalf of herself and others similarly situated, by and through undersigned counsel, hereby files the Affidavit of Service of Order on Final Default Judgment Procedure on Defendant Lani Ginoza, served on June 9, 2025, attached hereto as Exhibit 1.

Date: June 9, 2025                    Respectfully submitted,

SCHWARTZ | BRESLIN PLLC

*/s/ Jonathan Noah Schwartz*
Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
E-Mail: JS@JSJB.Law; Tel.: (305) 577-4626
Schwartz Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St., Miami, FL 33131

*Attorneys for Plaintiff*

CLARK SMITH VILLAZOR LLP

Christopher J. Clark, Esq.
clark@csvllp.com
(admitted *pro hac vice*)
Rodney Villazor, Esq.
rodney.villazor@csvllp.com
(admitted *pro hac vice*)
Natalia Lima, Esq.
natalia.lima@csvllp.com
(admitted *pro hac vice*)

666 Third Avenue, 21st Floor
New York, New York 10017
(212) 377-0850

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed via CM/ECF, which simultaneously effectuated service upon all counsel of record, and will be served on Defendant Ginoza by U.S. Certified Mail, R/R/R, at the address at which she was served (Exhibit 2).

*/s/ Jonathan Noah Schwartz, Esq.*
Jonathan Noah Schwartz, Esq.