UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.: 1:25-cv-20899-JEM**

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual ALEC CELESTIN, an individual, and LANI GINOZA, an individual,

        Defendants.

**AFFIRMATION OF SERVICE**

I, Natalia Lima, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over 18 years old. I am not a party to this action. I am employed by Clark Smith Villazor LLP and reside in New York, New York.

2. On June 9, 2025 at approximately 11:11 am ET, I delivered to the United States Postal Service for delivery via U.S. Certified Mail, R/R/R (the receipt of which is attached hereto as Exhibit 3), to the below address of Defendant Lani Ginoza, the following documents: ORDER ON FINAL DEFAULT JUDGMENT PROCEDURE (a copy of which is attached hereto as Exhibit 4):

    Lani Ginoza
    6677 Santa Monica Blvd
    Apt 3615
    Los Angeles, CA 90038-1599

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 9, 2025                                  Respectfully submitted,

                                                    CLARK SMITH VILLAZOR LLP

                                                    /s/ Natalia Lima
                                                    Christopher J. Clark, Esq.
                                                    clark@csvllp.com
                                                    (admitted *pro hac vice*)
                                                    Rodney Villazor, Esq.
                                                    rodney.villazor@csvllp.com
                                                    (admitted *pro hac vice*)
                                                    Natalia Lima, Esq.
                                                    natalia.lima@csvllp.com
                                                    (admitted *pro hac vice*)

                                                    666 Third Avenue, 21st Floor
                                                    New York, New York 10017
                                                    (212) 377-0850