# Receipt

Print Date: Jun 09, 2025

## RETURN TO

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
666 3rd Ave
New York, NY 10017

## SHIP TO

Lani Ginoza
6677 Santa Monica Blvd Apt 3615
Los Angeles, CA 90038

## REFERENCE

| | |
|---|---|
| Ship Date: | Jun 09, 2025 |
| Ship from ZIP: | 10017 |
| Weight: | 0lbs. 5oz. |
| User: | mreid2335 |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Printed |
| Tracking #: | 9414811105495827479821 |

## SERVICE

| | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Large Envelope | $2.59 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Certified Mail | $4.85 |
| Return Receipt Electronic | $2.62 |
| Subtotal | $10.06 |
| Label Quantity | 1 |
| Total Cost | $10.06 |