**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

    Defendants.

_____/

CASE NO.: 1:25-cv-20899-JEM

## **NOTICE OF APPEARANCE**

COMES NOW, MATTHEW J. TROCCOLI, ESQ., JOSE TEURBE-TOLON, ESQ., and Xander Law Group, P.A., hereby appear as counsel of record for DEFENDANT LANI GINOZA. Please send copies of all Notices, pleadings, motions, correspondence, and other documents regarding this proceeding to the undersigned counsel, from this date forward.

Respectfully Submitted this 18th day of June, 2025.

                                            By: /s/Matthew J. Troccoli
                                            Matthew J. Troccoli, ESQ.
                                            Fla. Bar No. 63454
                                            By: /s/Jose Teurbe-Tolon
                                            JOSE TEURBE-TOLON, ESQ.
                                            Fla. Bar No.: 87791

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Wednesday, June 18, 2025 a true and correct copy of the foregoing *NOTICE OF APPEARANCE* has been served via Florida E-Filing Portal, to Plaintiff's counsel Christopher J. Clark, Michelle Eugenia Lee, Natalia De Barros Lima and Rodney Villazor from Clark Smith Villazor LLP at clark@csvllp.com, michelle.lee@csvllp.com, natalia.lima@csvllp.com and rodney.villazor@csvllp.com, as well as Jerrell Andrew Breslin and Jonathan Noah Schwartz from Schwartz Breslin PLLC at jb@jsjb.law and js@jsjb.law, as well as Defendant's counsel: Alexander S. Davis at adavis@elsberglaw.com; Brian W. Toth at btoth@tothfunes.com; Chase J. Shelton at cshelton@elsberglaw.com, Freddy Funes at ffunes@tothfunes.com; Roll Baker at rbaker@elsberglaw.com; Vivek Tata at vtata@elsberglaw.com.

By: /s/Matthew J. Troccoli
Matthew J. Troccoli, ESQ.
Fla. Bar No. 63454
By: */s/Jose Teurbe-Tolon*
JOSE TEURBE-TOLON, ESQ.
Fla. Bar No.: 87791

XANDER LAW GROUP, P.A.
25 S.E. 2nd Avenue, Suite 808
Miami, Florida 33131
Telephone: (305) 767-2001
matt@xanderlaw.com
service@xanderlaw.com
*Counsel for Defendant*