**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALICE ROSENBLUM, on behalf of herself             CASE NO.: 1:25-cv-20899-JEM
and all others similarly situated,

     Plaintiff,

v.

PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California
Limited Liability Company, WLM
MANAGEMENT LLC, a California Limited
Liability Company, LUCY GUO, ALEC
CELESTIN, and LANI GINOZA,

     Defendants.

_____/

**DEFENDANT LANI GINOZA'S UNOPPOSED MOTION TO QUASH SERVICE OF**
**PROCESS  AND SET ASIDE CLERK'S DEFAULT**

     Defendant LANI GINOZA ("Ginoza" or "Defendant"), by and through undersigned

counsel, respectfully moves for entry of an Order quashing service of process and vacating the

Clerk's default entered against her, and in support states:

**I.      INTRODUCTION**

     Plaintiff improperly obtained a Clerk's Default against Defendant Lani Ginoza based on

facially defective and invalid service of process. At the time of the alleged service, Defendant had

not resided at the subject address for more than six months, and the individual who allegedly

accepted the documents was not identified, nor was there any indication that the individual served

resided at the premises or was associated with Defendant. Accordingly, Plaintiff has failed to meet

its burden under federal or state law to demonstrate proper service. This Court lacks personal jurisdiction over Defendant, and the Clerk's Default must be vacated. This Motion sets forth:

(1) the procedural and factual background showing Defendant had vacated the address well before service was attempted and acted promptly upon learning of the default;

(2) good cause exists under Rule 55(c) to set aside the default, as Defendant's lack of response was not willful, and Plaintiff will suffer no prejudice;

(3) service was legally insufficient under ample authority, as the address was no longer Defendant's residence and no valid substitute service was effectuated; and

## II. STATEMENT OF FACTS

Plaintiff filed the instant action on February 26, 2025. At a prior time, Defendant Ginoza resided at 6677 Santa Monica Blvd #3615, Los Angeles, CA 90038 ("Santa Monica Address"). However, Defendant vacated that apartment and her lease formally ended on August 10, 2024. After her lease expired, Defendant moved into her parents' home to care for her mother, who was diagnosed with cancer. On August 11, 2024, Defendant promptly updated her driver's license with California authorities to reflect her change in residence.

Despite this, Plaintiff's process server attempted to serve Defendant six separate times at the Santa Monica address and ultimately filed a return of service asserting that substitute service was effectuated on a "co-resident" of Ginoza on March 20, 2025. However, the return of service fails to identify the individual allegedly served, and the process server admits that the individual refused to provide a name. The process server's affidavit offers no explanation for how he concluded the individual was in fact a resident of the dwelling or associated with Ginoza in any way.

The best evidence that Ginoza was not evading service is that she was validly served in another legal proceeding at her present address during the relevant timeframe. In a separate action pending in the Superior Court of California in Los Angeles County, *Fanfixapp LLC; SuperordinaryCo USA, Inc.  v. Passes, Inc., Nofhotos Group, LLC., and Does 1-20;* Case No. 24SMCV00099, Defendant was served with a third-party subpoena at her current residence and her father accepted service without objection. Defendant was not properly served and did not receive official notice of this lawsuit prior to the entry of the Clerk's Default. Plaintiff made no meaningful effort to serve Defendant at her actual residence, despite the fact that she had not lived at the Santa Monica address for over six months and public records, such as her updated driver's license, reflected her new address. Plaintiff nevertheless proceeded to request a default without ensuring proper service under applicable law. Defendant retained undersigned counsel months before the entry of the Clerk's Default, and counsel monitored the docket on a regular basis throughout that time. Counsel became aware of the filed return of service but immediately recognized it as facially defective: it failed to identify the person allegedly served, offered no basis to conclude that person resided at the address, and was based on substitute service at a location Defendant had vacated more than six months earlier. Because service was plainly deficient, undersigned counsel anticipated that Plaintiff would either attempt to properly serve Defendant or acknowledge the insufficiency and proceed accordingly. Instead, Plaintiff took the extraordinary and improper step of seeking a Clerk's Default based on that invalid return, despite knowing that Defendant had not been properly served and that the co-defendants had acknowledged in a prior filing (D.E. 30) that Plaintiff had not yet served Ginoza at all. Plaintiff's conduct appears calculated to manufacture the appearance of progress in the case and exert litigation pressure without first satisfying basic due process requirements. Upon learning that a default had been entered based on

this defective service, undersigned counsel promptly investigated the matter and filed the instant motion to protect Defendant's rights and contest the improper service.

### III. MEMORANDUM OF LAW

**A. Federal Rule Federal Rule of Civil Procedure 55(c) is the Appropriate Vehicle for Defendant's Request for Relief.**

As a general rule, "there is a strong policy of determining cases on their merits" and default judgments are generally disfavored. *In re Worldwide Web Sys., Inc.*, 328 F.3d 1291, 1295 (11th Cir. 2003). Once a final default judgment has been entered in a case, a party must proceed to set aside said final default judgment under Rule 60(b). Fed. R. Civ. P. 60(b). However, if a Clerk's default has been entered but there has not been a final default judgment, a court may set aside a clerk's default upon a showing of good cause. Fed. R. Civ. P. 55(c); see also *Compania Interamericana Export-Import, S.A. v. Compania Dominicana de Avacion*, 88 F. 3d 948, 951 (11th Cir. 1996).

"Good cause is a mutable standard, varying from situation to situation. It is also a liberal one – but not so elastic as to be devoid of substance." *Id.* (quoting *Coon v. Grenier*, 867 F. 2d 73, 76 (1st Cir. 1989)). Some factors Courts have considered when analyzing whether good cause exists include "whether the default was culpable or willful, whether setting it aside would prejudice the adversary, and whether the defaulting party presents a meritorious defense." *Compania Interamericana Export-Import. v. Compania Dominicana de Avacion*, 88 F. 3d 948, 951 (11th Cir. 1996). Other factors the Court considers include "whether the defaulting party acted promptly to correct the default" and "where the public interest [is] implicated." *Id.* Regardless of the specific

factors the court employs, the primary purpose is "[the factors] be regarded simply as a means of identifying circumstances which warrant the finding of 'good cause' to set aside a default." *Id.*

Here, good cause exists to vacate the Clerk's Default because the default was entered against Defendant even though she was never properly served. Plaintiff attempted to effectuate substitute service on Defendant at 6677 Santa Monica Blvd #3615, Los Angeles, CA, which is a property that Defendant vacated in August 2024. Her lease formally ended on August 10, 2024, and she moved to live with her parents to care for her ailing mother, as confirmed by her lease agreement (**Exhibit 1**, Lease Agreement), updated address on her driver's license (**Exhibit 2**, Lani Ginoza's Driver's License), and Affidavits by her parents (**Exhibit 3**, Affidavit of Karen Lim; **Exhibit 4,** Affidavit of Nathan Ginoza, **Exhibit 5,** Affidavit of Lani Ginoza). The process server attempted service six times at the former address and ultimately filed an affidavit claiming service was made on a "co-resident." However, the process server admitted that the person who accepted the documents refused to give their name and provided no indication of how they determined this individual was in fact a co-resident of Ginoza.

**B. This Court Should Quash Service of Process and Vacate the Clerk's Default because Defendant was Never Served with the Summons or Complaint as Required by Federal Law and Florida Law.**

The Clerk's Default must be vacated because Defendant was never properly served, and the resulting judgment is void. As a result, the Court lacked personal jurisdiction over Defendant at the time the Clerk's Default was entered. A void default is not subject to the discretionary "good cause" standard under Rule 55(c), but must be set aside as a matter of law under Rule 60(b)(4). See *In re Worldwide Web Sys., Inc.*, 328 F.3d 1291, 1299 (11th Cir. 2003) (judgment void where no personal jurisdiction due to defective service); *Rogers v. Hartford Life & Accident Ins. Co.*, 167

F.3d 933, 940 (5th Cir. 1999) ("Without valid service of process, proceedings against a party are void.").

Furthermore, courts have consistently rejected the notion that actual notice cures improper service. Although Rule 4 is designed to be interpreted flexibly, it cannot be disregarded. Courts in the Eleventh Circuit have explained that Rule 4 "is a flexible rule that should be liberally construed so long as a party receives sufficient notice of the complaint." *Sanderford v. Prudential Ins. Co. of Am.*, 902 F.2d 897, 900 (11th Cir. 1990); see also *Banco Latino v. Gomez Lopez*, 53 F. Supp. 2d 1273, 1281 (S.D. Fla. 1999) ("[O]nce a defendant has actual notice of the pendency of an action, the requirements of Fed. R. Civ. P. 4 are to be liberally construed."). However, actual notice alone is not sufficient to cure defective service. The Eleventh Circuit has repeatedly held that service of process which does not substantially comply with Rule 4 is ineffective to confer personal jurisdiction over the defendant—even if the defendant has actual knowledge of the lawsuit. See, e.g., *Albra v. Advan, Inc.*, 490 F.3d 826, 829 (11th Cir. 2007); *Prewitt Enters., Inc. v. Org. of Petroleum Exporting Countries*, 353 F.3d 916, 925 (11th Cir. 2003).

As the Supreme Court has emphasized, in other words, an individual or entity "is not obliged to engage in litigation unless [officially] notified of the action ... under a court's authority, by formal process." *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999). Actual notice, without more, does not trigger a duty to respond or waive the fundamental right to proper service.

Accordingly, good cause exists under Rule 55(c) to vacate the Clerk's Default and permit Defendant to respond to the Complaint on the merits when she is properly served. Because service was never properly effectuated, Defendant's failure to respond to the Complaint was not willful or

culpable. Setting aside the default would not prejudice Plaintiff, and Defendant intends to assert meritorious defenses once proper service is made. In fact, the default must be deemed void.

The record further supports that Defendant was not evading service. There is no evidence that Defendant was evading service. To the contrary, in a separate action in the Superior Court of California in Los Angeles County, *Fanfixapp LLC; SuperordinaryCo USA, Inc. v. Passes, Inc., Nofhotos Group, LLC., and Does 1-20; Case No. 24SMCV00099*, Defendant was served with a third-party subpoena at her current residence and voluntarily accepted service. This undermines any suggestion that she was attempting to avoid this litigation. (Exhibit 4, Affidavit of Nathan Ginoza). Moreover, Codefendants Passes, Inc. and Lucy Guo acknowledged in their reply in support of their motion to dismiss (D.E. 30) that, 82 days after the Complaint was filed, "Plaintiffs' counsel still has not served any of the other defendants—Alec Celestin (and his companies) and Lani Ginoza—who are alleged to have actually engaged in wrongdoing." It appears Plaintiff attempted to obtain service and a default against Defendant Ginoza shortly thereafter in a strategic effort to rebut this argument. Once the Clerk's Default was entered, and Defendant had notice of the filing, she acted promptly through counsel to challenge the improper service.

Turning to the legal insufficiency of service itself, "Where service of process is insufficient, a district court lacks personal jurisdiction over the defendant." *APL Microscopic, LLC v. Corporate American Solutions, LLC*, No. 17-23316-CIV-MORENO, 2017 WL 5290898, at *1 (S.D. Fla. Nov. 9, 2017) (citing *Kelly v. Florida*, 233 F. App'x 833, 884 (11th Cir. 2007)). Moreover, courts require "strict compliance with service of process procedures." *Id.* (quoting *Baraban v. Sussman*, 439 So. 2d 1046, 1047 (Fla. 4th DCA 1983)).

Federal Rule of Civil Procedure 4(e) governs service on individuals within the United States and provides, in relevant part:

"Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:
(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
(2) doing any of the following:
(A) delivering a copy of the summons and of the complaint to the individual personally;
(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process."

Here, Plaintiff's process server claimed to effectuate service under state law through substitute service. However, the attempt was invalid under both Florida and California law.

Florida Statute § 48.031(1)(a) states:

"Service of original process is made by delivering a copy of it to the person to be served with a copy of the complaint, petition, or other initial pleading or paper or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents."

California Code of Civil Procedure § 415.20(b) similarly provides:

"If a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served, … a summons may be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place of abode, usual place of business, or usual mailing address … in the presence of a competent member of the household or a person apparently in charge … who shall be informed of the contents thereof, and by thereafter mailing a copy of the summons and complaint by first-class mail … to the person to be served at the place where a copy of the summons and complaint were left."

Despite these clear statutory requirements, Plaintiff failed to satisfy any of them.

Defendant had vacated the Santa Monica Blvd apartment over six months prior to the alleged date of service. Her lease ended August 10, 2024 and she updated her driver's license accordingly (**Exhibit 1**; **Exhibit 2**). That address was no longer her "usual place of abode" under any reasonable interpretation of Florida, Federal, or California law. Yet the process server attempted service at that location six times and eventually claimed substituted service on a "co-resident" who refused to identify themselves. The server did not explain how he concluded the

individual was a co-resident of Defendant, or even a lawful occupant of the premises. He further failed to mail a copy of the complaint to Defendant, as required by California law. This renders the purported service legally defective.

The specific facts of the attempted service highlight its unreliability. Despite repeated attempts at the old address, the process server ultimately left the summons and complaint with an unnamed individual who lived at the apartment but did not know Defendant and had no connection to her. The affidavit of service does not identify the individual served, nor does it explain how the process server concluded that the person was a suitable substitute or resided with Defendant. Critically, service was not made at Defendant's "dwelling or usual place of abode," as required by Rule 4(e)(2)(B) in relation to Defendant. As a result, the attempted service does not substantially comply with the requirements of Rule 4.

Because the statutory requirements were not met, the proof of service is both factually unreliable and legally insufficient. It does not demonstrate compliance with the mandates of Rule 4(e), Florida Statute § 48.031, or California Code of Civil Procedure § 415.20. Where service is improper, the Court lacks personal jurisdiction over the defendant, and the default must be vacated. Moreover, Plaintiff cannot credibly assert that Defendant was evading service. In a separate matter filed in California state court, Defendant was served with a third-party subpoena at her actual place of residence and accepted service without hesitation. Defendant is not hiding from litigation, she was simply never given proper notice of this one. Accordingly, Plaintiff failed to perfect service on Defendant, and the Clerk's Default must be vacated as void for lack of personal jurisdiction.

## IV. CONCLUSION

As this Default was entered on the basis of invalid and improper service of process, due to Plaintiff's failure to effectuate service in a matter that complied with Florida or California Law, which must now be quashed, Defendant asks that the Court vacate the Clerk's Default and allow it to defend the allegations against it on the merits. Defendant should be entitled to have the Clerk's Default vacated as void due to the deficient service of process as allowed under Florida law or in the alternative due to the aforementioned good cause shown.

WHEREFORE, Defendant LANI GINOZA respectfully requests this Court (i) quash service of process on Defendant; (ii) vacate the Clerk's Default; and (iii) for such other and further relief that this Court deems appropriate.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that on Friday, June 13, 2025, at 2:15 PM, undersigned counsel sent an email to confer with opposing counsel of record regarding the relief requested in this motion. A conferral meeting subsequently occurred between undersigned counsel and Plaintiff's counsel, Rodney Villazor, on Monday, June 16, 2025, at 3:00 PM. During that discussion, plaintiff's counsel agreed to not oppose a motion to quash service and set aside the clerk's default in exchange for Defendant Lani Ginoza waiving service under Federal Rule of Civil Procedure 4(d).  Plaintiff's counsel has since reviewed the instant motion, disagrees with the arguments characterizing specific actions set forth therein, but remains unopposed to the motion to quash service and set aside the clerk's default.

By: /s/Jose Teurbe-Tolon
JOSE TEURBE-TOLON, ESQ.
Fla. Bar No.: 87791

By: /s/Matthew J. Troccoli
Matthew J. Troccoli, ESQ.
Fla. Bar No. 63454

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th day of June the *Motion to Quash Service of Process and Vacate Clerk's Default* was served via CM/ECF on all parties on record including Plaintiff's counsel Christopher J. Clark, Michelle Eugenia Lee, Natalia De Barros Lima and Rodney Villazor from Clark Smith Villazor LLP at clark@csvllp.com, michelle.lee@csvllp.com, natalia.lima@csvllp.com and rodney.villazor@csvllp.com, as well as Jerrell Andrew Breslin and Jonathan Noah Schwartz from Schwartz Breslin PLLC at jb@jsjb.law and js@jsjb.law, as well as Jerrell Andrew Breslin and Jonathan Noah Schwartz from Schwartz Breslin PLLC at jb@jsjb.law and js@jsjb.law, and Defendant's counsel: Alexander S. Davis at adavis@elsberglaw.com; Brian W. Toth at btoth@tothfunes.com; Chase J. Shelton at cshelton@elsberglaw.com, Freddy Funes at ffunes@tothfunes.com; Roll Baker at rbaker@elsberglaw.com; Vivek Tata at vtata@elsberglaw.com.

By:   /s/Matthew   J.   Troccoli
Matthew J. Troccoli, ESQ.
Fla. Bar No. 63454

By:/s/Jose Teurbe-Tolon
Jose Teurbe-Tolon, ESQ.
Fla. Bar No. 87791

XANDER LAW GROUP, P.A.
25 S.E. 2nd Avenue, Suite 808
Miami, Florida 33131
Telephone: (305) 767-2001
matt@xanderlaw.com
service@xanderlaw.com
*Counsel for Defendant*

# EXHIBIT 1

Date **09/30/2023**

**Lani Ginoza and Tiffany Lu**

We are delighted to have you as a resident at **AVA Hollywood**.  Your lease paperwork is now ready for review and e-signature.  Please reach out if you have any questions, our contact information is listed below.

On behalf of our entire team, thank you for choosing to make us your home.

Sincerely,

The Team at **AVA Hollywood**

---

**What You Need to Do:**

Review and e-sign the following documents:

- Lease Agreement with Lease Summary Page
- Security Deposit Agreement
- Utility/Renter's Insurance Agreement and Authorization
- Community Policies
- Community Specific Forms

**Important Reminders:**

- Submit any outstanding payments (including any Amenity Fees, if applicable)
- Provide a copy of your Renter's Insurance Policy effective for the duration of your new lease.
- Login to AvalonAccess.com and verify your profile information is correct.
- Rent is due on the 1st of every month.  Choose the payment option best for you:
  - On AvalonAccess, use the Pay Rent option to pay through your free Bilt Rewards loyalty program account, which allows you to earn points on rent. You will receive an invitation to join Bilt shortly after moving in. Payments can be made through ACH or use the no fee Bilt Rewards credit card.
  - You can also select Pay Rent (Without Rewards) to pay directly on AvalonAccess through ACH or another type of credit card without earning points.
  - Mail to the address on your statement
  - Call the Customer Care Center, 1-877-282-6246 to pay via e-check or with a non-Bilt credit card (additional credit card fees will apply).
- **New Move Ins:** Please complete the steps outlined in the email you received from Moved.com.

- **Renewing Residents:** You must return your new lease and a copy of your updated renter's insurance policy in the month preceding the start of your new lease to avoid additional liability only and month-to-month lease fees.

**Contact Us:**

- **Billing Inquiries:** AvalonBay Customer Care Center at 1-877-282-6246 or via email at customercarecenter@avalonbay.com.

- **Maintenance and Office Teams:** *Resident App* is the fastest way to reach the office and maintenance teams when you are a resident. Download the *Resident App* to your mobile device or use the web-based portal. You can also call **323-310-5353** to leave us a voicemail and someone will follow up with you shortly.

- **General Email: hollywood@avaapartments.com**

## CALIFORNIA APARTMENT LEASE AGREEMENT

### INTRODUCTION

**AVA Hollywood**

You are entering into an Apartment Lease Agreement (this "Lease") as of the Lease Execution Date set forth in the Summary of Key Lease Terms (the "Summary") that we have provided to you as part of this Lease.  Capitalized terms used in this Lease that are not defined are identified in the Summary.

We have tried to make this Lease as easy as possible for you to review, including writing much of it in a question and answer format.  Your Lease consists of all of the following, taken together:

- This Introduction
- Document 1:   Summary of Key Lease Terms
- Document 2:   Questions and Answers (Additional Lease Terms)
- Document 3:   Community Specific Terms
- Document 4:   Community Policies
- Document 5:   Security Deposit Agreement
- Any Other Addenda and Documents we give to you as part of the Lease at the time you enter into the Lease.
- Any Rules and Regulations posted from time to time at the Community

This Lease is contingent on our approving your application and we are entering into it with you based on what you told us in your application.  Your representations in the application are deemed material.  If any of those representations are untrue, incorrect or misleading, you will have breached this Lease and we may terminate this Lease in accordance with applicable law.

Revised March 2023

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL    LG*

**APARTMENT LEASE AGREEMENT - SUMMARY OF KEY LEASE TERMS**

This Summary of Key Lease Terms (the "Summary") is an integral part of your Lease and is included within this Lease for all purposes. All terms used in the Summary are deemed to be defined terms for purposes of the Lease.

**APARTMENT ADDRESS: 6677 Santa Monica Blvd #3615, Los Angeles, California 90038**
**COMMUNITY NAME ("The Community"): AVA Hollywood**

**LEASE EXECUTION DATE: 09/30/2023**

| | | | |
|---|---|---|---|
| **LEASE BEGIN DATE:** | 10/11/2023 | **CURRENT LEASE TERM:** | 10 |
| **LEASE END DATE:** | 08/10/2024 | **ORIGINAL MOVE-IN:** | 08/11/2020 |

**RESIDENT(S):**  Lani Ginoza                    **OCCUPANT(S):**
                Tiffany Lu

**MANAGER:** We are the property manager and agent of the Owner. In this Lease, the Manager is referred to as "we", "us", and "our."

Name: **AvalonBay Communities, Inc.**
Address: **6677 Santa Monica Boulevard, Los Angeles, California 90038**
Phone Number: **(323)310-5353**

**OWNER:** The Owner is:

Name: **Avalon Hollywood, L.P.**
Address: **4040 Wilson Boulevard #1000, Arlington, VA 22203**

**PAYMENT OBLIGATIONS**

**SUMMARY OF RECURRING MONTHLY CHARGES:**

| | |
|---|---|
| Base Rent: | **$3,174.00** |
| Government License Fee | **$2.84** |
| Technology Connect | **$63.00** |
| Parking charge/rent | **$150.00** |
| Parking Discount | **$-150.00** |
| TOTAL Monthly Charges: | $**3,239.84** |

**SUMMARY OF REQUIRED DEPOSITS:**                    **OWNER UTILITY OBLIGATIONS:**

| | | | |
|---|---|---|---|
| Security Deposit: | **$150.00** | **Electricity**: | **Paid by Resident** |
| | | **Gas/HWE**: | **Paid by Resident** |
| | | **Trash**: | **Paid by Resident** |
| | | **Water**: | **Paid by Resident** |
| | | **Sewer**: | **Paid by Resident** |
| | | **Other**: | **Not Applicable** |

**SUMMARY OF ONE-TIME PAYMENTS:**

**MISCELLANEOUS TERMS/CHARGES:**                    **ASSIGNMENTS:**

| | | |
|---|---|---|
| RENT DUE DATE: | 1st of Month | **TANDEMFC - Full Size/Compact - 4-211/212** |
| LATE CHARGE DATE: | **4th** | **MAIL - Mailbox - 431** |
| LATE CHARGE: | **$60.00** | |
| Returned Check Charge: | **$25.00** | |

Revised March 2023

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

15 of 23                                                                 TL    LG

## CALIFORNIA APARTMENT LEASE AGREEMENT
## QUESTIONS AND ANSWERS (ADDITIONAL LEASE TERMS)

The **answers** to these questions form a part of this Lease.  This Table of Contents and the questions themselves are not a part of the Lease, but have been provided to give you a convenient reference tool.

**TABLE OF CONTENTS**

**My Apartment and my Lease Agreement**
1.  Who are the parties to my Lease?
2.  Which Apartment and non-residential units (garage, storage) am I renting?
3.  Who is allowed to live in my Apartment?
4.  Can I sublease or assign my Apartment Lease to someone else or list it or lease it on any third party short term or long term rental or b and b service?
5.  When can I move into the Apartment?
6.  How long does my Lease run?
7.  What if I sign this Lease and do not move into my Apartment?
8.  Who should I contact if I have questions or concerns regarding this Lease, my Apartment or the Community?

**My Financial Obligations under the Lease**
9.  What is the Rent that I owe to the Owner/Manager under the Lease?
10. Who is responsible for paying the Rent and meeting other Resident obligations?
11. What are the other financial obligations listed on the Summary?
12. Will I have any other financial obligations to the Owner/Manager that are not listed on the Summary?
13. Where and when do I pay my Rent?
14. Will my financial obligations change during the Lease term?
15. Am I required to pay a security deposit?

**Rules and Regulations**
16. What rules and regulations will apply during the Lease term?
17. Are there any general behavioral guidelines?
18. Am I permitted to have a lien filed?
19. May I run a business out of my Apartment?
20. What if I don't follow the rules and regulations?
21. What if my guests or other Occupants don't follow the rules and regulations?

**Default Provisions**
22. When will I be in default under this Lease?
23. What are the consequences of being in default under this Lease?

**Utilities**
24. Who is responsible for paying for utility services to the Apartment?
25. How will I be billed for utilities that are not included in my Base Rent?
26. Do I have to contact any utility companies?

**Care of my Apartment and Responsibilities Relating to my Apartment and Community**
27. Should I inspect my Apartment when I move in?
28. Will you provide me with light bulbs?
29. What are my general responsibilities in caring for my Apartment and the Community?
30. What are my responsibilities to heat and cool my Apartment?
31. Can I make any changes or improvements to my Apartment?
32. Are there any actions I am required to take to help prevent excessive mold and mildew growth?
33. What if there is damage to the Apartment or the Community?
34. Am I required to purchase renter's insurance?
35. How does parking work at the Community?
36. Are there any restrictions on my use of a storage area?
37. Are there any restrictions on materials that I can bring into the Community?
38. How will you deal with pest issues in my apartment home?

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

16 of 23

TL    LG

**TABLE OF CONTENTS (CONT.)**

**Owner's and Manager's Responsibilities Relating to my Apartment and the Community**
39.    What are the obligations of the Owner and Manager with regard to the Community?
40.    Are the Owner and Manager responsible for my personal security or the security of my property?
41.    What are your policies surrounding infectious disease such as COVID-19 and any other health emergencies?
42.    When can the Owner or the Manager enter my Apartment?
43.    How will you treat the personal information I provide to you?
44.    Are there any other limitations on the liability of Owner and Manager or indemnification obligations by me?
45.    Whose responsibility is it if I ask one of Owner's or Manager's employees for extra help?

**Matters Relating to Moving Out**
46.    How does your 30 day guarantee work?
47.    What if I want to end my Lease early but I make this decision after the first 30 days?
48.    Will I have to pay back any concessions I received?
49.    Are there any special rules for members of the military?
50.    What if I don't move out by the Lease End Date?
51.    When should I turn in my keys?
52.    Do I have to clean the Apartment when I leave?
53.    What is "ordinary wear and tear"?
54.    What if I leave personal property in the Apartment when I move out?

**Miscellaneous**
55.    How will you provide notice to me when it is required?
56.    How should I provide formal legal notice to you?
57.    Are there any third party rights that could affect the Community or my Apartment?
58.    What other general provisions apply to this Lease?
59.    Do the provisions of this Lease survive the Lease End Date and/or termination of this Lease?
60.    If I have a disability, may I request a modification to my apartment or the common areas, or an accommodation to your policies, practices or services?
61.    Does the Owner have the right to make any changes to my apartment?

Revised March 2023

**My Apartment and my Lease Agreement**

1. **Who are the parties to my Lease?**

   This Lease is between the Owner and the Residents listed in the Summary.  When we use the terms "we," "our" or "us" in this Lease, we are referring to the Owner or to the Manager acting on behalf of the Owner.  When we use the term "you" or "your" in this Lease we are referring to the Residents, individually and collectively.  The company listed as "Manager" in the Summary is the manager of the Community and has the authority to act as agent for the Owner in managing the Community.  The Manager may or may not be the same company as the Owner.

2. **Which Apartment and non-residential units (garage, storage) am I renting?**

   You are renting the Apartment identified and located in the apartment Community listed under the term "Apartment Address" in the Summary. In addition, if you have elected to rent a Garage or Storage Unit, those units are listed in the Summary under "Assignments." Your Apartment and the Community, including all buildings, common grounds, amenity and parking areas, are together called the "Premises." You may only use the Apartment as a private residence, unless you have first obtained our written approval, which we may give or withhold in our sole discretion, subject to applicable law. Lofts may not be used as bedrooms.

3. **Who is allowed to live in my Apartment?**

   Only the individuals specifically identified in the Summary and approved pets may live in your Apartment. You are not permitted to take in boarders or roommates without our prior written consent, which we may give or withhold in our sole discretion or as otherwise required by law.  No one other than the Residents and Occupants identified in the Summary may stay in your Apartment for more than four consecutive days or more than eight individual days in any one calendar month without our written permission.

   If we accept Rent (as defined in Question 9)  from any other individual, doing so shall be deemed to be the payment of Rent on your behalf and shall not constitute permission for the person making the payment to occupy the Apartment home.  Should any person not named as a Resident or Occupant in this Lease make any claim to right of possession of the Apartment home, any such person shall be deemed to be your guest or invitee. Accordingly, if any such individual is not named in any unlawful detainer action to regain possession of the Apartment home, and if any such individual thereafter makes a claim to right of possession of the Apartment home, that claim shall be denied on the basis that said individual is your invitee and does not have an independent claim to right of possession of the Apartment home.

4. **Can I sublease or assign my Apartment Lease to someone else or list it or lease it on any third party short term or long term rental or b and b service?**

   Subletting or securing a replacement resident, and any assignment of this Lease by you, will be allowed only with our prior written consent, which may be granted or withheld in our sole discretion, or as otherwise required by law.   If we permit you to sublet your Apartment or assign this Lease, you will remain responsible for the payment of all amounts due under this Lease and the performance of all other obligations under this Lease, including payment for any damages.  If you request that we consent to the sublease or assignment of your Lease, we may elect, at our sole option, subject to applicable law, to terminate your Lease and enter into a new Lease directly with the person to whom you propose to sublease or assign.

   Under no circumstances are you to rent space in your Apartment home to occupants on a short-term basis for any short-term occupancy, or to advertise your Apartment home for rental by any short-term or transient occupants, including without limitation on sites such as Airbnb, VRBO, Couchsurfing, craigslist, Expedia, Hotels.com, or other similar locator sites. Listing or renting your Apartment home on any such site is a violation of this Lease.

5. **When can I move into the Apartment?**

   You may move into the Apartment on or after the Lease Begin Date set forth in the Summary.  Although we expect the Apartment to be ready for you on that date and it is rare that an apartment is not ready for a resident, in the event that the Apartment is not ready for you to move in on the Lease Begin Date, neither the Owner nor the Manager will be liable for the delay.  However, you will not be required to pay Rent during the period of the delay.

   If there is a delay in availability of your Apartment of more than 14 days, you may terminate this Lease by providing written notice to us up to the date when you are advised that the Apartment will be ready for occupancy within 7 days, but no later.

   If we allow you to move into your Apartment prior to the Lease Begin Date, you must begin paying Rent and performing your other obligations under this Lease beginning on the date you actually move into your Apartment.  The date you move into your Apartment will not affect the Lease End Date or other terms of the Lease.

6. **How long does my Lease run?**

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.
                                                                                                        TL    LG

The Lease begins on the Lease Begin Date specified in the Summary and ends on the Lease End Date specified in the Summary, unless it is either terminated, extended or renewed under the provisions of this Lease.

a.   Terminated:  This Lease may be terminated by us if you default (See the answer to Question 23 below), or by you and us if we together change the Lease End Date (See the answers to Questions 46 and 47 below).

b.   Renewed:  We may offer to renew your current Lease at any time before the end of the current Lease, but we have no obligation to do so.  Your renewal lease term would begin at the end of the term of this Lease and may be on different terms from this Lease, which will be reflected by a new Lease signed by you and by us.

c.   Extended:  **BY ENTERING INTO THIS LEASE AGREEMENT YOU AGREE THAT IF YOU DO NOT SEND US WRITTEN NOTICE OF YOUR INTENTION NOT TO RENEW YOUR LEASE AT LEAST THIRTY (30) DAYS PRIOR TO THE LEASE END DATE, YOUR LEASE WILL BE AUTOMATICALLY EXTENDED ON A MONTH-TO-MONTH BASIS UNLESS WE GIVE YOU NOTICE AT ANY TIME PRIOR TO THE LEASE END DATE THAT THE LEASE WILL END ON THE LEASE END DATE WITHOUT A MONTH-TO-MONTH EXTENSION**.  If we permit you to continue as a Month-to-Month resident, unless prohibited by applicable law, you must pay the Community's market month to month rent for your Apartment at that time (as determined by us in our sole discretion and communicated by us to you at least thirty (30) days prior to the Lease End Date or whatever time period is required by applicable law).

If you are or become a Month-to-Month resident your Lease shall automatically renew on a month-to-month basis, unless you or we provide thirty (30) days' prior written notice to the other of termination.  In addition, we will have the right to increase your Rent from time to time upon thirty (30) days' written notice to you, subject to applicable law.

We may give you notice any time through the Lease End Date that we intend to terminate the Lease as of the Lease End Date and will not renew on a month-to-month or any other basis.  **Nothing in this section is intended to waive our right to immediately file suit for eviction, without prior notice, if you remain in possession of the Apartment after the Lease End Date without our permission or consent.**  If we give you notice of our intent not to renew your Lease and you do not vacate the Apartment prior to the Lease End Date, then you will be a holdover resident and we reserve the right to terminate your tenancy pursuant to applicable law.

7.   **What if I sign this Lease and do not move into my Apartment?**

By signing this Lease, you have committed to pay Rent through the Lease End Date.  This means that even  if you do not take possession of your Apartment, you will remain liable for all of your obligations under this Lease, subject to our duty to take reasonable actions to rent your apartment to another resident.  You understand and acknowledge that we have an obligation to use commercially reasonable efforts to lease your Apartment as quickly as possible to another resident in the event that you do not take possession of the Apartment in order to minimize the damages caused by your default.  However, if, for any reason, you are unable to occupy your apartment home after you have signed this Lease but before the Lease Begin Date, you have the right to make us an offer to terminate this Lease by sending us a written offer prior to the Lease Begin Date that is accompanied by an amount equal to one month's Base Rent ("Termination Charge").  You agree that such Termination Charge will be retained by us as consideration for our allowing you to terminate the lease early.  If we accept your written offer and Termination Charge,  your obligations under this Lease will terminate effective as of the date we receive such written notice and the termination payment, and we will refund your Security Deposit and, if applicable, Pet Deposit pursuant to the terms of the Security Deposit Agreement.  We will not refund any other charges.

8.   **Who should I contact if I have questions or concerns regarding this Lease, my Apartment or the Community?**

If you have questions or concerns regarding this Lease, your Apartment or the Community, you should contact a representative of the Manager.  You can stop by the leasing office during office hours, which are posted, or call the phone number listed on Document 3 (the Community Specific Terms) attached to these Questions and Answers and made a part of your Lease.  For formal legal issues relating to the Lease or your residence at the Community, please send any notices in accordance with the answer to Question 56 below.

**My Financial Obligations Under the Lease**

9.   **What is the Rent that I owe to the Owner under the Lease?**

All payments of any kind under this Lease are considered Rent and must be paid without notice, demand, offset, deduction or recoupment.

**The total fixed amount you must pay monthly is provided for you on the last page of the Summary and**

Revised March 2023

is called **"Total Monthly Charges."** This amount is in addition to monthly utility charges that are marked "Paid by Resident" on the Summary and are billed separately as described in the Utilities section.

If the Lease Begin Date on the Summary is other than the first day of a month, your first month's Rent will be prorated, and is identified in the Summary as "First Month Proration". If the Lease End Date on the Summary is other than the last day of a month, your last month's Rent will also be prorated and you will be provided with the prorated amount prior to the date such last month's Rent is due.

**10.   Who is responsible for paying the Rent and meeting other Resident obligations?**

Each Resident signing this Lease is responsible (on a joint and several basis) for paying all of the Rent and meeting all of the other obligations of Residents under this Lease. This means that if one Resident does not pay his or her share of the Rent or perform the other obligations of the Resident under this Lease, the other Residents are responsible for paying the full amount of the Rent and performing those obligations.

**11.   What are the other financial obligations listed on the Summary?**

You will be responsible for the following, if applicable as noted in the Summary, which are also considered Rent and may, pursuant to applicable law be included in any action for failure to pay Rent.

a.   Late Charge:  If your Rent is not paid before the Late Charge Date identified in the Summary, a Late Charge in the amount specified in the Summary will be due immediately. In the event of such late payment, we reserve the right to require that both the Rent and the Late Charge must be in the form of a money order, cashier's check, or certified check. By signing this Lease, you are indicating that you understand and agree that the Late Charge is fair, reasonable and acceptable compensation to us, for the expenses and harm that we suffer when your Rent is not paid on time. We have made a reasonable endeavor to estimate accurately the approximate costs associated with your breach of this Lease by not paying your Base Rent. You also acknowledge that it would be extremely difficult and burdensome for us to calculate, assess and collect compensation for such expenses and harm each time there is a delay in receiving your Rent.

You and we agree that the payment of a Late Charge does not constitute a license to pay Rent late nor does it constitute a license to pay by dishonored check.  Rent remains due on the first day of the month and there is no grace period for the payment of Rent.  A notice to pay Rent or quit may be served at any time after the first day of the month irrespective of the existence of the late charges as set forth in this paragraph. If such notice is served after the Late Charge Date listed in the Summary, the notice may include the late charge and NSF charge, if applicable, which charges, as set forth above, are payable as additional Rent.

We reserve the right to require that any Rent that is paid after the Late Charge Date must be in the form of a money order, cashier's check, or certified check. If you give us a check that is returned for "insufficient funds" or for any other reason, or if credit card or ACH payments are disputed for fraudulent activity, you may be required to pay all Rent by money order, cashier's check or certified check.

b.   Returned Check Fee:  If you send us a personal check and when we deposit the check it is returned for "insufficient funds" or for any other reason, you agree to pay the Returned Check Fee specified in the Summary as compensation for our expenses in processing the returned check. You will also be liable for any Late Charge incurred as a result of the check being returned. The Returned Check Fee is due with the redeeming payment.

c.   Monthly Pet Cost:  If we permit pets (as provided in Document 4 (the Community Policies) and you elect to keep a pet or pets, you agree to pay for each animal, bird, or pet of any kind that is to be kept in or about your Apartment, the Monthly Pet Rent in the amount specified in the Summary. The Monthly Pet Rent is to be paid each month with your Total Monthly Charges.

d.   Month-To-Month Premium:  If you are or become a Month-to-Month resident, in additional to all other amounts due under this Lease, to the extent permitted by applicable law, you will be required to pay the then current market month- to-month rent for your Apartment that we determine in our sole discretion.

e.   Additional Amounts:  You will also be required to pay any other amounts set forth in the Summary, required by other provisions of this Lease, or payable in accordance with Community Policies.

**12.   Will I have any other financial obligations to the Owner/Manager that are not listed on the Summary?**

a.   Reimbursements:  You are required to immediately reimburse us for the full amount of any loss, property damage or costs of repairs or service caused by negligence or improper use of the Premises by you, your household members, guests, invitees, agents, or pets. These amounts include any damages or costs we suffer that are caused by a breach by you of any provision of the

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.
TL   LG

Lease. Any reimbursement you owe will be due immediately upon demand by us.

    b.   <u>Unreturned Keys</u>:  If you fail to return keys, remotes or other access devices that we give to you, you must pay any associated replacement costs.

**13.   Where and when do I pay my Rent?**

Your Monthly Rent is due on or before the first day of each month.  Ordinarily, as long as you remain current in your financial obligations, you may choose to pay your Rent by check, money order or cashier's check made payable as provided in Document 3 (Community Specific Terms).

You may make your Rent payment electronically.  It's easy to enroll in the on-line recurring bank debit program.

- Log on to www.avalonaccess.com
- Click the "Pay Your Rent" tab
- Click the "Recurring Payments" sublink
- Complete the required information
- Click "Submit"

Unless otherwise directed by the Manager or the Owner, your payment must be sent to the address provided to you by the Community and received by us by the due date. We are not obligated to accept partial or late payments of Rent but may elect to do so, at our sole option. Our acceptance of any partial payment does not relieve you of your obligation to pay the outstanding balance due. Payments made by check may be processed using electronic check conversion. By sending your check to us, you authorize us to copy your check and use the account information from your check to make an electronic fund transfer ("EFT") from your account in the same amount as the check. The debit from your account will usually occur within 24 hours and may occur as early as the same day that we receive payment. The debit will be shown on your regular bank account statement. You will not receive the original check back. We will handle your original check as required by applicable law and will keep a copy of it to the extent required by applicable laws. If the EFT cannot be processed for technical reasons, you authorize us to process a copy in place of the original check. If the EFT cannot be completed because of insufficient funds, we may require payment in certified funds as required above.

Your Rent payments will be credited to your account on the date they are processed by us, provided your check is not returned. Any Rent payment received after legal action has been initiated by us may be accepted, with or without written reservation of our rights, and will be applied to delinquent Rent due to the extent permitted by law.

Certain optional methods of payment, such as credit card payments or payments over the telephone, may incur additional convenience fees or charges, to the extent permitted by law. By utilizing such services, Resident expressly agrees to the assessment of these fees.

You may enroll in Avalon Access's online Recurring Payment to pay your Rent each month. Instructions for enrolling and forms are provided in Avalon Access.  When you enter into a renewal lease or move to a month-to-month lease, you will be authorizing us to deduct from your bank account the percentage of your new Rent authorized for your current Rent and charges. Pursuant to Title 12 of the Code of Federal Regulations, section 205.10(d), this statement serves as notice of varying transfers from your account. Unless you otherwise contact us, by entering into a renewal lease or month-to-month lease you agree to and opt out of any further notice from us concerning any change to the automatic deduction from your bank account, unless the percentage to be deducted exceeds the amounts listed above.

**14.   Will my financial obligations change during the Lease term?**

While we have no current plans to increase or decrease your financial obligations during your Lease term, occasionally circumstances change and an additional fee or charge is assessed against the Community, such as additional taxes or utility fees. Where we are permitted by applicable law to pass these fees or charges through to the residents of the Community, we may elect to do so by providing you with written notice in accordance with any applicable laws. In particular, if a sales tax is implemented or increased and is applicable to your rental of the Apartment or a Garage or Storage Unit, you agree that we will have the right to pass that new or increased sales tax on to you.

**15.   Am I required to pay a security deposit?**

You are required to pay the Security Deposit as set forth under "Summary of Required Deposits" on the Lease Summary. We will hold this amount to secure the performance of your obligations under the Lease, in accordance with applicable law and the terms of the Security Deposit Agreement that you sign at the same time as, and incorporated by reference into, this Lease. You may not apply this amount to the payment of Rent.

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

TL    LG

**Rules and Regulations**

16. **What rules and regulations will apply during the Lease term?**

You and your household members, guests, invitees, and agents are required to comply with all rules and regulations made now or later by us pertaining to the Community. These rules include both (i) Document 4 (the Community Policies), and (ii) rules and regulations posted at the Community from time to time. You must obey all laws and ordinances applicable to your Apartment and the Community, and you, your household members, guests, invitees, agents, and pets must not be disorderly or disturb other residents.

17. **Are there any general behavioral guidelines?**

A. You must, and must cause your family, guests, invitees, agents and pets, to:
(i)         show due consideration for neighbors and not interfere with, disturb or threaten the rights, comfort, health, safety, convenience, quiet enjoyment and use of the Community by us, other residents and occupants and any of their guests, invitees or agents;
(ii)        not engage in abusive conduct toward us or our employees or agents; and
(iii)       not unreasonably interfere with our management of the Community.

B. Prohibited activities on, in, or about the Premises include, but are not limited to:
(i)         loud or obnoxious conduct;
(ii)        disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents or employees) in or near the Community;
(iii)       stalking, following other occupants, guests, or our agents or employees;
(iv)        disrupting our business operations;
(v)         loud fighting inside or outside the Apartment which disturbs other residents, their guests, or invitees;
(vi)        marking or otherwise defacing any building or structure within the Community; marking or otherwise damaging property on, in or around the Apartment or Community, including automobiles, motorcycles, bicycles and other vehicles;
(vii)       manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia;
(viii)      engaging in any illegal activity;
(ix)        engaging in or threatening violence;
(x)         possessing a weapon prohibited by applicable state law;
(xi)        discharging a firearm in or around the Apartment or Community, including common areas;
(xii)       displaying a firearm, knife, or other item that is intended to be used as a weapon, in or around the Apartment or Community, including common areas, or in any other way that may alarm others;
(xiii)      storing anything in closets that contain a gas appliance;
(xiv)       tampering with utilities or telecommunications;
(xv)        bringing hazardous materials, in or explosive devices, on, into, or around the Community; and
(xvi)       injuring our reputation by making allegations against us to others which are false or made in bad faith.

18. **Am I permitted to have a lien filed?**

No. You shall not allow any mechanic's lien or other lien to be filed against the Apartment or any other location in the Community.

19. **May I run a business out of my apartment?**

You may only use the Apartment as a private residence, unless you have first obtained our written approval, which we may give or withhold in our sole discretion, subject to applicable law. You shall not use your Apartment as a business address or conduct business activities on the Premises. Conducting business activities includes, without limitation, using the Premises as a mailing address for a business enterprise, having business clients meet with you at the Premises, assembling or manufacturing any product upon the Premises, or otherwise holding out the Premises as the address of any business. You may, however, insofar as it is consistent with the restrictions set forth in this Paragraph use a portion of your Apartment as a "home office." Nothing in this paragraph, however, shall be deemed as disallowing any use of your apartment that cannot be prohibited legally.

20. **What if I don't follow the rules and regulations?**

As noted in the answer to Question 22 below, violations of any rules and regulations are a default under the Lease and, in addition to any other rights we may have, we have the right to terminate the Lease and take possession of the Apartment in accordance with applicable law. Notwithstanding any other provision of this Lease, under no circumstances are you entitled to a cure period for a violation of law or any criminal activity.

21. **What if my guests or other Occupants don't follow the rules and regulations?**

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.
TL    LG

You are responsible for the behavior of your guests, invitees, pets, and other Occupants of your Apartment. We have the right to exclude from the Community any person who violates any of the rules and regulations or who unreasonably disturbs other residents or any of their guests or invitees or any of our employees or agents. In addition, we may exclude from any common area of the Community a person who refuses to show photo identification or refuses to identify himself or herself as a Resident, Occupant, or a guest, agent, or invitee of a specific Resident.

**Default Provisions**

**22.  When will I be in default under this Lease?**

You will be in default under this Lease if you do not timely comply with any of the terms of this Lease, including without limitation Document 4 (the Community Policies) as amended from time to time, subject to any notice or cure periods identified on Document 3 (the Community Specific Terms).

Any failure by Owner or Manager to require strict compliance with any provision of this Lease or to exercise any rights arising hereunder shall not be deemed a waiver of Owner's or Manager's right to subsequently enforce such provision or insist upon such right. Acceptance of Rent shall not act as a waiver to enforcement of any prior breach of the lease, local, state, or federal law.

**23.  What are the consequences of being in default under this Lease?**

If you are in default, we have many remedies under this Lease, including the right to terminate this Lease. In addition, you agree to pay us all costs and fees, including attorney's fees, litigation and collection costs that we incur in enforcing our rights under this Lease, to the fullest extent to which we are entitled to collect such sums from you under applicable law.

If you do not pay Rent as required by this Lease, or you are otherwise in default, and we recover possession of the Apartment, whether by an eviction proceeding or otherwise, you will remain liable for our actual damages due to your breach of this Lease. Actual damages may include, without limitation, a claim for Rent that would have accrued through the end of the Lease Term or until a new tenant starts paying Rent under a new lease for the Apartment, whichever occurs first. If, in an effort to mitigate our damages, we reasonably re-rent your Apartment at a lower rental rate, actual damages for which we seek reimbursement may also include the reduction in rent we receive during the remainder of your original Lease Term.

If at any time you are in default under this Lease, or have given us good cause for your eviction pursuant to applicable law, we are entitled to reenter the Apartment as permitted by applicable law. If you continue to occupy the Apartment we are entitled to proceed by a summary dispossession proceeding, or by any other method permitted by applicable law, and to remove all persons from possession of the Apartment as permitted by applicable law.

**Utilities**

**24.  Who is responsible for paying for utility services to the Apartment?**

We will pay for the utility services to your Apartment that are marked "yes" on the Summary under "Owner Utility Obligations" and the costs for those utility services are included in your Base Rent. You will be responsible for paying costs for or associated with all other utility services ("Utility Charges"), as described below .You understand that we are not a utility company and you agree that we are not liable for any inconvenience or harm caused by any stoppage or reduction of utilities beyond our control.

**25.  How will I be billed for utilities that are not included in my Base Rent?**

For each utility that is not included in your Base Rent, you will be charged for the availability and/or usage of the utility through either "Direct Utility Billing" or "Allocated Billing", as described more fully below as additional Rent:

(i)  Direct Utility Billing – The utility provider will bill you directly on a separate metering and billing basis. It is your sole responsibility to initiate such service in your name before accepting the Apartment (or after we discontinue service), and to terminate the service prior to vacating the Apartment. Your community consultant can provide you with information about local utility companies and how to initiate service. If you fail to initiate such service in your name, we may bill you (either directly or through a billing company with which we have contracted) for any utility service you receive which is charged to us. Such bills may include a reasonable administrative fee as additional Rent. You hereby authorize us to serve as your agent to receive copies of your utility billing records directly from the utility provider.

(ii)  Allocated Billing - We or our billing agent will allocate and bill you directly for a portion of the utility charges we incur for the whole Community, with your allocated portion determined on a sub-metering, square footage, or other billing basis, as described in more detail under "Utility Billing Methodology" on Document 3 (the Community Specific Terms). If sub-metered, additional information is contained in the attachment to this Lease called California Water Sub-Metering Disclosure. Such bills

Revised March 2023

may include an administrative fee from our billing agent. If so, the maximum amount of the administrative fee is identified on Document 3 (the Community Specific Terms).

In the case of Allocated Billing, your community consultant can share with you the approximate Utility Charges for utility service for your Apartment based on historical amounts, but we cannot guarantee what your charges will be and they will vary based on the factors described on Document 3 (the Community Specific Terms).

In the case of Allocated Billing, subject to applicable law, we may modify the Utility Billing Methodology by which your allocated portion of the bill is determined for any utility during the term of this Lease by providing you with at least thirty (30) days' prior written notice of such modification. This includes, but is not limited to, submetering the Apartment for certain utility services. All amounts due from you for Allocated Billing, determined as provided on Document 3 (the Community Specific Terms), must be paid by the due date specified on the bill. In addition, failure to pay a bill for Utility Charges from us when due will be failure to pay Rent, triggering all of our remedies for non-payment of Rent set forth in this Lease and under applicable law. You agree that, unless prohibited by applicable law, we will subtract from your security deposit the amount of your final bill for Utility Charges and unpaid balance due.

You agree to pay all Utility Charges during the term of this Lease, including any utility deposits. Further, to the extent permitted by law, if you fail to pay Utility Charges, and we are assessed by the utility company for these Utility Charges, then we may pay these assessments to such utility company and subtract a like amount from your Security Deposit and/or you will be responsible for paying such amounts, including an administrative charge. Further, if you fail to pay Utility Charges, and power to your Apartment is cut off by the utility provider, you will be in default under this Lease.

You acknowledge that we are not a utility company and we are not responsible for the supply of utility services or water to your Apartment, even for those services for which you are billed on an Allocated Billing basis. In the event of interruption or failure of utility or water service provided to the Community by the local utility or water company, including but not limited to an inadequate supply, poor pressure and/or poor quality, you will look solely to the local utility or water company for any damages you incur and you waive any claim against us to the fullest extent permitted by applicable law.

**26.   Do I have to contact any utility companies?**

Yes. You must contract directly with the appropriate utility company for each utility service not provided at our expense (i.e., marked "no" under "Owner Utility Obligations" on the Summary or otherwise discontinued by us during the term of the Lease).

**Care of my Apartment and Responsibilities Relating to my Apartment and Community**

**27.   Should I  inspect my Apartment when I move in?**

Yes. At the time you first occupy your Apartment or within five (5) business days after your Move-In Date, you should complete an itemized "Move-In Inspection Report" (on a form provided by us) detailing any damage to your Apartment existing at the time you move in. Both you and we will initial the completed form and you may keep a copy. Completing this Move-In Inspection Report will protect you and help ensure that you are not charged on move out for any damages to the Apartment that existed before you moved in.

If you do not complete and return the Move-In Inspection Report within five (5) business days after your Move-In Date, we may treat such failure as your representation to us that there are no damages and defects in your Apartment and you will be responsible for paying the cost to repair any damages found after you move out. Such costs may be deducted from your security deposit and, if not sufficient to cover the damage, you will be financially responsible for the rest. If you do not complete and return the Move-In Inspection Report within five (5) business days after your Move-In Date, we may treat such failure as your representation to us that there are no damages and defects in your Apartment and the cost to repair any damages found after you move out will be deducted from your security deposit. If we disagree with any damages or defects you list on your Move-In Inspection Report, we will let you know within five (5) business days after we receive the completed Move-In Inspection Report from you. Additionally, simply noting items on the Move-In Inspection Report does not mean that we agree to repair them. All maintenance requests must be made separately.

**28.   Will you provide me with light bulbs?**

When you move in, we will furnish light bulbs and tubes of prescribed wattage for the light fixtures located in your Apartment. After that date, you agree, at your expense, to replace light bulbs and tubes in your Apartment.

**29.   What are my general responsibilities in caring for my Apartment and the Community?**

You are responsible for using reasonable diligence in caring for the Premises and agree to maintain the Apartment, together with the furniture, furnishings, and other personal property, if any, provided by us, in as

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.
TL    LG

good condition as they were at the start of this Lease except for ordinary wear and tear. No holes are to be driven into the cabinets, woodwork, ceilings, or floors. Holes are permitted in walls for wall hangings only. No change of locks or additional locks are permitted except by our prior written consent. You may not remove any fixtures, or any of our furniture or furnishings from the Premises for any purpose. You may not tamper with or disable any fans or water saving devices. You acknowledge that on the Move-In Date all smoke detectors and carbon monoxide detectors (if any) were present and were in good working order, and that after that date, pursuant to California Civil Code Section 1942.1, as part of the consideration under this Lease, you assume responsibility to maintain any smoke and carbon monoxide detectors and replace any batteries when necessary.

**30.    What are my responsibilities to heat and cool my Apartment?**

During the heating season you are required to keep the Apartment thermostat at no less than 55 degrees Fahrenheit and during the cooling season you are required to run the air conditioning, if applicable, enough to prevent the accumulation of moisture. You will be liable for damages to your Apartment and other parts of the Community that result from your failure to comply with these requirements.

**31.    Can I make any changes or improvements to my Apartment?**

You may only make changes or improvements to your Apartment with our prior written consent in our sole discretion and at your sole cost and expense. You understand and agree that all fixture improvements automatically become our property and will be surrendered with your Apartment at the termination of this Lease. Even if we give you permission to make changes to your Apartment, we may require you to restore the Apartment to its original condition at your expense at the termination of this Lease.

**32.    Are there any actions I am required to take to help prevent excessive mold and mildew growth?**

Molds are naturally occurring microscopic organisms which reproduce by spores. Mold is found virtually everywhere in our environment, both indoors and outdoors. We have inspected your Apartment prior to your Move-In Date and actually know of no damp or wet building materials and actually know of no visible mold or mildew contamination. You are notified, however, that mold can grow if your Apartment is not properly ventilated or maintained. If moisture is allowed to accumulate in your Apartment, it can cause mildew and mold to grow.

It is important that you regularly allow air to circulate in your Apartment. You agree to keep the interior of the Apartment clean and to notify us promptly of any leaks, moisture problems and/or mold growth. You agree to maintain the Premises in a manner that prevents the occurrence of an infestation of mold or mildew in the Premises. You agree to uphold this responsibility by:

(i)     keeping the Apartment free of dirt and debris, including cleaning all toilets, sinks, countertops, showers, bathtubs and tile or linoleum floors with a household cleanser at least every other week,

(ii)    immediately reporting to us any water intrusion, such as plumbing leaks, drips or "sweating pipes,"

(iii)   immediately notifying us of overflows from bathroom, kitchen or laundry facilities,

(iv)    immediately reporting to us any visible mold growth on surfaces inside your Apartment,

(v)     using bathroom fans while showering or bathing and reporting to us any non-working fan,

(vi)    using exhaust fans when cooking, dishwashing or cleaning,

(vii)   using reasonable care to close all windows and other openings into the Apartment to prevent outdoor water from coming into the Apartment,

(viii)  cleaning and drying any visible moisture on windows, walls and other surfaces, including personal property as soon as reasonably possible (note: mold can grow on damp surfaces within 24 to 48 hours), and

(ix)    immediately notifying us of any problems with the air conditioning, if applicable, or heating systems that you discover.

You agree that you are responsible for damage to the Premises and your property, as well as injury to you or any Occupants or guests, as well as any other occupants of the Community and their household members, guests, invitees and agents, resulting from your failure to comply with the terms of this Section.

**33.    What if there is damage to the Apartment or Community?**

If you become aware of damage to the Apartment by fire, water, or other hazard, or you become aware of malfunction of equipment or utilities, you agree to notify us immediately. If we determine, in our sole discretion, that the damages are of such an extent and nature that the Apartment remains fit for occupancy or can be made fit for occupancy within a reasonable period of time, this Lease will continue and we will repair the damage within a reasonable period of time. Except as otherwise required by law, your Rent will not abate while we are making the repairs. If we determine, in our sole discretion, that the damages are of such an extent and nature that we cannot make the Apartment fit for occupancy within a reasonable period of time, we will provide you with a written notice of termination and this Lease will end on the date specified in the notice. If the Lease is terminated, you will be liable for Rent up to the date you vacate the Apartment (except in those situations where you, your household members, guests, invitees, agents or pets are responsible for the damage or destruction, in which case you may be liable for our damages, including lost

Revised March 2023

Rent through the end of your lease subject to our obligation to mitigate our damages).

**34. Am I required to purchase renter's insurance?**

You acknowledge that we have not purchased insurance coverage for your personal belongings or any personal property located in your Apartment or anywhere at the Community or for any personal liabilities that may be suffered or incurred by you or your family guests, invitees or any other occupants of or visitors to your Apartment. You waive and release us from all claims against us that you may have, nor or in the future, with respect to any loss of or damage to personal property kept in the Community to the fullest extent permitted by law. You are not required to maintain insurance for your personal property, but it is available, and we recommend that you maintain such insurance in an amount equal to the value of your personal property.

During the term of this Lease Agreement, you agree to maintain and provide, at your sole cost and expense, the following Minimum Required Insurance coverage:

· $100,000 Limit of Liability for your legal liability for damage to the landlord's property for no less than the following causes of loss: fire, smoke, explosion, water damage or backup or overflow of sewer, drain or sump.

You are required to provide Manager, on behalf of Owner, with the evidence of Minimum Required Insurance prior to occupancy of your Apartment and at the time of each lease renewal period. If at any time you do not have Minimum Required Insurance (covering all Residents and naming AvalonBay Communities, Inc. as an interested party), you are in breach of the Lease Agreement and we shall have, in addition to any other rights under the Lease Agreement, the right but not the obligation to purchase Minimum Required Insurance coverage and seek reimbursement from you for all costs and expenses associated with such purchase.

You may obtain Minimum Required Insurance or broader coverage from an insurance agent or insurance company of your choice. If you furnish evidence of such insurance (covering all Residents and naming AvalonBay Communities, Inc. as an interested party) and maintain the insurance for the duration of the Lease Agreement, then nothing more is required. If you do not maintain Minimum Required Insurance, the insurance requirement of this Lease Agreement may be satisfied by Manager on behalf of Owner, and we may schedule your Apartment Home for coverage under the Landlord Required Legal Liability insurance policy ("LLL") . The coverage provided under the LLL will provide the Minimum Required Insurance coverage listed above. An amount equal to the total cost of the LLL coverage (premium, taxes and administrative fee) shall be charged to you by us.

Some important points of this LLL coverage, which you should understand are:

1. LLL is designed to fulfill the minimum insurance requirement of the Lease Agreement. Owner is the Insured under the LLL. You are not the Insured under the LLL policy.

2. LLL coverage is not personal liability insurance or renters insurance. We specifically represent and advise you that LLL does NOT cover your personal property (contents), additional living expense or liability arising out of bodily injury to any third party. If you desire or require any of these coverages, then you should contact an insurance agent or insurance company of your choice.

3. Coverage under the LLL policy may be more expensive than the cost of Minimum Required Insurance obtainable by you elsewhere. At any time, you may contact an insurance agent or insurance company of your choice for insurance options to satisfy the Minimum Required Insurance under this Lease Agreement.

4. Licensed insurance agents may receive a commission on the LLL policy.

5. The total cost to you for our obtaining LLL coverage shall be $10 per month.

**35. How does parking work at the Community?**

If you are renting a Garage, you must use the Garage for parking a vehicle and not for storage. In addition, we may choose to assign parking spaces or parking areas at the Community. If we assign parking spaces or parking areas, you and your guests may only park a motor vehicle in the space or area we designate. You are responsible for where your guests park. If you or your guests park in a space or parking area other than the one we designate, we can have the vehicle towed and stored at your expense. If you park at the Community, it is at your own risk. We will not be liable for any property damage or personal injury, including, but not limited to, the theft of or any damage to any automobile owned by you or your guests that is parked at the Community, that results from your use of the Garage.

**36. Are there any restrictions on my use of a storage area?**

If you are renting a storage unit, or we otherwise provide a storage area to you that is separate from your Apartment, your use of the storage unit or storage area is at your own risk. We are not liable for any loss or damage to anything you put in the storage unit or storage area except as otherwise provided by law. We will not be liable for any injury to you or any other person who is in the storage unit or storage area or who is

Revised March 2023

going to or from the storage unit or storage area except as otherwise provided by law. You may not store any flammable, hazardous or toxic substances or other dangerous materials in the storage unit or storage area.

You may not plug in or operate any appliance in the storage unit or storage area. You may not keep animals or pets in the storage unit or storage area.  You may not use, or allow the storage area to be used, for a sleeping area or for animals. Upon the termination of this Lease, any property not removed from the storage unit or storage area will be considered abandoned and we may remove and dispose of the property in any fashion we see fit, subject to applicable legal requirements.

37.  **Are there any restrictions on materials that I can bring into the Community?**

You may not permit hazardous or toxic materials to enter the Community without first obtaining our written consent and complying with all applicable Federal, state, and local laws pertaining to the transportation, storage, use or disposal of hazardous or toxic materials. If your transportation, storage, use or disposal of hazardous or toxic materials at the Community results in (i) contamination of the soil or surface or ground water, or (ii) loss or damage to persons or property, you must (1) notify us immediately of any contamination, claim of contamination, loss or damage, (2) after consultation and approval by us, clean up the contamination in full compliance with all applicable statutes, regulations and standards, and (3) indemnify, defend and hold the Owner/Manager Affiliates harmless from and against any claims, causes of action, costs and fees, including attorneys' fees (to the fullest extent permitted by applicable law), arising from or connected with any such contamination, claim of contamination, loss or damage.

38.  **How will you deal with pest issues in my apartment home?**

It is our goal to maintain the highest quality living environment for our residents.  Therefore, you should know that we have inspected your apartment home prior to the Lease Begin Date and know of no insects or other pests living in your apartment.  You are hereby notified, however, that pest control is an on-going process in an apartment community.  We will have vendors periodically performing pest control services (which may include the use of pesticides) throughout the term of your lease.  Please refer to the Pesticide Notice attached to this lease agreement and to any other written disclosure made by us or our vendors and provided to you during the term of your lease.  It is important that you keep the interior of the apartment clean and that you promptly notify of us of any insects or other pests in your apartment home.  You agree to maintain the Premises in a manner that prevents the occurrence of an infestation of pests in the Premises. You agree to uphold this responsibility by (i) keeping the apartment free of dirt and debris, (ii) carefully inspecting all materials brought into the apartment, including luggage, furniture and boxes, for pests and (iii) immediately reporting to us any insects or other pests observed.

You agree to cooperate with pest control efforts, which may include, particularly in the case of bedbugs:
- removing all bedding, drapes, curtains and small rugs for cleaning;
- checking mattresses carefully and encasing them in vinyl covers;
- emptying dressers, nightstands and closets;
- vacuuming floors;
- cleaning all machine washable bedding, clothing, etc.; and
- moving furniture toward the center of the room to provide access for exterminators;

You agree to indemnify and hold the Owner and Manager harmless from your failure to comply with the terms of this section.

**Owner's and Manager's Responsibilities Relating to my Apartment and the Community**

39.  **What are the obligations of the Owner with regard to the Community?**

We will maintain all common areas of the Community in a clean and sanitary condition, make all reasonable repairs and comply with all applicable Federal, state and local laws with respect to such areas.

40.  **Are the Manager and Owner responsible for my personal security or the security of my property?**

Except for our legal obligation not to act negligently in the operation and maintenance of the Community, you agree and acknowledge that we are not responsible for the safety or security of you, your property or your household members, guests, agents and invitees.  This means that, in general:

- We are not responsible for property damage or personal injury resulting from the criminal activities of other residents or third parties.
- We do not warrant, imply or guaranty that access controls, alarm systems, devices, or security personnel employed at the Community, if any, will be operable at any given point in time or will discourage or prevent breaches of security, intrusions, thefts or incidents of violent crime.
- We reserve the right to reduce, modify or eliminate any access control, alarm system, device or personnel at any time and you acknowledge that any such action will not be a breach of any obligation or warranty on our part.

Revised March 2023

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*
                                                                                                                    TL    LG

You agree to notify us promptly in writing of any problem, malfunction or failure of lights, door locks, window latches, controlled access gates, intrusion alarms, and other access control system.  You acknowledge that you have received no representation or warranties, either express or implied, as to any security or access control system at the Community.  We have not in any way stated or implied to you that the security of any person or property was or is provided or that the Community and/or surrounding neighborhood has been or will be free of crime.  Neither the Manager nor the Owner will be liable to you based on any claim that security or an access control was not provided, except as otherwise provided by applicable law.  You hereby release and hold the Manager and the Owner harmless from claims arising out of criminal acts of other residents and third parties.

Registered Sex Offenders Notice: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

Since the information in the Megan's Law database is equally available to you and us, and we cannot discriminate against registered sex offenders pursuant to Penal Code Section 290.46 et seq., we have not made any inquiry of any applicant or resident as to whether he or she is a registered sex offender. You are advised to take whatever reasonable and lawful actions you believe necessary to protect household members or guests against any potential harm. This includes talking to any children or individuals with a diminished capacity about how to deal with strangers and similar topics. You are hereby advised that we may not notify you if we learn or are advised that a registered sex offender is living in the Community. The existence of registered sex offenders in the Community is not grounds for terminating this Lease.

**41.   What are your policies surrounding infectious disease such as COVID-19 and any other health emergencies?**

We have the right to make changes to the Rules and Community Policies in response to COVID-19 or any other health emergency. This right includes, but shall not be limited to, requiring that all residents wear face coverings when in the common areas and amenity areas, limiting the amount of people that can congregate in common areas and amenity areas, limiting the number and frequency of guests within the Community, limiting the number and frequency of guests that may visit individual Units, restricting access to the amenities, requiring that residents, occupants, and guests "social distance," and any other restrictions or rule changes that may be recommended by health authorities. We have the right to implement said restrictions even in the event that the same are not recommended by health authorities if we, in our sole discretion, believe the implementation of said restrictions would increase the safety of the Community, or would otherwise be beneficial as a result of COVID-19 or any other health emergency. We have the right to implement said restrictions to reduce our own liability or on the advice of counsel in the event of COVID-19 or any other health emergency.

In the event we implement said restrictions, you shall not be entitled to any abatement of Rent, concession, or any other any other damages of any kind whatsoever as a result of these restrictions. The implementation of these restrictions shall not permit you to terminate the Lease early.

Violation of any of these restrictions, either by you, your occupants, or your guests, shall be considered a breach of this Lease, and we shall have the right to take any legal action to remove you, your occupants, or your guests, from the Apartment and/or the Community.

You agree to hold us harmless and waive any liability we may have in the event you, any occupants, or any guests contract COVID-19 or any other communicable disease while in the Apartment, another apartment, or the Community. You further agree to hold us harmless and waive any liability we may have for any damages or injury sustained, even including death, resulting from COVID-19 or any other communicable disease, unless the direct cause of said death and/or injury is directly.

**42.   When can the Manager or the Owner enter my Apartment?**

We or our agents may enter your Apartment for any reason allowed under California law during normal business hours, unless you agree to an entry at other times. Reasons for entry include, without limitation, to make necessary or agreed repairs, decorations, alterations or improvements, supply necessary or agreed services, and to show the Apartment home as allowed under applicable law. We will provide notice to you before entering your Apartment except (i) in cases of emergency, surrender, or abandonment of the Apartment; (ii) when performing work at an agreed upon approximate date and time in response to a service request made by you that requires entry into your Apartment, or (iii) if you consent to entry at the time of entry.

**43.   How will you treat the personal information I provide to you?**

A. It is our policy to generally maintain any information you provide to us in a confidential manner. However, you are advised, and you acknowledge, that, subject to applicable law,
   i.   we may share your information with business partners,
   ii.  we may share your information, including payment history, with one or more Consumer
   iii. Reporting Agencies as defined by the Fair Credit Reporting Act, and our standard practice is to disclose

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.
                                                                                        TL      LG

information contained in our lease files regarding you or this Lease in response to a request for information from a governmental or municipal administrative agency or law enforcement agency.

B. In addition, you are advised, and you acknowledge, that, subject to applicable law, we will release information regarding you or this Lease in the following situations:
   i.   where you have agreed in writing to the release of such information,
   ii.  in connection with the filing of negative credit report information, as permitted by applicable law, as a result of your failure to pay any amount owing hereunder,
   iii. where necessary for Owner's or Manager's accountants, attorneys or insurers in connection with their business operations and performance of services, and/or
   iv.  pursuant to subpoena, court order, applicable law or regulation or governmental request.

C. You promise that all information you provided to us on your rental application or otherwise was given voluntarily and knowingly by you and is accurate.  If we subsequently discover that any information is not accurate, we have the right to terminate this Lease upon at least three days' written notice to you.  **You represent and warrant that you are not listed on the list of Specially Designated Nationals and Blocked Persons (SDNs) issued by the Office of Foreign Asset Controls (OFAC).  If you are or become listed on OFAC's list of SDNs at any time during the term of your Lease, this Lease will become null and void.**  In case of bond-financed or affordable housing communities, you further:

   i.   certify the accuracy of the statements made in the Income Certification,
   ii.  agree that the household income, household composition and other eligibility requirements are deemed substantial and material obligations of your tenancy,
   iii. agree that you will comply promptly with all requests for information from the Developer, the Trustee, the Authority and any other Regulatory Agency, and
   iv.  agree that your failure or refusal to comply with a request for information will be a violation of a substantial and material obligation of your tenancy.

Your failure or refusal to comply with these provisions is a material breach of this Lease and gives us the right to exercise all available remedies against you, including the right to evict you, subject to applicable law.

**44.   Are there any other limitations on the liability of Owner and Manager or indemnification obligations by me?**

Yes. You agree that the Owner and the Manager, and their affiliates and their respective directors, officers, employees, agents, stockholders, members and partners or their successors or assigns (collectively with the Owner and the Manager, the "Owner/Manager Affiliates") will not be liable to you, your household members, guests, invitees or agents for any damage or loss to property or injury to persons caused by other residents of the Community or by any other persons, except as required by law. To the extent permissible by law, you indemnify and agree to defend and hold the Owner/Manager Affiliates harmless from and against all claims for damages or loss to property or injury to persons arising from your use of your Apartment or the Community, or from any activity, work or thing done by you, your household members, guests, invitees or agents or by any pet in or about the Apartment or the Community (including legal fees and court costs we incur). This indemnity by you covers any claims for damages or loss to property or injury to persons arising from or based upon any potentially health-affecting substances or forms of energy brought or allowed to be brought into the Community by you or your household members, guests, invitees, or agents, or by any other person living in, occupying or using your Apartment.

**The Owner/Manager Affiliates will not be liable for personal injury or damage or loss of your personal property (furniture, jewelry, clothing, automobiles, food or medication in the refrigerator, etc.) resulting from theft, vandalism, fire, water, rain, snow, ice, earthquakes, storms, sewage, streams, gas, electricity, smoke, explosions, sonic booms, or other causes resulting from any breakage or malfunction of any pipes, plumbing fixtures, air conditioner, if applicable, or appliances, unless it is due to our negligent failure to perform, or negligent performance of, a duty imposed by applicable law.  The Owner/Manager Affiliates will not be liable to you due to any interruption or curtailment of heat, hot water, air conditioning, if applicable, or any other service furnished to you, except as provided by applicable law. You may not withhold any Rent, nor will Rent be abated, as a result of such interruption or curtailment.  In no event will the Owner/Manager Affiliates be liable, at law or in equity, for indirect, incidental, special, punitive or consequential damages, however arising, whether based on contract, tort, warranty or any other legal theory, even if the Owner/Manager Affiliates have been advised of the possibility of such damages.**

Your obligation to indemnify, defend and hold the Owner/Manager Affiliates harmless includes, but is not limited to, liabilities arising from the use of the amenity areas and health facilities, if any, at the Community, by you, your household members, guests, invitees and agents and other persons you allow to use such areas or facilities. Except as required by applicable law, none of the Owner/Manager Affiliates will be liable for any claims, causes of action or damages arising out of personal injury, property damage or loss that may be sustained in connection with the amenity areas and health facilities either by you or by any persons you allow to use such areas or facilities. You and any person you allow to use such areas or facilities assume all risk in using such areas and facilities and confirm that approval from a physician, if warranted, has been obtained.

**45.   Whose responsibility is it if I ask one of Owner's or Manager's employees for extra help?**

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.
                                                                                                    TL    LG

We encourage you to hire professionals for your needs beyond those provided by us as your landlord. However, we recognize that there may be occasions when you ask our employees to render services, such as moving automobiles, handling furniture, cleaning, or any other services not expressly contemplated in the Lease. We and our employees are not obligated to render any such personal service. However, if an employee does assist you with any such kind of service the employee will be deemed to be your agent or employee (and not ours) with regard to that service, regardless of whether payment is made for such service, except as otherwise provided by law. To the extent permissible under applicable laws, you indemnify and hold Owner/Manager Affiliates harmless from all losses they may suffer under such circumstances.

**Matters Relating to Moving Out**

**46.   How does your 30 day guarantee work?**

We are committed to your enjoyment of your new apartment and your new community. If, for any reason, you are unhappy with your apartment home during the first thirty (30) days of residency (from the date you first move into the Community or the Lease-Begin Date, whichever occurs first), and wish to move, please notify us. You must provide thirty-days prior written notice to us of your intent to vacate, and you must vacate your apartment home prior to the end of such thirty-day notice period.  You must also pay all amounts due from the Lease-Begin Date through the end of the thirty-day notice period or until you vacate the apartment, whichever is later (the "Termination Date"). If you received a concession at move in, you must repay apro-rata share of the concession to us. If you provide written notice and pay Rent as required, your obligations under this Lease will terminate on the Termination Date and we will refund your Security Deposit and, if applicable, Pet Deposit (less any damages or Rent  you owe) pursuant to the terms of the Security Deposit Agreement. We will also refund the one-time non-refundable pet charge that was paid. We will not refund any other charges. This Move-In Guarantee does not apply to any lease renewal or to anyone that has previously rented an apartment in the Community.

**47.   What if I want to end my Lease early but I make this decision after the first thirty days?**

We may offer an option if you want to end your Lease before the current Lease End Date. If you want to end your lease early, you may make us an offer to change the Lease End Date to an earlier date. To be effective, your offer must provide a 30-day written notice to terminate and must include payment of an "Early Termination Charge". The Early Termination Charge is an amount we set and may change from time to time in our sole discretion. Your termination notice will not be effective unless accepted by us in our discretion and accompanied by the Early Termination Charge. If we accept your offer, we will change your Lease End Date and retain the Early Termination Charge. Your offer will not be accepted if you are in default. During the notice period you must comply with all other terms of the Lease, including timely payment of Rent prior to the new Lease End Date and you must vacate the Apartment on or before the new Lease End Date. You will remain liable for all Rent and other sums that arise before the new Lease End Date or that arise on account of your residency with us or your failure to pay us any amounts owed.

If you vacate your Apartment prior to the current Lease End Date or we terminate your Lease as a result of a default by you, but you and we have not chosen to allow the option to change your Lease End Date, or if you fail to pay the Early Termination Charge, you will remain liable for Rent through the original Lease End Date or until the date a new resident occupies and begins paying rent for your Apartment. By entering into this Lease you have committed to pay Rent through the Lease End Date. You may also be liable for any rent damages we may incur, which may include the difference between your Rent and the market rent for a new lease for your apartment, if lower. In addition, if you received a concession, a pro-rated portion of this will be billed back to you. We will use reasonable efforts to rent your Apartment in order to minimize the damages caused to us by your default, but we will be under no obligation to encourage prospective residents to rent your Apartment in preference to other vacant apartments.

**48.   Will I have to pay back any concessions I received?**

Yes. Lease concessions, if any, that you received on entering into this Lease are contingent upon your fulfilling all of the terms of this Lease through the original Lease End Date. If this Lease is terminated for any reason prior to the original Lease End Date, including, but not limited to, your default or early termination of this Lease, then you will be obligated to pay back to us a pro rata portion of any Lease concession received by you.

**49.   Are there any special rules for members of the military/Foreign Service?**

Yes. If you are or become a member of the Armed Forces on active duty, a member of the State National Guard serving on full-time duty, or a civil service technician with a National Guard Unit, and receive change-of-duty orders to depart from the local area for longer than ninety (90) days, or you are relieved from such duty, you may terminate this Lease by giving thirty (30) days' prior written notice, provided you are not otherwise in default. As a condition to such termination, you must provide us with a copy of the official orders which warrant termination of this Lease.  Military orders authorizing base housing in the local area in which the Premises is located do not constitute change-of-duty under this paragraph. This right to terminate without penalty is also extended by statute to eligible members of the Foreign Service of the Department of State/U.S. Agency for International Development/Department of Commerce/Department of Agriculture/U.S. Agency for Global Media.

Revised March 2023

**50.  What if I don't move out by the Lease End Date?**

As noted in the answer to Question 6 above, we may allow you to remain as a Month-to-Month resident. However, if we do not choose, in our sole discretion, to let you remain, you will be liable for our direct and consequential damages, costs and reasonable attorneys' fees as permitted by applicable law in connection with your holding over and with our actions in obtaining possession of the Apartment as a result of your holding over.

**51.  When should I turn in my keys?**

When you vacate your Apartment (after having given us the notice required in accordance with the terms of this Lease) you must deliver your keys to us. Do not leave the keys in your Apartment. If you do not deliver the keys to us at the end of your lease term (or notify us in writing that you are unable to do so because your keys are lost) then, at our option, the Lease will continue in full force and effect until such time as you deliver the keys to us (or notify us in writing). In such event you will continue to be liable to us for the payment of Rent and all other obligations under this Lease, subject to applicable law. Delivery of your keys to us before the end of your lease term will not terminate this Lease.

**52.  Do I have to clean the Apartment when I leave?**

When you leave the Apartment, it must be clean and in the same condition it was in when you received it, except for ordinary wear and tear and for damage caused by fire or other casualty that was not your fault or the fault of your household members, guests, invitees, agents or pets.  If not, you will be required to pay the cost of (1) labor for cleaning the stove, refrigerator, kitchen, bathroom and other parts of the Apartment (including carpet cleaning), (2) removing trash or other property left or abandoned in or around the Apartment, (3) painting the Apartment to cover dirt or stains beyond ordinary wear and tear or paint installed by you, (4) removing wallpaper you installed, (5) repairing or replacing any portion of the Apartment or our property that was damaged, removed or altered in any manner, (6) repairing, replacing or restoring personal property, and (7) any other work that is required to return the Apartment to the condition it was in when you received it, subject to ordinary wear and tear.  We may deduct these amounts from your Security Deposit, subject to applicable law.

**53.  What is "ordinary wear and tear"?**

While it would be impossible to provide every example of ordinary wear and tear, the basic idea is that ordinary wear and tear is the level of wear on the Apartment that could be caused by a reasonably careful occupant of the Apartment over the course of a lease term if (i) no accidents occurred (e.g., spills on carpets) and (ii) the Apartment, including its appliances and fixtures, were thoroughly cleaned at the end of the lease term to the condition in which it was delivered to you.  Ordinary wear and tear, for which you will not be charged, includes, but is not limited to, such items as wear on the carpet in high traffic areas, curtains or paint faded by the sun.  Damages for which you will responsible, on the other hand, include such things as stains and rips in the carpet, rips in curtains, marks on walls, missing or broken mini blinds and light switches, and baked on debris on kitchen appliances.  You may want to consult with the leasing office at the Community regarding move out procedures and advice with respect to inspections and deductions.

**54.  What if I leave my personal property in the Apartment when I move out?**

If you leave items of personal property in or around your Apartment after the term of this Lease has ended and delivery of possession has occurred, or if your Apartment appears to be abandoned, your property will be considered abandoned and we may sell or dispose of it in accordance with applicable legal requirements.

**Miscellaneous**

**55.  How will you provide notice to me when it is required?**

We can give you written notice by (a) personal service to you, or (b) posting the notice on your Apartment door and mailing a second copy or (c) delivery to someone of suitable age and discretion and mailing a second copy, or (d) where permitted by law, by sending you an email.  Notices for Rent increases and entry may be serviced personally or sent by first class mail.  You will be deemed to have received the notice given in any of these ways, whether or not you actually receive the notice.  Please note that our primary means of communication with our residents, except where otherwise required by law, is email. Therefore, it is very important that we have a current and correct email address for each Resident.  If you do not have an email, please let us know and check in with the office to see whether any email communications have gone out that you should be aware of.  By signing this Lease, you expressly permit us, our agents and assignees, including but not limited to debt collection agencies retained by us for collection work, to use an automated dialing device to place calls to cellular devices owned or to be owned by you.

**56.  How should I provide formal legal notice to you?**

Any notice from you to us must be in writing and may be given by (i) mailing it to us at the Community address, or (ii) delivering the notice to the Community Manager or Customer Service Manager at the Community's leasing office during normal business hours.  You agree that we may (but are not obligated to)

Revised March 2023

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*
*TL    LG*

treat notices and requests from any Resident as notice from all Residents and Occupants.

**57.   Are there any third party rights that could affect the Community or my Apartment?**

    a.   <u>Condemnation</u>:   If the whole or any part of your Apartment is taken by condemnation or under the power of eminent domain, this Lease will automatically terminate on the date you are required to surrender possession to the condemning authority and you will not be entitled to any portion of the proceeds of any condemnation award or payment.

    b.   <u>Sale of the Community or Your Apartment</u>:  The sale of the Community or your Apartment, including a sale by foreclosure, will not affect this Lease or any of your obligations under the Lease.  You agree that upon the sale of the Community or your Apartment, you will look solely to the new owner for the performance of the landlord's duties under this Lease and will be deemed to have released the Owner/Manager Affiliates from all liabilities arising after the date of such sale.  Upon notice of our transfer of your Security Deposit and/or Pet Deposit to the new owner, you will look solely to the new owner for the return of the unapplied portion of your Security Deposit or Pet Deposit.

    c.   <u>Subordination</u>:  This Lease, and your rights hereunder, are subordinate to all land leases, present and future mortgages or deeds of trust, if any, affecting the Premises.  We may execute any papers on your behalf as your attorney-in-fact to accomplish this if permitted under applicable law.  In the event of any judicial or non-judicial foreclosure of the Premises, at the election of the acquiring foreclosure purchaser, the Lease shall not be terminated and you shall attorn to the purchaser, provided that the purchaser in that election agrees not to disturb you if you are complying with this Lease.

**58.   What other general provisions apply to this Lease?**

This Lease (consisting of all of the documents identified in the Introduction) is the complete agreement between you and us.  You may not rely on any oral promises of the Owner, Manager or any other party that are not set forth in this Lease.  This Lease can only be changed by an agreement in writing, signed by you and us.  This Lease will be binding upon the successors and assigns of each Resident.  Time is of the essence in your obligations under this Lease.  If permitted by law, you waive the right to a jury trial in all legal proceedings relating to your use and occupancy of your Apartment, and you waive the right to countersue in any summary proceeding we bring.  Should a court of competent jurisdiction find any of this Lease's provisions to be illegal, invalid or unenforceable, such illegality, invalidity or unenforceability shall not affect any of this Lease's other provisions.  In addition, such illegal, invalid or unenforceable provision shall be modified to the minimum extent necessary to make such provision legal, valid and enforceable.

**59.   Do the provisions of this Lease survive the Lease End Date and/or the termination of this Lease?**

Your payment obligations under this Lease, as well as your obligation to indemnify and hold the Owner/Manager Affiliates harmless, and our rights upon any default by you, will survive the termination or expiration of this Lease.

**60.   If I have a disability, may I request a modification to my apartment or the common areas, or an accommodation to your policies, practices, or services?**

Yes.  The Owner and Manager want you to enjoy the use of your home, and are committed to compliance with the provisions of the Fair Housing Act, including those provisions relating to reasonable modifications and accommodations.  Our policy, including details about how to request such modifications or accommodations, is described on a separate addendum to this Lease.

**61.   Does the Owner have the right to make any changes to my apartment?**

You acknowledge that during the Lease Term we may perform "Owner Alterations" to the Premises and the Apartment Community. Owner Alterations include, for example, maintenance, alterations, repairs, asset preservation and improvements. You also acknowledge that you will not be entitled to any withholding or abatement of Rent nor will you be deemed constructively or actually evicted from the Premises based on our performing any Owner Alterations to the Premises or the Apartment Community, unless the Premises are untenantable due to Owner Alterations. You waive any claim or cause of action against us for actual or constructive eviction or for any damages based on Owner Alterations, except to the extent the Premises are rendered untenantable due to Owner Alterations.

Revised March 2023

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL     LG*

**IMPORTANT NOTICE: Section 6 of this Lease requires you to provide advance written notice to us if you choose not to renew your Lease.**

**RESIDENT(S):**

*Lani Ginoza*                          *09/29/2023*                    Lani Ginoza
Signature                                  Date                              Print Name


*Tiffany Lu*                            *09/29/2023*                    Tiffany Lu
Signature                                  Date                              Print Name


**AVALONBAY COMMUNITIES, INC., MANAGER, AS AGENT FOR OWNER**


By: *Christy Torres, 09/30/2023*
                                                                    **DATE**

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.
20 of 25                                                                    TL    LG

<u>**CALIFORNIA APARTMENT LEASE AGREEMENT**</u>

**COMMUNITY SPECIFIC TERMS**

**Community:** <u>AVA Hollywood</u>

<u>**Payment:**</u>

Under the answer to Question 13 of Document 2 of the Lease (Questions and Answers-Additional Lease Terms), you should make all payment checks payable to **AvalonBay Communities, Inc. - AVA Hollywood**.

<u>**Telephone Number:**</u>

The telephone number for contacting our Customer Care Center is 877-AVB-MAIN

<u>**Default Provisions:**</u>

Under the answer to Question 20 of Document 2 of the Lease (Questions and Answers-Additional Lease Terms), you will be in default under the Lease if:

a   You do not make your payment of Rent, including Additional Rent or other amounts due under this Lease on time, or

b   You violate or do not comply with any of the terms of this Lease and such violation is not cured by you within 3 days after written notice from us, or

c   You violate or do not comply with any of the rules and regulations, including the Community Policies, of the Community, as amended from time to time, and such violation is not cured by you within 3 days after written notice from us, or

d   You either fail to occupy the apartment or abandon the apartment after occupying it, or

e   You violate your responsibilities as a resident under Federal, state or local law, or

f   You permit unauthorized persons or unauthorized pets to reside at the apartment and such violation is not cured by you within 3 days after written notice from us, or

g   You harass, verbally abuse, denigrate or otherwise disrespect our employees, agents or contractors.

Notwithstanding the above, under no circumstances are you entitled to any cure period for a default in your monetary obligations under this Lease, a violation of law, or criminal activities as defined in this Lease.

<u>**Electricity and Gas Billing Methodology:**</u>

Under the answer to Question 25 of Document 2 of the Lease (Questions and Answers-Additional Lease Terms), all electric and gas service will be billed based on Direct Utility Billing and will be billed directly to you by the utility provider.  As described in the answer to Question 26, you should contact the utility provider directly to initiate service in your name.

<u>**Water and Sewer Billing Methodology:**</u>

Under the answer to Question 25 of Document 2 of the Lease (Questions and Answers-Additional Lease Terms) your water and sewer bills will be billed based on Allocated Billing.  Under the Utility Billing Methodology that will initially be used, your water and sewer charges are determined by a water submeter  installed within your Apartment that measures your water usage.  You are not paying for any other resident's water or sewer charges nor are you paying for any water or sewer usage for the common portion of the Community. You may be billed a portion of the water/sewer expense from the annual Property Tax Bill.

You will receive water and sewer bills periodically from a billing company that we have selected (but may elect to change from time to time) or from us.  Such bills will include an administrative fee.

<u>**Hot Water Energy Billing Methodology:**</u>

You are responsible for paying a proportionate share of the Community hot water energy costs.  These charges are in addition to your obligations to pay other utilities, including any charges for water or sewer usage under this Lease.  Your bill will be based on your proportionate share of the total hot water energy bill received by Owner excluding hot water energy costs for common areas of the Community. Your proportionate share will be based on the number of occupants (based on an occupancy factoring scale, which estimates how much hot water usage is increased by an increase in the number of occupants), or based on actual hot water usage as measured through your individual hot water meter where such meters are installed, or, at our discretion, based on any other billing allocation methodology allowable by law. The owner will be responsible for the portion of the bill allocated to common area hot water energy of the Community and unoccupied apartments. Your leasing consultant can share with you approximate charges for hot water energy service at this Community based on number of occupants in your apartment. Owner cannot guarantee the level of charges for hot water energy service to any particular apartment home, which may vary with (i) the total usage by the Community, (ii) the total number of residents in

Revised March 2023

the Community, (iii) total number of occupants in your apartment home and (iv) the rates charged by the applicable provider of hot water energy.

You will receive hot water energy bills monthly, bi-monthly or quarterly as determined by us.  Such bills may include an administrative fee from a billing company with whom we have contracted.  Owner reserves the right to change the billing company (and the method of billing) from time to time upon notice to you.

**Trash Removal:**

Your charges for trash may include all costs incurred by Landlord relating to trash and are required by the trash hauling service or state or local jurisdictions to ensure compliance with its regulations. These charges include, but are not limited to, those for removing the trash and recycling, sorting disposable trash from recycling, porter service, bulky item removal, cleaning of the bins and deodorizing services, third party vendor contracts providing services relating to trash, composting and recycling as well as composting costs where composting is required. You will receive trash bills from our billing vendor that we have selected, currently Conservice (but we may elect to change from time to time). Your trash fee is calculated by reviewing the total trash expense of the community and allocating a portion of that expense to the apartment homes in the Community on a per unit basis.  Your trash fee is due and payable with your rent.  Such bills may include an administrative fee from the billing vendor.

**EV Electric Reimbursement:**

If your Community provides designated spots for electrical vehicle parking and charging and you choose to rent one of such available spots to charge an electric vehicle, you understand and agree that you will be responsible for a monthly amount related to our costs in providing electricity to the spot or you will be responsible to pay a third party operator for the use of the charging station.

The use by you or any of your guests of a community EV outlet and/or charging station to charge a vehicle is undertaken at your own risk.  If you are using your own EV charger, you agree that you will not use a charger that is incompatible with the EV outlet provided.  You acknowledge and agree that AvalonBay shall not be responsible for any harm to you or your vehicle as a result of the use of the community EV outlets and/or charging stations.

To the extent applicable, the charge will either be identified in the Summary of Key Lease Terms under "EV Electric Reimbursement" or be paid directly by you to a third party, and is either a flat amount that we determine in our discretion from time to time based primarily on the average monthly cost of charging an electric vehicle or an amount that will be specified in your agreement with the third party.  If the amount is a flat fee it will not change during your lease term.

**Resident Transportation Program Survey:**

Avalon Bay Communities has partnered with LADOT Transit to establish a Resident Transportation Program that promotes the benefits of riding transit, using ride-share and bike-share services, or just walking or riding a bike. To establish a plan that best meets the needs of our residents, we are asking you to complete this short survey so we know how you travel today and which options would be most suited to your needs. Please note that we are requesting this information solely as required to determine the transportation preferences and practices of our resident and prospects and the information provided herein will not be used by us for any housing related decisions.

The survey will take you about five to ten minutes to complete. You can take the survey online or you can print out a version and drop your completed survey at the Resident Manager's Office.

Please use the following URL to complete the survey -https://www.surveymonkey.com/r/LaPeitraPlace (this is not a live link).

**Rent Credit Reporting Service:**

In accordance with California law, you are being provided with the opportunity to enroll in a credit reporting service that will report your rent payments to one or more consumer reporting agencies.  Enrollment in this service is completely optional and you may elect to enroll at any point during your lease term.  Enrollment in this service will result in a monthly charge to you of up to $10.00 per person or our actual costs for providing the service, whichever is less.

An enrollment form with details, including details on pricing, is being provided to you along with this Lease Agreement.  If you would like to enroll at a later date and/or would like another copy of the enrollment form at any time, please let us know.

**SCEP Pass Through:**

You are responsible for paying a portion of the landlord's costs for the Los Angeles Rent Registration and Systematic Code Enforcement Program (SCEP) fees. The SCEP fees will be charged to you each month. The current SCEP fee is specified in the Lease Summary.

Revised March 2023

**RESIDENT(S):**

_Lani Ginoza_ _____     _09/29/2023_     Lani Ginoza _____
Signature                                              Date                        Print Name

_Tiffany Lu_ _____     _09/29/2023_     Tiffany Lu _____
Signature                                              Date                        Print Name

**AVALONBAY COMMUNITIES, INC.,**
**MANAGER, AS AGENT FOR OWNER**

By: _Christy Torres, 09/30/2023_ _____
                                                                    **DATE**

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

TL    LG

**AvalonBay Policy Regarding Requests for Reasonable Modifications and Accommodations**

<u>**Modifications**</u>: Federal housing law permits a resident with a disability to make reasonable modifications at his/her expense to either or both of the interior of the apartment and the common/public areas of the building "if such modifications may be necessary to afford such person full enjoyment of the premises." If a modification is made, the resident may be held responsible for restoring the interior of the apartment to its original condition, where such requirement is reasonable. For the apartment, examples of reasonable modifications include widening a doorway, lowering kitchen cabinets or replacing flooring to facilitate wheelchair use.

An escrow (not a security deposit) may be collected to ensure that funds are available for any required restorations. In considering whether to require an interest-bearing escrow account in the estimated amount of the costs of restoration, the following factors will be considered:

- The nature and extent of the modification;

- The length of residency; and

- The credit/employment history of the resident.

<u>**Accommodations**</u>: Residents with disabilities may request "reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford such person equal opportunity to use and enjoy a dwelling." For example, a resident with a disability may request a reserved parking space near a building's entrance even at a community that does not assign parking. An accommodation is considered reasonable if it does not fundamentally alter the owner's business or create undue financial hardship. A reasonable accommodation:

- Must be practical and feasible;

- Cannot be dangerous to others; and

- Cannot be overly expensive to the apartment owner.

<u>**Processing Requests**</u>: To help assure prompt review and attention, we prefer that requests for modification or accommodation be made on our standard Modification and Accommodation Request form, but we will accept other written and verbal requests as well. So that we can make a decision about your request, please tell us how your requested modification or accommodation will help you more fully enjoy your home. All requests will be forwarded to our Legal and Design groups for internal review and will be processed promptly.

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

TL    LG

Revised March 2023

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

25 of 25

TL   LG

## SECURITY DEPOSIT AGREEMENT

Account # CA120-003-3615-1

**Apartment Home 3615**

This Security Deposit Agreement (this "Agreement") is made between the undersigned Resident(s) and Manager, as managing agent for Owner, in connection with, and is incorporated by reference into, the Apartment Lease Agreement (the "Lease") of the same date as this Agreement between Manager, as managing agent for Owner, and Resident.  In this Agreement, your apartment and the Community are together called "the Premises."  The Manager and the Owner are called "we," "us," and "our."  The Resident is called "you" and "yours."

1. **SECURITY DEPOSIT**.

| | REQUIRED |
|---|---|
| Security Deposit | **$150.00** |

This represents the Security Deposit required under the Lease (the "Security Deposit").

2. **REFUND OF SECURITY DEPOSIT**.  We agree to refund the Security Deposit to you, subject to the deductions described in Section 3, upon satisfaction of all of the following conditions or as otherwise required by applicable law:

    a.    Complete vacation of the entire Premises by you on or before the date specified in the required written 30-day notice under the Lease.

    b.    Expiration of the term of the Lease, or termination of the Lease in accordance with its provisions.

    c.    Payment by you of all Rent required under the Lease, up to and including the date of expiration or termination of the term of the Lease, or the full notice period, whichever is longer.

    d.    Your apartment, including all kitchen appliances (refrigerator, oven, range, dishwasher, baths, closets, storage areas, patios/balconies, etc.) has been thoroughly cleaned, so as to be in the same condition as it was in on the beginning date of the term of the Lease, except for ordinary wear and tear.

    e.    There are no defects or damage to Premises caused by you, your family, guests, invitees, agents or pets, unless shown on a written list of damages and defects as set out in the Move-In Inspection Report, as referenced in the Lease.

    f.    Observation and performance by you of all of the other covenants and obligations to be kept or performed by you under the Lease up to and including the date of expiration or termination of the term of the Lease or the date you vacate your apartment, whichever is later.

    g.    Observation and performance by you of all rules and regulations to be kept and performed by you under the Lease, including, without limitation, those rules and regulations pertaining to pets.

    h.    YOU HAVE GIVEN MANAGER THIRTY (30) DAYS WRITTEN NOTICE OF YOUR INTENT NOT TO RENEW THIS LEASE,  AS REQUIRED PURSUANT TO THE LEASE.

    i.    You provide us with a written notice of your forwarding address.

3. **DEDUCTIONS**.  Within twenty-one (21) days after you have vacated the Premises, we agree to refund the Security Deposit to you, after deducting all damages or charges for which you are legally liable under the Lease, this Agreement, or as a result of breaching the Lease or the Security Deposit Agreement.  At such time, we will provide you with a written statement reflecting the Security Deposit, any accrued interest thereon, if applicable, and, for the deductions made, together with a basis for all deductions we make.  In addition, we will notify you in writing of any deductions that are made from the Security Deposit during the course of the tenancy.  Such notification will be made within twenty-one (21) days of the date of the determination of the deduction and will itemize the reasons for the deductions, except that this notification will not be required for deductions made less than twenty-one (21) days prior to the termination of the Lease.  We will maintain itemized records of all deductions made from the Security Deposit during the preceding two years, and these records will be available for inspection by you or your agent or attorney during our normal business hours.

4. **WITHHOLDING OF RENT**.  You acknowledge that no portion of the Security Deposit is available to be applied to Rent or Other Charges due and payable under the Lease, and that you are required to pay the entire monthly Rent on or before the due date each month during the term of the Lease, including the last month of occupancy.

5. **MOVE-OUT PROCEDURES**.  Upon a request by us to you that you vacate, or within five (5) days after receipt of notice by us of your intent to vacate, we will make reasonable efforts to advise you of your right to be present at an inspection of the Premises for the purpose of determining the amount of the Security Deposit to be returned.  If you want to be present when we make the inspection, you must let us know in writing so that we may, in turn, notify you of the time and date of the inspection.  If requested, an initial inspection will be made prior to termination of occupancy.  A final inspection will be made within seventy-two (72) hours after termination of occupancy and removal of all your personal effects.  If you request an initial inspection, we will upon completion of the inspection give you an itemized list of damages to the Premises known to exist at the time of the inspection.  We suggest that you do accompany us during both the initial inspection and the final inspection to help resolve any problems that may arise.  Failure to do so will constitute a concurrence by you in our assessment of charges for damages or cleaning.  After final inspection by us, appropriate charges will be assessed by us for any missing items, damages or repairs to the Premises, or its contents (except for ordinary wear and tear), insufficient light bulbs, scratches, burns, or holes in the walls, doors, floors, draperies, carpets and/or furniture, and for cleaning the Premises (including all kitchen appliances).

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL    LG*

6.    **INTEREST ON DEPOSIT**.  We will accrue interest on the Security Deposit if required by law at the rate set in applicable statutes, which interest will be credited and paid as required by law.

**RESIDENT(S):**

| | | |
|---|---|---|
| *Lani Ginoza* | *09/29/2023* | **Lani Ginoza** |
| Signature | Date | Print Name |

| | | |
|---|---|---|
| *Tiffany Lu* | *09/29/2023* | **Tiffany Lu** |
| Signature | Date | Print Name |

**AVALONBAY COMMUNITIES, INC., MANAGER AS AGENT FOR OWNER**

BY: *Christy Torres, 09/30/2023*

Date

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL    LG*

**California Water Sub-Metering Disclosure – CA120 AVA Hollywood**

Resident will be billed for water separately from rent. Resident shall pay for water service based on the apartment unit's consumption measured by a sub-meter. Specifically, an apartment unit's measured consumption will be multiplied by a rate based on the utility provider's rate and, or, bill. The monthly bill for water service may only include the following charges: (1) payment due for the amount of usage as measured by the sub-meter and charged at allowable rates, (2) fixed fee charged by the water purveyors for water service, (3) a fee for administrative billing costs of $3.28, and (4) a late fee if applicable.

Resident agrees that Owner may estimate any and all utility charges above upon Resident's move-out (or at any other time) and such amounts shall be deemed final. Estimated charges will be based upon either the average or median bill for water in similarly situated dwelling units at the property over a three-month period (limited to the past six-months), or based upon the average indoor water use of a family of four that uses approximately 200 gallons per day. The average water (and sewer) bill for a family of four that uses approximately 200 gallons per day as of the date of the drafting of this addendum was $75.00.

Resident agrees that any disputes related to the computation of Resident's bills will be between the Resident and Owner. The bill will be sent to Resident by Conservice, a third-party billing provider. Resident acknowledges that the billing provider is not a public utility. Owner reserves the right to change the third-party billing provider at any time. Payment of the bill is due on the 1st of each month and may be paid directly to the Owner. Residents may contact Owner's third-party billing provider any time between 5:00 A.M. and 7:00 P.M. at (866) 947-7379, or via letter or email to P.O. Box 4718, Logan, UT 84321, service@conservice.com, with questions regarding their water billing.

Owner will provide the location of Resident's sub-meter, calculations used to determine Resident's monthly bill, and the date Resident's sub-meter was last certified and the date it is next scheduled for certification (if known) upon inquiry. Resident shall notify Owner of any leaks, drips, water fixtures that do not shut property, including, but not limited to, problems with water-saving devices. Upon notification of such problems, Owner will investigate, and, if necessary, repair these problems within 21 days, otherwise, the water bill will be adjusted pursuant to law. To report leaks, drips, water fixtures that do not shut off properly, including but not limited to, a toilet, or other problems with the water system, including but not limited to the problems with water-saving devices, please contact the Owner in the Leasing Office in writing at 6677 W Santa Monica Blvd., Los Angeles, CA 90038, or email avahollywood@avaapartments.com, or call 323-310-5353. If Resident believes that the sub-meter reading is inaccurate or the sub-meter is malfunctioning, the Resident shall first notify the landlord in writing and request an investigation. Resident shall be provided with notice that if an alleged sub-meter malfunction is not resolved by the landlord, a tenant may contact the local county sealer and request that the sub-meter be tested. County sealer can be contacted at 626-575-5451.

The above is only a general overview of the laws regarding water sub-meters. The complete law can be found at Chapter 2.5 (commencing with Section 19.54.201) of Title 5 of Part 4 of Division 3 of the Civil Code, available online or at most libraries.

| | |
|---|---|
| *Lani Ginoza* | *09/29/2023* |
| **Lani Ginoza** | Date |
| | |
| *Tiffany Lu* | *09/29/2023* |
| **Tiffany Lu** | Date |

AvalonBay Communities, Inc., Manager As Agent for Owner

by: *Christy Torres, 09/30/2023*
                                     Date

Account# CA120-003-3615-1

## AVA Hollywood ESG Addendum

At **AVA Hollywood** and AvalonBay Communities, Inc. (collectively, "AvalonBay") we are focused on integrating ESG practices into everything we do; innovating with purpose and passion and valuing the impact both big and small actions can have. It all adds up to creating a better way to live - for all people, the places we live and work, and the planet at large.

Environmental responsibility is core to our business and a critical part of developing sustainable communities. This is why we integrate our environmental sustainability initiatives with our design, development, construction, and operations processes. It is also why we have committed to science-based emissions reduction targets, as well as set goals for water and waste reduction.

As such, we are committed to the following ESG provisions:

**Sustainability Contact**

AvalonBay is providing the following point of contact to discuss issues related to sustainability and energy. Issues include, but not limited to retrofit projects, billing issues, and energy efficiency upgrades.

AvalonBay sustainability contact: ESG@avalonbay.com

**Annual Disclosures**

Upon request, AvalonBay shall provide Resident(s) with the building's ENERGY STAR and ENERGY STAR water score annually. To the extent Resident(s) obtains electricity independently of the building, Resident(s) shall give AvalonBay access to Resident's data on energy use for inclusion in AvalonBay's annual reports, ENERGY STAR annual rating and similar purposes.

| _Lani Ginoza_ | 09/29/2023 | _Tiffany Lu_ | 09/29/2023 |
|---|---|---|---|
| **Lani Ginoza** | Date | **Tiffany Lu** | Date |

| _Christy Torres_ | 09/30/2023 |
|---|---|
| AvalonBay Communities, Inc. | Date |

Account# CA120-003-3615-1

## COMMUNITY POLICIES
### AVA Hollywood

Welcome to your Community!  These policies are designed to promote enjoyment of the Community by you and by your neighbors.  Please read these Community Policies carefully.  As in the Lease, the Manager is called "we," "us" and "our."  The Resident is called "you" and "yours."  Your apartment and the Community, including all buildings, common grounds, amenity and parking areas, are collectively called "the Premises."  These provisions are deemed incorporated into your Lease.

### GENERAL

1.  <u>SPEED LIMIT</u>.  Limit your speed within the Community to 10 MPH or posted signage, whichever is lower.  Obey all signs and traffic control devices within the community, such as stop signs, fire lanes, directional arrows, etc.

2.  <u>VEHICLES</u>.  Recreational and commercial vehicles such as boats, campers, trailers, tow trucks etc. are: (  X  ) not permitted; (    ) permitted in designated areas only.  Unsightly and/or inoperable cars (such as cars with flats, broken windows, extensive damage, etc.) and vehicles with expired tags will not be permitted to remain on the Premises.  Vehicles are not to be repaired or serviced on the Premises.  A repair is anything that requires the vehicle to have the hood open or to be up on a jack.  Vehicles may be washed on the Premises in designated area(s) only.  If there is no designated area, then you are not permitted to wash your vehicle on the Premises.  Please do not empty car ashtrays onto the parking lots!  Vehicles may be towed at owner's expense, and without notice, that are (a) not properly registered with the city and state, (b) parked in a fire lane or in a designated "NO PARKING" area, (c) owned by Residents and are parked in Leasing Office and Visitor parking spaces, and/or (d) parked in a space other than the assigned space for that vehicle, where parking spaces have been assigned.  If required, you must register your vehicle with the office.  Motorized scooters may be used only by those of legal driving age and use must comply with all applicable laws and regulations, including those regarding the use of helmets.  Vehicles must be able to fit within the confines of the assigned parking space and may not impeded the use of other parking spaces or traffic flow

3.  <u>BALCONIES AND WINDOW TREATMENTS</u>.  Clothes drying of any kind including bathing suits or beach towels on the balcony or in front of your apartment is prohibited. Do not hang "Christmas" type string lights, bamboo privacy screens, brooms, mops, rugs, etc. on your balcony or any outdoor spaces.  Mops, clothes, rugs, etc. must not be shaken from balconies or windows. Dirt, debris or water must not be swept over the edge of any balcony. Cigars, cigarettes and other objects shall not be thrown from balconies and windows. Bird feeders, planters and flower boxes, if allowed, must be secure and well maintained so that there is no danger of them falling. Nothing may be attached to the exterior building without prior management approval. No household appliances, mechanical equipment or trash are to be kept on balconies. Balconies/patios may NOT be used as storage. Unless provided by management, draperies, curtains or blinds must be placed at all windows within two weeks of moving into the apartment. The window coverings visible from the exterior must be lined with a neutral-colored material. Neutral colors are defined as white, off-white, beige and light gray. If the primary draperies or curtains are not of these neutral colors, then they must be lined with neutral colors on the outside. There will be no tin foil, sheets, blankets, or any type of coverings over the windows to darken rooms. However, you may purchase white window shades that will serve the same purpose and still maintain the uniformity of the Community. Air conditioning units are strictly prohibited in any window area of your apartment home. Management may elect to change the balcony/patio restrictions without notification. Any item not specifically mentioned here must be approved in advance by the Community Manager. Any item that has not been approved in advance will be required to be removed immediately.

4.  <u>EQUIPMENT</u>.  The equipment in the bathrooms and kitchens is not to be used for any purposes other than that for which it was constructed.  No sweepings, rubbish, rags, disposable diapers, sanitary napkins, tampons, ashes or other obstructive substances shall be thrown therein.  **Do not place metal, string, grease, coffee grounds, rice, pasta, potato peels, nut shells, glass, olive or fruit pits, corn cobs, paper, wire, bones or non-food in disposal.  If you cannot eat it, your disposal cannot eat it!** You are responsible for all damage resulting from the misuse of such equipment and you agree to reimburse us for the costs incurred to repair such equipment and related damages.  Portable washers or dryers, chest freezers, or any other large appliance not approved in writing by us are prohibited.

5.  <u>NOISE</u>.  Be considerate of your neighbor.  Control the volume of radios, stereos, TV's, musical instruments and other amplified devices so that they do not disturb residents of other apartments. From 10:00 PM to 8:00 AM. volume on all such devices should be kept as low as possible.  Further, please do not vacuum or use washers or dryers in your apartment (if present) during such time.  We recommend that stereo speakers not be placed directly on the floor.  Noisy or disorderly conduct that annoys or disturbs other residents will not be permitted. If your apartment home has hard surface flooring, you agree that you will cover at least 70% of the open floor space in your apartment home (excluding the kitchen) with rugs or suitable floor coverings to protect the floors and limit noise for your neighbors.

6.  <u>LAUNDRY FACILITIES</u>.  If there are coin operated laundry facilities on the premises, please report to us machines that are not operating properly.  Washers and dryers can be dangerous, so please keep small children away from these machines at all times and never allow them to loiter or play in or around the laundry facilities.  Please do not use the laundry trash receptacles for your household trash.  We appreciate your help to keep the laundry facilities clean.  Clotheslines and hanging clothes outside to dry, is permitted only with advance prior approval from the Community Manager.When using laundry machines, whether located at a central location on the Premises or in your apartment, please do not wash or dry shoes in the machines.  Shoes may bump up against and damage the machines.  You agree to be responsible for damage resulting from the misuse of the laundry equipment and to reimburse us for the costs incurred to repair the laundry equipment.  We are not responsible for

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

TL    LG

Account# CA120-003-3615-1

lost, missing or misplaced laundry that is left unattended in the laundry room.

7.  **STORAGE**. Storage pods are not allowed in the parking lot or common areas. If the community has storage areas, they must be kept clear of debris. Nothing may be stored in the storage area that will not fit in your personal space. Items placed outside the storage area are considered a fire hazard and are in violation of the fire code. Anything found outside of your designated storage area may be discarded. We are not responsible for stolen or damaged items. Flammable liquids or any environmentally hazardous substance or material must not be stored in any storage area. The Community will provide access either through an access key or fob, by appointment, or another method. Please see the Community for details regarding access as well as hours the storage area is accessible.

8.  **WALL HANGINGS**.  Please use nails suitable for hanging picture frames. Please DO NOT use adhesive hangers, since they damage the wallboard. No holes shall be driven into the cabinets, woodwork, ceiling or floors. Please do not use a nail or any other hanger on wallpaper. Wall-mounted fireplaces or other flammable mounted devices are prohibited.

9.  **TRASH**.  Trash is not to be left outside your apartment or on the balcony or decks, and is not to accumulate in your apartment. If applicable, trash chutes shall not be used between 10:00 P.M. and 8:00 A.M. Please place all trash down the chute or appropriate trash container. Do not leave debris on the ground if these are full. Simply proceed to the next available container to dispose of your trash. Stack newspapers neatly in the corner. Please be sure all ashes and cigarette butts are completely out before putting trash down the chute or in the trash container. Boxes must be broken down before being placed in the trash container, chute or other designated area. Furniture items such as desks, chairs, beds, mattresses, sofas, etc. are not to be left on the Premises for disposal. You are responsible for the removal of these items at your own cost. Residents not complying with these policies regarding trash are subject to being charged for the cost of each bag removed, at the discretion of the Community Manager.

10.  **CLUTTER**.  Hallways and breezeways must be kept clear at all times.  Do not obstruct them with trash, boxes, toys, bicycles, baby carriages, plants, door mats, etc.  Likewise, no such items are permitted in the parking areas, courtyards, sidewalks, or lawns of the building.  All such articles will be impounded, and a charge may be made for their return. Door mats are prohibited as they are a tripping hazard.

11.  **GRILLING**.  Grilling is only permitted where allowed by local law and regulation and with proof of renter's insurance.  Unless permission is granted, only electric grills should be used.  Grills must be elevated at least 18 inches from surface.

12.  **UTILITY CLOSETS**.  Items placed in utility closets for storage purposes, where permitted, must be nonflammable and located at least two feet from any utility appliance located in the closet.  We reserve the right to inspect these areas.  Failure to comply with this storage requirement may result in the removal of the items in the closet by us or in the revocation by us of your use of the closet.

13.  **NOTICE OF DAMAGE TO PREMISES**.  Notify us of any damage that in your opinion requires repair, including water and fire damage.  Please advise us immediately of spills on carpeting that may cause permanent damage.  We may be able to get the stain out if notified promptly.

14.  **SMOKING**.  Your apartment home and community may have been designated smoke free. If so, a Smoke Free Apartment Community Addendum is included with your Lease Agreement.  Reference this addendum for additional terms, conditions and rules. If your community is not smoke free, smoking is not permitted in any interior or exterior common areas, including the hallways, lobby areas, courtyards, and patio/balconies.  Smoking is likewise prohibited in the health and recreational facilities. Cigarette butts are not to be discarded on the Community grounds.  DO NOT THROW CIGARETTE BUTTS IN THE MULCH OR IN PROXIMITY TO THE BUILDING.  THIS IS A SEVERE FIRE HAZARD.

You understand that unless there is a Smoke Free Apartment Community Addendum attached to this lease, your Community is NOT a smoke free community and we cannot prevent your neighbors from smoking cigarettes in their apartment homes. As a result, we cannot and do not guarantee a smoke free environment.

Notwithstanding any laws that may legalize the smoking, cultivation or storage of marijuana in this jurisdiction, neither you nor your guests are permitted to smoke, cultivate or store any marijuana at the community or in your apartment home.

15.  **DRY CLEANING**.  If this drop-off/pickup service is provided it is done so as a convenience and you agree not to hold us or Owner responsible in the event of loss or damage of any or all of your dry cleaning.  You agree to pick up your dry cleaning within 48 hours of notice.

16.  **PACKAGES**.  We are not required to accept mail/UPS/Federal Express or other packages for you. You agree not to hold us or Owner responsible for accepting or declining packages or for other alternate delivery in the event of a loss, theft or damage to your package, whether or not alternate delivery is provided at the Community through packages lockers or otherwise. We will not accept certified mail on your behalf.

17.  **AMENITY AREAS**.  Amenity areas (pool, basketball courts, tennis courts, racquetball courts, reading rooms, laundry rooms, business centers, weight room, etc.) are to be utilized for their intended purposes only. Proper-soled shoes must be worn to prevent damage to flooring. Bicycles, skateboards, rollerblades, segways, etc, are not to be used on the pool deck, parking lots,

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*
TL   LG

sidewalks, or in hallways.  We reserve the right to deny use of the amenities to any resident found in violation of any of our policies.

18.    FITNESS CENTER USE.   Residents under the age of 14 may not use the fitness center without an adult present.   No unauthorized fitness classes or instruction may be conducted in the fitness center, whether by residents or their guests.

19.    WATERBEDS AND FISH TANKS.   Waterbeds and fish tanks are permitted (i) with proof of current renter's insurance insuring the Premises against damage from water, for no less than $100,000 of coverage, and (ii) when fully lined, installed, maintained and removed according to manufacturer's recommendations.

20.    HEATERS.  Kerosene heaters, or other heaters using combustible materials or fluids, are not permitted on the Premises.

21.    COOKING.  You must cook in a manner that will not offend or annoy other residents, and use the oven fans during cooking.

22.    DOORS.  Please shut and keep closed all doors leading from and into building at all times.  We may close all such doors in the event they are left open.

23.    LOCKOUT.  If you request us to unlock the door of your apartment or garage during business hours, we will gladly do so at no charge.  If you are locked out of your apartment home or garage outside of office hours, a Maintenance Associate will let you in. You will be billed a $150 charge.

24.    MOVING.  Moving of furniture is permitted to and from the apartments only during the days and hours provided by the community. If the Community has an elevator, the elevator must be reserved. Any packing cases, barrels or boxes which are used in moving must be removed by you. If packing cases, barrels, boxes or other containers are removed by us, you will be billed for the cost of such removal. Furniture may not be stored in the hallway or lobbies while moving in or out of your apartment home.

25.    SAFEKEEPING OF ARTICLES.  Our associates, other than as specifically set forth in these Community Policies dealing with dry cleaning and packages, are not authorized to accept keys or other articles.  If packages, keys, or other articles are left with the employees of this Community, the sole risk of loss or damage is upon you.

26.    BICYCLES.  Bicycles are to be stored at your own risk and only in the location indicated by the Community. Bicycle storage may require a fee. The Community will provide access either through an access key or another method. Please see the Community for details.  Bicycles are not to be stored in breezeways, if applicable.  Bicycles are not to be moved through the lobby or elevators, if applicable. The Community may require ID tags. If required, all bicycles must be tagged for identification must be displayed and visible.

27.    WIRING.  Do not install any wiring in or outside of the Premises or install any aerial for television or radio on the roof or exterior of building.

28.    WEIGHT LIMITATION.  Do not keep anything in your apartment that, in our sole judgment, exceeds the permissible load or jeopardizes the safety of the floors or structure.  You agree to remove immediately any such item upon demand in writing from us.

29.    RECYCLING.  You agree to cooperate with any and all recycling programs that we put in place or which are required by law.

30.    EXTERMINATION.  You agree to, upon our request, permit us to exterminate pests in your apartment and you will take all steps that may be necessary to permit us to perform such extermination.

31.    SOLICITATIONS.  Door-to-door solicitation and/or circulation of any materials is prohibited.  Please report solicitors to our office.

32.    LIGHTBULBS.  Electric light bulbs are supplied to each apartment home at the time of move-in. Thereafter, it becomes your responsibility to replace all bulbs.

33.    SMOKE DETECTORS AND CARBON MONOXIDE DETECTORS.  You will maintain the smoke detectors and carbon monoxide detectors and replace the batteries when necessary.

34.    GUESTS.   You agree to inform your guests of all Lease provisions and Community Policies regarding use of the Premises. We have the right to bar individuals from the Premises.   If your Lease provisions or the Community Policies are violated by your guests, they may be barred and, in the event they receive from us a notice that they have been barred from the premises, arrested for trespassing.  If you allow any barred person on the premises, it is grounds for termination of your Lease.

35.    GARAGES.  If applicable, the primary purpose for any garage is for the storage of vehicles. Once your vehicle has been accommodated in the garage, you may, if approved by management, use the remaining space to store non-flammable items. In no event should your garage space be used only for storage and no storage is permitted in underground or above ground parking structures shared by multiple apartments. AvalonBay Communities in no way represents that the garages, whether direct-access or detached, can accommodate every make and model of every vehicle. It is the residents responsibility to

ensure the garage they are renting can accommodate their current vehicle or any vehicle they may have in the future. It is the residents responsibility to ensure that garage doors remain closed when the garage is not in use.

36.   <u>KEYS AND OTHER DEVICES</u>.   Each resident will receive one or a combination of the following: a set of applicable keys, controlled access devices/passes, remotes, doorcodes, credentials for a smart access application, and/or parking tags. These are the only keys/devices/credentials that will be provided during the term of the lease agreement. No additional items will be provided unless this practice is within community-specific standard procedures and management is in agreement. Charges for additional items may apply where applicable.

You acknowledge and understand that you are responsible to return the items to management upon move-out and you will not make duplicate keys without first consulting management. Further, you are not to share your own smart access application credentials nor any personally assigned doorcodes. Third party fobs are strictly prohibited. Use of a 3rd party fob is grounds for termination of your lease. In the event that you do not return or you misplace any of the keys, controlled access devices/passes, remotes, or parking tags, you will be charged for the replacement.

37.   <u>DRONES AND UNMANNED AIRCRAFT</u>.   You may not, and may not allow your guests and visitors, to operate any unmanned aircraft or drones on or above the Community or any areas of the premises.

38.   <u>FIRE ALARMS</u>.   Tampering with fire alarms is illegal, dangerous, and can cause serious liability concerns.   You may be charged if your actions result in a false alarm.

39.   <u>FILMING AT A COMMUNITY</u>.   Filming/photo shoots are not allowed at any AvalonBay community without prior consent from the Manager and Marketing, Legal, and Risk Management Departments.   All residents/companies requesting to film at a community must sign the Filming Agreement and meet all requirements below before any filming may begin.

40.   <u>FIREWORKS</u>. The use of any fireworks, including but not limited to "non-explosive and non-aerial" fireworks shall be prohibited at all times within the community.

41.   <u>STREAMING</u>. Any streamed or over the air content in common areas or on community devices or systems must be appropriate for the environment and in compliance with all applicable laws, regulations and terms of purchase.

42.   <u>EXTERIOR COMMON AREAS</u>. No personal property of any kind shall be kept, stored or maintained in the common areas nor shall any fixtures of any kind, including additional doorbells, cameras, or other items, be maintained in the common areas (including the exterior of doors) at any time.   The sidewalks, entrances, driveways, stairways, elevators, halls and other common access areas shall not be blocked by a Resident or used for any purpose other than for entering and leaving without the prior written consent of the Manager.

### SATELLITE DISHES

You have a limited right to install a satellite dish or receiving antenna within your leased space.   We are allowed to impose reasonable restrictions relating to such installation.   You are required to comply with these restrictions as a condition of installing such equipment.   This provision contains the restrictions that you and we agree to follow.

1.   <u>NUMBER AND SIZE</u>.   You may install only one satellite dish or receiving antenna within your leased space.   A satellite dish may not exceed 3.3 feet in diameter.   An antenna may receive but not transmit signals.

2.   <u>LOCATION</u>.   Location of the satellite dish or antenna is limited to your leased space, namely: (1) inside your dwelling, or (2) in an area outside your dwelling but within your sole control such as your balcony, patio, yard, etc.   Installation is not permitted on any parking area, roof, exterior wall, window, windowsill, fence or common area, or in any area that other residents are allowed to use.   A satellite dish or antenna may not extend beyond the vertical and horizontal space that is leased to you for your exclusive use (e.g., the satellite dish or receiving antenna may not extend beyond the balcony railing).   Think of it this way: if the building were to be wrapped in "plastic wrap", and you were to affix a satellite dish to your balcony railing or otherwise place it on your balcony, no portion of the satellite dish or receiving antenna may come in contact with the plastic wrap.

3.   <u>SAFETY AND NON-INTERFERENCE</u>.   Your installation: (1) must comply with reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle.   If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete in a container; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

TL   LG

(3) any other method approved by us.  No other methods are allowed.  Your satellite dish or antenna system must be a stand-alone system; you may not splice into any existing wires or cables.  We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

4. <u>SIGNAL TRANSMISSION FROM EXTERIOR DISH OR ANTENNA TO INTERIOR OF DWELLING</u>**.**  You may not damage or alter the leased premises and may not drill holes through outside walls, doorjambs, windowsills, etc.  If your satellite dish or antenna is located outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a doorjamb in a manner that does not physically alter the Premises and does not interfere with proper operation of the door; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane" similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window-without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us.

5. <u>WORKMANSHIP.</u>  You are responsible for ensuring that the installation of any satellite dish or antenna is performed in a safe and secure manner within your leased space.  We reserve the right, but have no obligation, to inspect the installation of any satellite dish or antenna within your leased space.  We reserve the right, but have no obligation, to require that the satellite dish or receiving antenna be re-located, re-installed, or removed if in our reasonable judgment, such equipment poses a safety hazard or may cause damage beyond reasonable wear and tear to the Premises.

6. <u>MAINTENANCE.</u>  You will have the sole responsibility for maintaining your satellite dish, receiving antenna and all related equipment.

7. <u>REMOVAL AND DAMAGES.</u>  You must remove the satellite dish or receiving antenna and other related equipment when you move out of the apartment.  You must pay for any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the Premises to its condition prior to the installation of your satellite dish, antenna or related equipment.

8. <u>LIABILITY INSURANCE AND INDEMNITY</u>.  **You are liable for any injury or damage to persons or property caused by your dish, and you must maintain liability insurance covering any such damage.**  You install and operate your dish at your own risk.  You will be liable for any injury or damage to persons or property caused by your dish.  To ensure that you are able to pay damages in the event that your dish causes injury or damage, unless your apartment is on the ground floor, you must purchase and maintain liability insurance in an amount of not less than $100,000 for your dish for as long as you have it at the community.  You must provide us with proof that you have this insurance, and AvalonBay must be named as "additional insured" under your liability policy.  We must be notified by your insurance carrier at least thirty days in advance of any cancellation of your liability policy.  Further, you agree to hold us harmless and indemnify us against any claims related to your dish by others.

You may start installation of your satellite dish or antenna only after you have provided us with written evidence of the liability insurance referred to above.  Your limited right to install a satellite dish, as well as our right to impose reasonable restrictions, both arise as a result of a Federal Communications Commission (FCC) order.  If you have any questions about this order, feel free to contact us or you may contact the FCC directly.

**WIRELESS INTERNET ACCESS (WiFi)**

1. <u>GRANT OF AUTHORITY</u>. You are permitted to deploy a "Wireless Access Point" or "WiFi" within your premises, so long as such installation meets all the terms of clauses 2, 3, 4, 5, 6 and 7 of the "Satellite Dishes" section above.  A wireless access point or WiFi is a short-range transmitting and receiving device necessary to provide wireless internet service to users located within your premises.

2. <u>BAN ON OBJECTIONABLE INTERFERENCE</u>.  You are permitted to use such a wireless access ("WiFi") device in your apartment so long as such device does not result in objectionable interference.  Objectionable interference shall have the same meaning as that established by the Federal Communications Commission regulations or mean any interference that results in a material impairment of the quality of communication transmitted or received by existing communications users in the community prior to the operation of your "WiFi."

3. <u>OBLIGATION TO LIMIT EMISSIONS</u>.  Your Wireless Access Point shall be designed, installed and operated in a manner that minimizes the degree to which radio signals or other electromagnetic emissions emanating from the Wireless Access Point extend outside your premises.

4. <u>NON-COMMERCIAL USE</u>.  At no time may you resell or package Internet access by means of your Wireless Access Point or WiFi.  The grant of authority in these Community Policies is limited to installing such a device for your personal use only.

5. <u>COMMUNITY PROVIDED WIRELESS ACCESS POINT</u>.  If the Community provides a Wireless Access Point for the use of its residents such service is provided only as a convenience to you.  By using any such Wireless Access Point you agree that such Wireless Access Point and access to the Internet are at your sole risk, and are provided on an "As Is" and "As Available" basis without warranties of any kind, express or implied.  You also acknowledge that such access is not

encrypted or filtered in any way and that the Community does not provide a firewall or other type of Internet protection. You agree that the Community and its affiliates shall not be liable, and you hereby waive any claims against the Community and its affiliates for any damages arising out of your use of such Wireless Access Point, including without limitation personal injury or property damages, loss due to unauthorized access or due to viruses or other harmful components, the inability to use the internet service, the content of any data transmission, communication or message transmitted to or received by your computer, and the interception or loss of any data or transmission.

6. <u>INDEMNIFICATION</u>. You shall defend, indemnify, and hold the Owner, its agents, officers and employees completely harmless from and against any and all claims, suits, demands, actions, liabilities, losses, damages, judgments, or fines, including all reasonable costs for investigation and defense thereof (including, but not limited to, attorneys fees, court costs and expert fees), of any nature whatsoever arising out of your operation of or access to any Wireless Access Point or the provision of Wireless Internet Service by means of any Wireless Access Point.

## SWIMMING POOL POLICIES
**If this amenity is applicable at the community, the following rules are to be observed:**
**Some Community swimming pools are NOT supervised by a lifeguard or other responsible persons.**

1. NEVER SWIM ALONE!

2. <u>AGE REQUIREMENT</u>. There is no substitute for adequate supervision. Persons under the age of 18 are not allowed at the pool unless accompanied by a parent or guardian or a responsible adult.

3. <u>GUESTS</u>. No more than 2 guests per apartment may be invited to the pool. Guests must be accompanied by a resident over 18 years of age. Residents are responsible for their guests and their actions.

4. <u>CONTAINERS</u>. No glass containers are allowed. Only unbreakable containers are allowed in the pool area.

5. <u>ALCOHOL</u>. DO NOT swim and drink alcohol. Alcoholic beverages are NOT permitted in the pool area.

6. <u>HEALTH DEPARTMENT REGULATIONS</u>. As per health department regulations, the pool is not to be used by anyone with an infectious disease, inflamed eyes, a cold, nasal or ear discharge, open sores, or bandages of any kind.

7. <u>SMOKING</u>. Smoking is NOT allowed in the pool or pool area.

8. <u>TRASH</u>. Beverage containers and litter must be disposed of in the provided trash receptacles.

9. <u>PETS</u>. Pets are expressly forbidden in or around the pool area.

10. <u>BATHING SUITS</u>. Regulation bathing suits must be worn in the pool and Jacuzzi area (if applicable).

11. <u>DIAPERS, No diapers allowed in the pool. Swim diapers must be used as appropriate</u>

12. <u>CONDUCT</u>. The ropes and life rings are not play toys. They are there for a purpose. Do not hang or sit on the ropes. Do not wear hairpins or rollers or use excessive suntan oil in the pool, as they can damage the pool and associated equipment. Profanity, horseplay, bicycle riding, skating, riding toys, scuffling, loud music, or harassment of other swimmers will not be permitted.

13. <u>MUSIC</u>. Loud music is NOT allowed at the pool.

14. <u>HOURS</u>. The pool may only be used during posted hours of operation. Refer to your move-in package or to pool signs for pool hours. Pool hours are subject to change at management's discretion. Be aware that due to repairs or other circumstances the pool may be closed from time to time.

15. <u>INCLEMENT WEATHER</u>. Swimming is not allowed during inclement weather (i.e. thunderstorms, lightning).

16. VIOLATION OF POOL POLICIES. Residents or guests who violate the pool policies will be held to a zero tolerance policy and subject to eviction.

17. <u>EMERGENCIES</u>. In an emergency, contact help immediately.

18. <u>OTHER RULES</u>. All other posted rules and policies must be followed.

Account# CA120-003-3615-1



**Guidelines & Policies for Pet Parents (Owners)**

1. Pets, including dogs and cats are permitted at the Community only with our permission. Visiting pets are not allowed. Certain types of pets are not allowed. These include, but are not limited to monkeys, ferrets, snakes, rabbits, livestock, reptiles, rodents and certain dogs. The restricted dog breeds include, but are not limited to, some Terriers including Pit Bulls (a.k.a. American Staffordshire Terriers or Staffordshire Bull Terriers), American Bull Dog, Tosa Inus, German Shepherds, Rottweiler, Presa Canarios, Fila Brasileiros, Argentine Dogos, Akitas, Doberman Pinschers, Alaskan Malamutes, Bull Mastiffs, Cane Corso, Wolf Hybrids and all mixes of these breeds. AvalonBay Communities reserves the right to deny residency to any animal deemed aggressive whose breed is not explicitly listed.

   Once such permission is granted, it will not be revoked as long as the resident pet parent (owner) abides by these guidelines policies, controls the pet and shows due consideration of other residents of the Community.

   As set forth in the Lease, when a pet is acquired, a non-refundable pet charge or increased deposit and a monthly charge are required to be paid by you the resident. If there is more than one pet, the monthly charge will be assessed for each pet.

2. Pets with a history of biting are not permitted at the Community. You agree and assume full responsibility for personal injuries or property damage caused by the pet, and hereby agree to indemnify the Community and hold the Community harmless against any loss, or liability of any kind or character whatsoever resulting from the privilege of having a pet on the premises. You are responsible for the action of your pet at all times. Should your pet injure any other pets, residents or AvalonBay Communities associates, or other individual not listed here while on community premises , you will be asked to remove the pet from the premises immediately.

3. **Number of Pets:** No more than 2 pets are allowed per apartment home.

4. **Maintenance:** Pets must be restrained whenever a maintenance service call is requested.

5. **Pet Waste:** In order to keep the grounds clean and sanitary, pet stations must be utilized or the pet must be taken to the outside perimeter of the Community for their toilet purposes. You must clean up after your pet. It will be a violation of these rules if you simply "relieve" your pet solid waste and not clean up. This is not at your convenience, this must happen every time the pet uses our community grounds for "toilet" purposes. You will be asked to sign a Clean Paws Pledge committing to cleaning up after your pet.

6. **Leash:** Pets must be on a leash at all times when outside the apartment home. If applicable, dogs must be leashed whenever entering and exiting the Pet Park, but may be unleashed while within the enclosure of the Pet Park.

7. **Tying Up/Balconies:** Pets are not to be tied or staked outside the apartment. Residents must not leave their pet on the patio or balcony for extended lengths of time.

8. **Patios & Pet Food:** Patios should be kept clean of any pet waste. During hot weather, especially, odors can be extremely offensive to neighbors. Also, please avoid leaving pet food outside for long periods of time, as it will attract pests/rodents. You may leave water outside for your pet.

9. **Human Amenity Areas:** Pets are not allowed in the pool or amenity areas at any time.

10. Residents violating these guidelines and policies must reimburse AvalonBay Communities for any damage or loss incurred for each violation determined at the discretion of the Community Manager.

### FIREPLACE/FIRE PIT POLICIES

If this amenity is applicable at the community, the following rules are to be observed:

1.      The amenity areas are for residents and their guests only.  Your guests must be accompanied by you.

2.      Do not throw any items into the fire or surrounding area.

3.      The fireplace or fire pit is not to be used as a means of cooking or roasting food, including but not limited to marshmallows.

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

TL    LG

Account# CA120-003-3615-1

4.        Residents and/or guests are to use appropriate seating and not to sit on the ledge of the fire pit or fireplace.

5.        The fire/flame should not be left unattended.  Use the appropriate posted method to extinguish the fire/flame.

6.        In the event of an emergency, press the nearby red emergency button (if applicable) and call 911.


These Community Policies are to be strictly observed and will be enforced by us.  We may, however, insist that you observe all of these Community Policies even if you did something in violation of these policies and we did not object.  Thus our failure or delay, if any, in demanding compliance by you of these Community Policies will not be deemed a waiver of our right to insist on full compliance by you in the future.  We reserve the right to modify these Community Policies and to make such other reasonable rules as, in our judgment, from time to time become necessary to ensure the enjoyment of the Community by our residents.


Thanks for your cooperation in observing these Community Policies.


RESIDENT OR RESIDENTS:

*Lani Ginoza, 09/29/2023*
**Lani Ginoza**

*Tiffany Lu, 09/29/2023*
**Tiffany Lu**

**3615**
Apartment Number

AvalonBay Communities, Inc., Manager, As Agent for Owner

by: *Christy Torres, 09/30/2023*

Date

 

**8 of 8**

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL    LG*

Account# CA120-003-3615-1

### SMOKE FREE APARTMENT COMMUNITY ADDENDUM

You acknowledge that the building in which your apartment home is located and community have either been designated smoke free or are in the process of becoming smoke free. This addendum states additional terms, conditions, and rules which are incorporated into the Lease and relate to the smoke free nature of the apartments and the community. Although we would like to strictly enforce this policy with all residents, there may be residents who signed a lease that did not restrict smoking.

We will take reasonable steps to enforce the policy and to make the Community and the building a smoke free environment, but you acknowledge that our ability to require renewing residents to agree to the policy and otherwise police, monitor or enforce the policy is dependent upon the full cooperation of all residents, guests and occupants. As a result, we cannot guarantee the Community or the building will be smoke free at all times.

A violation of this addendum or a violation of any law regulation smoking while anywhere at the Community shall be a material breach of the Lease.

A breach of any provision of this Addendum shall give each party all rights contained herein, as well as the rights in the Lease.

1. **Purpose of No-Smoking Policy.**  The parties desire to (i) mitigate any irritation or health effects of secondhand smoke; (ii) reduce the increased maintenance, cleaning and redecorating costs from smoking; and (iii) offer tenants the market choice of renting an apartment in a community where smoking is not permitted.

2. **Definition of Smoking.**  The term "smoking" means inhaling, exhaling, breathing or carrying any lighted cigar, cigarette, pipe or other tobacco, marijuana or similar lighted product in any manner or in any form and specifically includes any electronic smoking device.

3. **Smoke Free Apartment.**  You agree and acknowledge that all portions of your Apartment home and, subject to the caveats above, the common areas of the Community have been designated as a smoke free living environment. You shall not smoke anywhere in the Apartment or the Community, and you shall not permit your guests, visitors, invitees or family members to smoke anywhere in the Apartment or the Community.

4. **Resident to Promote No-Smoking Policy and to Alert Landlord of Violations.**  You shall inform all of your guests, invitees and family members that your Apartment has been designated as smoke free and that a violation of this policy could subject you to eviction and could subject any guest or invitee violating this policy to a trespass notice from us advising the guest or invitee that he or she is no longer permitted at the Community

5. **We are Not a Guarantor of a Smoke Free Environment.**  You acknowledge that our designation of your Apartment home as smoke free does not make the Owner or Agent the guarantor of your health or of the smoke free condition of your Apartment home or the common areas. You specifically acknowledge that no representations have been made or can be made that your Apartment will not experience any secondhand smoke that may migrate from sources outside of your Apartment home.

6. **Effect of Breach and Right to Terminate Lease.**  A breach of this Addendum shall be a breach of the Lease and grounds for an eviction action by us.

7. **Disclaimer.**  You acknowledge and agree that our efforts to adopt a smoke free apartment option and our designation of your Apartment home or the Community as smoke free do not in any way change the standard of care that we would have to render your Apartment home or the Community safer, more habitable or improved in terms of air quality standards than any other rental housing. We specifically disclaim any implied or express warranties that the apartment building or common areas will be free from second hand smoke. You acknowledge that our ability to police, monitor, or enforce the provisions of this Smoke Free Addendum are dependent in significant part upon the voluntary compliance by you and your guests and the other residents of the Community.

8. **Third Party Beneficiaries.**  Other occupants of the Community are express third party beneficiaries of this addendum. As such, other occupants of the Community may enforce the provisions of this Addendum by any lawful means, including by bringing a civil action in a court of law.

*Lani Ginoza*                         *09/29/2023*
**Lani Ginoza**                       Date


*Tiffany Lu*                          *09/29/2023*
**Tiffany Lu**                        Date


AvalonBay Communities, Inc., Manager As Agent for Owner
by: *Christy Torres, 09/30/2023*
                                                        Date

Account# CA120-003-3615-1

## AVA Hollywood  at La Pietra Place
## Parking Addendum

We strive to maintain a thoughtful parking program for our Residents/Occupants.  With this in mind, we ask that you please read the following policies and sign below to acknowledge your understanding of this program.

I/We understand that all vehicle information, as well as license plate number(s) will become part of a permanent resource record.  If at any time, a vehicle other than the vehicles listed on the application, are parked on the property without an authorized permit, I/we understand that the vehicle is subject to tow, and may be removed from the property.  All expenses will be incurred solely by the vehicle owner/driver.

**Assigned Parking (assigned spaces, carports, & garages):**
Assigned parking is available for a monthly fee. $150 for a single space and $225 for a tandem space.  All garages and reserved surface spaces will be "self -managed" by the residents assigned to these spaces.  Permits are required for these surface spaces.  Assigned spaces can be used by the resident assigned to this space, or by their guest.  Should an un-authorized vehicle be parked in your space please reach out to our on site courtesy patrol team to have the vehicle towed.  Residents are not authorized to tow vehicles from the site.

We agree to lease to you the assigned spaces as specified in the Lease Summary.

**Unassigned Parking (all open spaces):**
All open parking spaces, other than those marked as "Reserved" are "Permit Only".  If "Permit Only", a valid "sticker" permit or visitor pass will need to be properly displayed in order to use these spaces or risk being towed.  Permits/Visitor passes must be approved by the office or security team and displayed at all times, which includes weekends and holidays 24 hours a day.  Anyone who parks on the community without proper permit is subject to tow without warning and at owner's expense.

**Parking Permit**
Parking permits will only be provided to residents who have registered their vehicles with the AVA Hollywood office.  You must provide the office with your vehicle registration and insurance to be properly registered and receive your permit.  Your permit must be placed on the lower left side of the windshield of your vehicle immediately after receiving it.

Additional permits if required, may be leased in addition to your apartment and are on an "available only" basis.  Permit spaces are in addition to your guaranteed space(s).  A valid "permit" will need to be displayed while parked in these spaces.

If you lose your Permit, you will be assessed a $25.00 replacement fee.

**Visitor Parking:**
Visitor parking is available with a cost on a daily/nightly basis with a minimum period of two hours, and a maximum of 30 days. Residents must reserve a visitor parking space and sign the Visitor Parking Agreement with a member of the AVA Hollywood team. Visitor parking charges must be paid when leaving the garage. Validations will not be provided to guests.  Please refer to the onsite team for questions and more information.

**Bicycle Storage**:  On site bicycle storage is available upon request. Please refer to the onsite team for more information. Bicycles are to be stored at your own risk. Bicycles are not to be moved through the lobby or elevators. Bicycles are not to be stored on patio or balcony.

**Motorcycle Parking:**
Motorcycle parking is available for a monthly cost. All terms covered in assigned parking will apply. Motorcycles are considered a vehicle and must follow all rules.  When parking a motorcycle in the community it must be parked in a parking space or it will be subject to tow.

**Future Resident Spaces:**
Resident and/or visitor vehicles should not be parked in any of the designated "Future Resident" parking spaces during office hours.  This will result in immediate towing.  After hours parking may be available – please check with your AVA Hollywood team.

**Towed Vehicles:**
Any vehicle found in violation of the parking polices will be towed.  All towing fees incurred are the sole responsibility of the vehicle owner.  **AVA Hollywood** reserves the right to change towing companies at will.  Payment and payment type must be arranged with the towing company and not with the community.

Hollywood Car Carrier

323-913-4040

647 N Virgil Ave.

Los Angeles, CA 90004

**Additional Information:**
- Only currently registered and operable vehicles are permitted to park at the community.  Stored and/or inoperable vehicles will be towed at the owner's expense.
- Vehicles must be driven and moved regularly.
- Vehicles may not take up more than one parking space or be double parked.
- No recreational vehicles are permitted to park at the community.
- Multiple vehicles are only permitted based on guaranteed parking per apartment type and permit availability.  The community will not grant three cars unless approved by a Manager on site.
- Any vehicle improperly parked, in fire lanes, double-parked, parked in disabled spaces or in violation of community or city parking policies will be towed at the vehicle owner's expense.
- Any vehicle parked in another resident's space will be towed immediately and without warning.

Account# CA120-003-3615-1

- Only one vehicle or motorcycle may be parked in each space.

| | | | |
|---|---|---|---|
| *Lani Ginoza* | *09/29/2023* | *Tiffany Lu* | *09/29/2023* |
| **Lani Ginoza** | Date | **Tiffany Lu** | Date |

| | |
|---|---|
| *Christy Torres* | *09/30/2023* |
| Avalon Bay Associate | Date |

NOTE:  The resident(s) that sign this document are responsible for advising all visitors related to their apartment of the parking rules

# Chemical Pesticide Notice

This is to inform you pesticides may have been applied to apartment/buildings in the past. California law requires that building owners and operators provide tenants with the following written notice concerning the application of pesticides:

CAUTION – PESTICIDES ARE TOXIC CHEMICALS. Structural Pest Control Operators are licensed and regulated by the Structural Pest Control Board, and  apply pesticides which are registered and approved for the use by the California Department of Food and Agriculture and the United States Environmental Protection Agency. Registration is granted when the state finds that based on existing scientific evidence, there are no appreciable risks if proper use conditions are followed or that the risks are outweighed by the benefits. The degree of risk depends upon the degree of exposure, so exposure should be minimized. *If within 24 hours following application, you experience flu-like symptoms: headaches, dizziness, nausea, tearing, coughing, nose and throat irritation, or develop shortness of breath, double vision, unusual drowsiness and weakness, tremors, bleeding, eye irritation, or skin irritation,  contact your physician or Poison Control Center and the Property Manager immediately.*

*Poison Control Center 800-222-1222*

The following pesticides are commonly used for the extermination of pests. One or more of these materials may be used in your apartment. You may request specific information about which pesticides are to be applied and when they are to be applied from the Community Manager.

| | |
|---|---|
| Actizyme (citrus oil) | Drax (Orthoboric Acid) Waterbury |
| Advance Dual Choice (360A)(abamectin) | Dragnet (Permethirin) FMC |
| Advance Gel Bait (sodium tetraborate decahydrate) | Drione (Pyrethrins) Agrevo |
| Advion cockroach Gel (indoxacarb) | Drione Dust (pyrethrins) |
| Advion Ant Gel (indoxacarb) | Diazinon 4E (Diazinon) Roussel UCLAF |
| Alpine Dust (diatomaceous earth/dinotefuran) | Diozinon 5G (Diazinon) Clean Crop |
| Alpine Flea/IGR (dinotefuran/pyriproxyfen/prallethrin) | EcoPCO ACU (2-phenethylpropionate) |
| Avert Gel (Abamectin) Whitmire | Evergreen Dust (pyrethrins) |
| Avert 310 (Abamectin) Whitmire | Evict (Diazinon) Pretox |
| Bedlam (sumithrin) | Exciter (pyrethrins) |
| Boractin (orthoboric acid) | Fastrac (bromethalin) |
| Borid (Boric Acid) Cline Buckner | Final (brodifacoum) |
| BP 100 or BP 300 (Pyrethrins) Micro-Gen | First Strike (difehialone) |
| CB-80 Extra (Pyrethrins) Waterbury | Gentrol (Hydroprene) Zeocon |
| Cimexa (amorphous silica gel) | Gentrol IGR (hydropene) |
| Contrac Blox (Bromadiolone) Bell Labs | Green Dragon Roach Gel (Boric Acid) |
| Cobweb Exterminator (N/a) Dr. T's Nature Products | Invict Cockroach Gel (imidaclopri) |
| Conquer (Pyrethroid) Paragon | Killmaster II (Chlorpyrifos) |
| Cykick/Cykick CS (cyfluthrin) | Knox-out 2FM/ELF (Diazinon) Atochem |
| Cynoff (Cypermethrin) FMC | Liquatox (sodium diphacinone) |
| Delta Dust (deltamethrin) | Maxforce Granules (Hydramethylnon) Maxforce |
| Dursban 2E (Chlorpyrifos) Dow Elanco | Maxforce Gel (Hydramethylnon) Maxforce |
| Dursban 50W (Chlorpyrifos) Dow Elanco | Maxforce Quantuam Ant Bait (imidacloprid) |
| Dursban Granular (Chlorpyrifos) Dow Elanco | Maxforce Roach Gel bait (fipronil) |
| Demize EC (Linalool/Piperonyl/Butoxide) Pet Chemical | Mother Earth D (diatomaceous earth) |

| | |
|---|---|
| Motherearth Procitra DL (d-limonene) | Sterifab (isopropyl alcohol) |
| Nobor D (othoboric acid) | Strike Force (Chlorpyrifos) Waterbury |
| NyGuard IGR (pyriproxyfen) | Talstar Pro (bifenthrin) |
| Onslaught 93-phenoxyphenyl) | Talstar PL (bifenthrin) |
| Onslaught FastCap (Esvenvalerate/Prallethrin) | Tempo (Cyfluthrin) Miles |
| Optiguard Gel Bait (thiamethoxam) | Tempo Dust (Cyfluthrin) Bayer |
| Orthene/Pco Flma2 (Acephate) Valent | Temprid (imidacloprid/cyfluthrin) |
| Orthene PT280 (Acephate) Whitmire | Terro Ant Killer II (Boric Acid) Senoret Chem. |
| Phantom (chlorfenapyr) | TKO PT 265 (Diazinon) Whitmire |
| Precor (Methoprene) Zoecon | Talon G (Bromadiolone) Bitrix |
| Precor 2000 (Methoprene) Zeneca | Talstar Liquid (Bifenthrin) FMC |
| Precor IGR (Methoprene) | Talstar Granules (Bifenthrin) FMC |
| Prelude (Permethrin) Zeneca | Termidor (fipronil) |
| Perma-Dust PT 240 (Boric Acid) Whitmire | Transport GHP (acetamiprid, bifenthrin) |
| Premise Foam (imidacloprid) | Tri-Die PT 230 (Pyrethrins) Whitmire |
| PT 270 (Chlorpyrifos) Waterbury | Vendetta Roach Gel Bait (abamectin) |
| PT 565 (Pyrethrin) Whitmire | Wasp-Freeze PT515 (Tetramethrin/Permethrin/ |
| Pyrethrin | Piperonyl Butoxide) Whitmire |
| Saga-WP (Tetrabromethyl) Agrevo | Yardex (Fluvalinate) Zoecon |
| Seige PBS (hydramethylnon) | |

California law also requires persons exposed to substances regulated under the Safe Drinking and Toxic Enforcement Act of 1986, commonly referred to as "Proposition 65", to be provided a clear and reasonable warning, as some of the pesticides listed above are chemicals regulated under Proposition 65. You are advised as follows:

> WARNING: The area within your building contains a substance known to the State of California to cause cancer, birth defects, or other reproductive harm.

I/We have read the above disclosure and pesticide list and I/We understand that any of the pesticides listed here may have been used in the past. I/We also understand additional pesticides may be used and understand I/we may request additional information from the Community Manager.

_Lani Ginoza_ _____     _09/29/2023_ _____
**Lani Ginoza**                        Date

_Tiffany Lu_ _____      _09/29/2023_ _____
**Tiffany Lu**                         Date

AvalonBay Communities, Inc., Manager As Agent for Owner
by: _Christy Torres, 09/30/2023_ _____
                                                        Date

# Proposition 65
# Warning Addendum
# Form 67.0



This Addendum to the lease is provided pursuant to California Health & Safety Code 25249.5 and 25249.6, and is part of the Rental/Lease Agreement, dated

| **10/11/2023** | between | **AVA Hollywood** | (Landlord) and |
| *(Date)* | | *(Name of Landlord)* | |

**Lani Ginoza, and Tiffany Lu** (Resident) for the

*(List all Residents as listed on the Rental/Lease Agreement)*

premises located at **6677 Santa Monica Blvd #3615** ,Unit # (if applicable) **3615**

*(Street Address)*

**Los Angeles** ,CA **90038** .

*(City)* | *(Zip)*

**A. Chemicals known to the State of California to cause <u>cancer and birth defects or other reproductive harm</u>.**

1 ☐ **Lead-based Paint**

⚠ **WARNING:** Paint chips and dust from lead-containing paint on this property can expose you to lead, which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to yourlandlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to www.P65Warnings.ca.gov/apartments.

2 ☑ **Plastic and Vinyl Items –Di(2-ethylhexyl)phthalate**

⚠ **WARNING:** Plastic and vinyl items, such as flooring, miniblinds, wallpaper, cablesand coatings on wires,on this property can expose you to di(2-ethylhexyl)phthalate which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to www.P65Warnings.ca.gov/apartments.

3 ☐ **Miniblinds containing Lead**

⚠ **WARNING:** Imported vinyl miniblinds manufactured prior to 1997 on this property can expose you to lead, which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to www.P65Warnings.ca.gov/apartments.

4 ☑ **Wood, Gas and Other CombustionSources–Benzene and Carbon Monoxide**

⚠ **WARNING:** Fireplaces, firepits, grills and barbecues, gas stoves, gas heaters or other "fossil fuel" burning heaters or appliances [attached garages] on this property can expose you to carbon monoxide, which is known to the State of California to cause birth defects or other reproductive harm and to benzene, which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to www.P65Warnings.ca.gov/apartments.

5 ☑ **Pesticide -Resmethrin**

⚠ **WARNING:** Pesticides used on this property can expose you to resmethrin, which is known to the State of California to cause

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL    LG*

cancer and birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**6** ☑ **Swimming Pools/Spa –Chloroform from Chlorine**

⚠**WARNING:** Chlorine used as apool or spa disinfectant on this property can expose you to chloroform, which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**7** ☑ **Secondhand Tobacco Smoke**

⚠**WARNING:** Cigarettes and cigars smoked on this property can expose you to tobacco smoke which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to your landlord or the building owner about how and when you could be exposed to this chemical in your building.For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**B. Chemicals known to the State of California to Cause <u>Birth Defects or other Reproductive Harm</u>**

**1** ☑ **Fungicides containing Myclobutanil**

⚠**WARNING:** Fungicides used on this property can expose you myclobutanil, which is known to the State of California to cause birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**2** ☑ **Fungicides containing Triforine**

⚠**WARNING:** Fungicides used on this property can expose you triforine, which is known to the State of California to cause birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**3** ☑ **Pesticides containing Arsenic Trioxide**

⚠**WARNING:** Pesticides used on this property can expose you to arsenic trioxide, which is known to the State of California to cause birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**C. Chemicals known to the State of California to Cause <u>Cancer</u>**

**1** ☑ **Building Materials –Formaldehyde**

⚠**WARNING:** Building materials containing urea-formaldehyde resins, such as insulation, pressed wood materials, finishes, or adhesives, on this property can expose you to formaldehyde, which is known to the State of California to cause cancer. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**2** ☐ **Ceiling Coatings and other Asbestos-Containing Materials**

⚠**WARNING:** Asbestos-containing materials, including some ceiling coatings on this property can, if damaged or disturbed, expose you to asbestos, which is known to the State of California to cause cancer. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**3** ☑ **Swimming Pools -Bromoform from Bromine**

⚠**WARNING:** Bromine used as apool or spa disinfectant on this property can expose you to Bromoform, which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to this chemical in your building. For additional information go to [www.P65Warnings.ca.gov/apartments.](www.P65Warnings.ca.gov/apartments.)

**4** ☑ **Herbicides containing Glyphosate**

⚠**WARNING:** Herbicides used on this property can expose you to Glyphosate, which is known to the State of California to cause cancer and birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could

be exposed to this chemical in your building. For additional information go to www.P65Warnings.ca.gov/apartments.

**5** ☑ **Marijuana Smoke**

⚠**WARNING:** Marijuana cigarettes, joints or bongs used on this property can expose you to marijuana smoke which is known to the State of California to cause cancer. Talk to your landlord or the building owner about how and when you could be exposed to this chemical in your building. For additional information go to www.P65Warnings.ca.gov/apartments.

The undersigned tenants and occupants (Resident(s)) acknowledge(s) having read and understood the foregoing.

| *Lani Ginoza* | *09/29/2023* | *Tiffany Lu* | *09/29/2023* |
|---|---|---|---|
| Resident **Lani Ginoza** | Date | Resident **Tiffany Lu** | Date |

| **Avalon Hollywood, L.P.** | *09/30/2023* |
|---|---|
| Landlord | Date |

| *Christy Torres* | **AvalonBay Communities, Inc.** |
|---|---|
| Agent Signing for Landlord | Management Co. (If Applicable) |

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL    LG*

**Disclosure Pertaining to Bed Bug & Pest Findings**

It is our goal to maintain the highest quality living environment for our Residents. AvalonBay Communities, Inc. has inspected the unit prior to lease and knows of no bed bug infestation. Residents have an important role in preventing and controlling bed bugs. While the presence of bed bugs is not always related to personal cleanliness or housekeeping, good housekeeping will help control the problem by identifying bed bugs, minimizing an infestation, and limiting its spread. It is important to underscore that travelers are mainly responsible for the transfer of bed bugs.

Resident(s) represent(s) that all furnishings and other personal property that will be moved into the unit are free of bedbugs.

Resident agrees to maintain the premises in a manner that prevents the occurrence of a bedbug infestation in the premises. Resident agrees to uphold this responsibility in part by complying with the following:

**Responsibility**

- If Resident allows individuals or items carrying bedbugs, fleas, roaches or other pests into the Premises, or has an infestation that cannot be traced to another source, such infestation will be deemed damage to the Premises.

- Resident will be responsible for all costs of all inspections and treatments to the Premises and to their personal belongings.

- Resident will also be responsible for damage in surrounding units including inspection and treatment to eradicate the infestation (costs include but not limited to lost rent, pest control services, and personal belonging damage).

- Resident must not discard items or bring items to the trash or outside the Premises that have been infested with bedbugs (beds, bedding, furniture, luggage, etc.). These items must be kept in the unit to be treated by the pest control vendor. The cost of disposing of these items will be charged back to the Resident.

**Preparation & Treatment**

- Resident **must not** self-treat an infestation without first consulting the Community. Self-treatment may cause further infestation and the cost of treatment will be passed on to the Resident.

- Typically, treatment requires inspection of adjacent units, including units above and below the origin unit. The cost of inspection and treatment may be passed on to the Resident found to have caused the infestation.

- The process to prepare your unit for treatment is detailed in writing prior to treatment. Residents must follow the steps for preparation entirely; moreover, any deviation or delay by the Resident may require a reschedule fee which will subsequently be passed on to the Resident. This could also exacerbate the infestation, causing additional treatments to the origin unit as well as surrounding units. Resulting costs may also be incurred by the Resident.

- The choice of treatment shall be at the discretion of Landlord in consultation with Landlord's pest control vendor.

**Financial**

- The Resident agrees to abide by the findings of the pest control vendor the Community chooses. This includes treatment options, schedule of treatment and ultimately who is financially responsible for all treatment costs.

- If a Resident is found to be liable for treatment costs, this cost will be charged back to the account ledger. It is expected the balance be paid in full at the time the balance is charged.

*Lani Ginoza*                                   09/29/2023
**Lani Ginoza**                                 Date


*Tiffany Lu*                                    09/29/2023
**Tiffany Lu**                                  Date


AvalonBay Communities, Inc., Manager As Agent for Owner
by: *Christy Torres, 09/30/2023*
                                                Date

*This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.*

*TL    LG*

**Housekeeping Suggestions to Reduce Bedbug Exposure**

- Resident shall **check for hitch-hiking bedbugs**. If you stay in a hotel or another home, inspect your clothing, luggage, shoes, and belongings for signs of bedbugs before you enter your apartment. Check backpacks, shoes, and clothing after visits to friends or family, theaters, or after using public transportation. After guests visit, inspect beds, bedding, and upholstered furniture.

- Resident shall **remove clutter**. Bedbugs like dark, concealed places, such as in and around piles of clothing, shoes, stuffed animals, laundry, especially under the bed and in closets. Reducing clutter also makes it easier to carry out housekeeping.

- Resident shall **keep the unit clean**. Vacuum and dust regularly, particularly in the bedroom, being especially thorough around and under the bed, drapes, and furniture. Use a brush attachment to vacuum furniture legs, headboard, and in and around the nightstand. While cleaning, look for signs of bedbugs, and report these immediately.

- Resident shall **arrange furniture to minimize bedbug hiding places**. If possible, keep beds and upholstered furniture several inches away from the walls.

- Resident shall **cover mattresses and box springs with zippered covers that are impermeable to bedbugs**. These are relatively inexpensive, and can prevent bedbugs from getting inside the mattress, their favorite nesting spot. The covers will also prevent any bugs from getting out; they will eventually die inside the sealed cover (though this may take many months). Thicker covers will last longer.

- Resident shall **avoid using appliances, electronics and furnishings that have not been thoroughly inspected for the presence of bedbugs**. Make sure that electronics, appliance or furniture company has established procedures for the inspection and identification of bedbugs or other pests. This process should include inspection of trucks used to transport appliances, electronics or furniture. Never accept an item that shows signs of bedbugs. Never take discarded items from the curbside.

**Information about Bed bugs**

Bed bug Appearance: Bed bugs have six legs. Adult bed bugs have flat bodies about ¼ of an inch in length. Their color can vary from red and brown to copper colored. Young bed bugs are very small. Their bodies are about 1/16 of an inch in length. They have almost no color. When a bed bug feeds, the body swells, may lengthen, and becomes bright red, sometimes making it appear to be a different insect. Bed bugs do not fly. They can either crawl or be carried from place to place on objects, people, or animals. Bed bugs can be hard to find and identify because they are tiny and try to stay hidden. Life Cycle and Reproduction: An average bed bug lives for about 10 months. Female bed bugs lay one to five eggs per day. Bed bugs grow to full adulthood in about 21 days. Bed bugs can survive for months without feedings.

Bed bug Bites: Because bed bugs usually feed at night, most people are bitten in their sleep and do not realize they were bitten. A person's reaction to insect bites is an immune response and so varies from person to person. Sometimes the red welts cause by the bites will not be noticed until many days after a person was bitten, if at all. Common signs and symptoms of a possible bed bug infestation:

- Small red to reddish brown spots on mattresses, box springs, bed frames, mattresses, linens, upholstery, or walls.

- Molted bed bug skins, white, sticky eggs, or empty eggshells.

- Very heavily infested areas may have a characteristically sweet odor.

- Red, itchy bite marks, especially on the legs, arms, and other body parts exposed while sleeping. However, some people do not show bed bug lesions on their bodies even though bed bugs may have fed on them.

For more information, see the Internet Web sites of the United States Environmental Protection Agency and the National Pest Management Association.

In order to report any suspected bed bugs in your unit, please contact the Community office or make a maintenance request immediately

## TECHNOLOGY CONNECT LEASE ADDENDUM

1. **PARTIES.**   This Technology Connect Lease Addendum is an addendum to the Lease Agreement between Manager, as agent for Owner (Owner and Manager also collectively referred to herein as "we" or "us"), and Resident (also referred to herein as "you"), and states additional terms on which we are renting an apartment to you in the Community at the Apartment Address specified in the Summary.

2. **ADDENDUM PART OF LEASE.**   This Addendum shall be deemed to be a part of the Lease Agreement between Manager, as agent for Owner, and Resident.  Unless otherwise stated herein, all capitalized terms shall be given the same meaning as that prescribed in the Lease.

3. **SERVICES.**   This Technology Connect Lease Addendum relates to Internet, video, telephone, and other technology services (collectively, the "**Services**") which may be provided to you.  You understand that Owner may engage providers of the Services to provide your apartment with such Services (as applicable) during the term of your Lease.  The terms and conditions of the Services are set forth in this Technology Connect Lease Addendum, including the following exhibits, as applicable

| | (Owner or Owner's Representative to select all that apply) |
|---|---|
| Exhibit A – Internet and Video Addendum | Excluded |
| Exhibit B – Internet Addendum | Included |
| Exhibit C – Smart Building Addendum | Excluded |
| Exhibit D – Resident Data Privacy | Included |

Please review all **applicable** exhibits before signing below.  By signing below, you acknowledge your acceptance of the service and the terms and conditions related thereto contained in each of the applicable exhibits.

The total cost of the applicable Services is **$63.00** per month and payable on a monthly basis.  Your cost is set by us in our discretion, and we have the right to increase such monthly Services charge at any time by providing you with 30 days' prior written notice.  The Services are provided for all apartment homes in the Community, and you will be charged for such Services even if you choose not to utilize the Services, unless prohibited by law or regulation applicable to your apartment home.

**APPLICABLE FOR AFFORDABLE HOMES ONLY**
Notwithstanding the foregoing, you may opt out of the Services at new lease signing or by providing 30 days' prior written notice or notice via electronic mail communication (e.g., via read receipt or by responses acknowledging receipt) to a leasing associate at the Community.

**[Signature Page Follows]**




**RESIDENT(S):**

_Lani Ginoza_                    _09/29/2023_                    **Lani Ginoza**
Signature                        Date                           Print Name

_Tiffany Lu_                     _09/29/2023_                    **Tiffany Lu**
Signature                        Date                           PrintName

**AVALONBAY COMMUNITIES, INC., MANAGER AS AGENT FOR OWNER**

**BY:** _Christy Torres, 09/30/2023_

                                                              Date




_This document reference number FP008252604 was electronically executed by the parties on the date(s) noted._

_TL    LG_

**EXHIBIT A**
**<u>INTERNET AND VIDEO ADDENDUM</u>**

**(Excluded)**




**EXHIBIT B**
**INTERNET ADDENDUM**

**Internet Service:**
You understand that we have engaged AT&T ("**Provider**") to provide your apartment with wireless and wired high-speed internet access services ("**Internet Services**").  The Internet Services are referred to herein as "**Bulk Services.**"  The Bulk Services are subject to the terms and conditions contained herein.

The Provider will activate its Bulk Services (which is advertised as providing up to 1 Gbps download/1 Gbps upload speeds) as of the effective date.  Your cost is set by us in our discretion and in the event our costs of obtaining the Bulk Services from Provider (including costs directly paid to the Provider or any indirect costs associated with administering the Bulk Services) increase, we have the right to increase such monthly charge by the amount of such increased costs (not to exceed $15.00 per month) by providing you with at least 30 days' prior written notice.  We may also change the speed of Internet Services available to the Community from time to time upon prior written notice.  Bulk Services are provided for all apartments at the Community and payable on a monthly basis, even if you choose not to utilize the Bulk Services.

Use of the Bulk Services by Resident is subject to the following terms and conditions:

1.  You acknowledge that you are receiving the Bulk Services directly from Provider, Owner is not a provider, and Owner has no liability to you for equipment failure, quality, quantity, availability, or outages of the Bulk Services.

2.  You agree that you must supply a valid email address to receive log on credentials required for connecting to the wireless services offered by Provider.  If you do not supply a valid email address, you will not be able to use the wireless services offered by Provider.

3.  You agree that we are not responsible for verifying any email addresses you supply to the Provider. Provider will send log on credentials for connecting to the wireless services they offer to any email address(es) provided.

4.  You agree to contact Provider directly for all internet-related technical concerns involving the reception, repair of the Bulk Services or assistance with service access within the Community.

5.  You agree and understand that the described change in Bulk Services is expected to come into effect on or about the effective date. Owner shall not be responsible for any delays or problems with the implementation of the Bulk Services including, but not limited to, delays caused by Provider.

6.  OWNER MAKES NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE BULK SERVICES. OWNER DISCLAIMS, AND, TO THE EXTENT PERMITTED BY APPLICABLE LAW, RESIDENT WAIVES, ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE BULK SERVICES.  OWNER MAKES NO REPRESENTATIONS OR WARRANTIES THAT THE BULK SERVICES WILL BE AVAILABLE, UNINTERRUPTED, OR ERROR-FREE, OR THAT THE BULK SERVICES WILL BE FREE FROM VIRUSES OR OTHER HARMFUL COMPONENTS.  YOU HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVE ANY CLAIM THAT YOU MIGHT HAVE OR MAKE AGAINST OWNER AS A RESULT OF YOUR USE OF THE BULK SERVICES AND, TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOU WAIVE ANY LIABILITY THAT OWNER MIGHT HAVE (WHETHER SUCH LIABILITY IS FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES) FOR ANY SUCH CLAIM.  SOME STATES DO NOT ALLOW THE LIMITATION OF IMPLIED WARRANTIES SO SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU. OWNER SHALL NOT BE RESPONSIBLE IN THE EVENT THAT THE BULK SERVICES FAILS TO PERFORM AS ADVERTISED.

7.  TO THE EXTENT PERMITTED BY APPLICABLE LAW, OWNER IS NOT LIABLE FOR INTERRUPTIONS, INABILITY TO CONNECT, OR FAILURE OF PROVIDER TO PROVIDE THE BULK SERVICES, NOR FOR ANY LOSSES, DAMAGES, OR EXPENSES, DIRECTLY OR INDIRECTLY, RELATED TO THE BULK SERVICES.  NO CHANGE, FAILURE, INTERFERENCE, DISRUPTION, DEFECT, UNAVAILABILITY, OR UNSUITABILITY IN THE BULK SERVICES CONSTITUTES OR MAY BE DEEMED TO CONSTITUTE AN ACTUAL OR CONSTRUCTIVE EVICTION, IN WHOLE OR IN PART, OR IN ANY WAY ENTITLE YOU TO ANY ABATEMENT OR DIMINUTION OF RENT OR IN ANY WAY RELIEVE YOU FROM ANY OBLIGATION UNDER THE LEASE.  TO THE EXTENT PERMITTED BY APPLICABLE LAW, OWNER IS ALSO NOT LIABLE FOR, AND YOU AGREE TO TAKE SOLE RESPONSIBILITY FOR, AND TO INDEMNIFY, DEFEND, AND HOLD OWNER, AVALONBAY COMMUNITIES, INC., AND THEIR EMPLOYEES AND AGENTS HARMLESS FROM, ANY DAMAGES OR CLAIMS YOU OR ANY OTHER PERSON MAY SUFFER OR HAVE AS A RESULT OF YOUR USE OF, OR INABILITY TO USE, THE BULK SERVICES, INCLUDING, BUT NOT LIMITED TO, COMPUTER VIRUSES, LOSS OF DATA, INVASION OF




PRIVACY, DEFAMATION, FRAUD, AND COPYRIGHT AND TRADEMARK INFRINGEMENT.  OWNER ASSUMES NO RESPONSIBILITY FOR THE CONTENT OF THE BULK SERVICES OR INFORMATION OTHERWISE AVAILABLE THROUGH THE BULK SERVICES.

8.  Owner shall have the right to change service provider, or to terminate some or all of the Bulk Services at any time without cause and without notice. You understand and agree that Bulk Services are offered as a convenience only and termination of such access for any reason shall not constitute a default on behalf of the Owner or give rise to any claim by you for termination of the Lease or for damages.

9.  You agree not to use the Bulk Services provided by Owner for any unlawful purpose or in any manner that causes interference to the Bulk Services, or damage to the Owner's property, property of other residents, or any other person or entity. Examples of unlawful purposes, include but are not limited to, any activity that violates, or constitutes an attempt to violate, any local, state, federal or international law, order or regulation, actions that violates, or may violate, a third party's patent, copyright, trademark, or other intellectual property right, spamming and unsolicited bulk e-mail. You are solely responsible for any information that is accessed through use of the Bulk Services and Owner bears no responsibility for such content. If you allow other ("End Users") to use the Bulk Services, you are responsible for ensuring that End Users comply with this Addendum. Owner may disconnect Bulk Services if an End User using your Bulk Services violates this Addendum.

10. If it is determined that you have breached the terms of this Addendum, Owner may, at its sole discretion, restrict, suspend, or terminate your Bulk Services and/or pursue other civil remedies. Owner and its various affiliates, vendors, and partners reserve the right to monitor bandwidth, usage, and content to ascertain violations of this Addendum as well as protect the network, Owner, and other residents. As determined solely by the Owner, Owner may notify appropriate parties of your usage and content of the Bulk Services as well as taking its own necessary action as it deems appropriate. Failure of Owner or its distribution affiliates to enforce this Addendum, shall not be construed as a waiver of any right to do so at any time.

11. Any computers, televisions, and other hardware or software that are necessary to utilize the Bulk Services must be supplied by you at your expense.  You must comply with any terms of use or acceptable use policies published by Provider. Violation of the terms of use or acceptable use policies may result in termination of your right to access the Bulk Services.

12. To provide the Bulk Services, certain equipment, including a wireless router, may need to be installed in your apartment. You will allow Provider's service personnel reasonable access to your apartment for purposes of installing, maintaining, replacing, or removing this equipment.

13. You agree not to damage or remove the equipment described in <u>Section 12</u> above, and agree to indemnify, defend, and hold Owner harmless from and against any claims arising out of, or in any way relating to, actions or inactions by you, including but not limited to any amounts Owner is required to pay to cover the costs of any such losses to Provider.

14. Owner reserves the right to switch providers at any time for any reason, change the quantity and quality of the Bulk Services provided, or discontinue the Bulk Services to the Community and the Premises at any time and for any reason at its sole discretion with 30 days' written notice of such change or termination.  Should Owner exercise its right to discontinue all the Bulk Services under this paragraph, your obligation to pay the charge described herein will end on the date specified by the Owner in the notice.

15. If any portion of the Services charge, including but not limited to payment for the cost of the Bulk Services is delinquent, and we provide you written notice of the delinquency, and you fail to pay the delinquent amounts within 5 days after receipt of notice, we may be permitted by applicable laws to request that Provider interrupt or terminate the provision of Bulk Services to your apartment until all delinquencies are brought current.

16. You shall not install network devices, whether wireline or wireless, to enable any person who does not reside in your apartment to access the Bulk Services.  Any wireless network device installed by you must comply with applicable FCC rules and regulations and must not interfere with the Bulk Services or wireless systems operated by Owner or any service provider at the Community.

17. Additional terms relating to the provision of these Bulk Services may be contained in your Lease or other addenda relating specifically to your apartment.

18. The Lease shall remain unchanged and unaffected except where otherwise indicated by this Addendum. In case of conflict between the provisions of this Addendum and any other provisions of the Lease, the provisions of the Addendum shall govern.

19. You attest that you have read the terms of this Addendum and agree to be bound by the terms contained herein.




**EXHIBIT C**
**SMART BUILDING ADDENDUM**

**(Excluded)**




**EXHIBIT D**
**RESIDENT DATA PRIVACY ADDENDUM**

AvalonBay's Data Privacy Policy is available for your review at https://www.avaloncommunities.com/privacy-policy.
For California Residents, our California Privacy Notice is available at
https://www.avaloncommunities.com/california-privacy-notice.  For New York City Residents, your apartment home is
outfitted with electronic entry and, in some cases, other services that may be covered by the New York City Tenant
Data Privacy Act (NYCTDPA).

In addition, the providers of the Services described in this Technology Connect Lease Addendum may have their own
privacy policies which will apply to the extent you engage directly with them (such as through a mobile application).




# clean paws pledge

Account# CA120-003-3615-1

Welcoming our pet residents with clean, inviting spaces to roam and play is an important part of our WAG Program. Together, we can help keep our community pet-friendly and people-friendly, too.

*I promise to clean up after my pet and to encourage my neighbors to do the same, to help keep everyone's paws clean, healthy, and happy.*

*Lani Ginoza*
**Lani Ginoza**

*09/29/2023*
Date

*Tiffany Lu*
**Tiffany Lu**

*09/29/2023*
Date

AvalonBay Communities, Inc., Manager As Agent for Owner
by: *Christy Torres, 09/30/2023*
Date

## Thank You for helping us keep tails WAGging



© 2015, AvalonBay Communities, Inc. All rights reserved

This document reference number FP008252604 was electronically executed by the parties on the date(s) noted.

TL    LG

**IN CASE OF FIRE
USE STAIRWAY FOR EXIT
DO NOT USE ELEVATOR**

### IF YOU ARE ABLE TO LEAVE YOUR ROOM

- Close your unit door, and take your unit key with you.
- If there is smoke, stay low to the ground.
- Use stairways to evacuate.
- Never use elevators during a fire. They could stop at floors that contain fire.
- Handicapped persons should proceed to stairwell for assistance.
- Pull the closest fire alarm and warn other people in the area.
- If there is a telephone available, dial 911.

### IF TRAPPED IN YOUR ROOM

- If your front door is hot, don't open it.
- Call the Fire Department at 91 1.
- Wedge cloth material along the bottom of the door to keep smoke out.
- Close as many doors as possible between you and the fire.
- Block air conditioning vents if there is smoke coming in.
- Open windows cautiously so as not to allow outside smoke to enter the room. Remember, if you have broken the window, you cannot close it again if you need to.

Smoke detectors are provided for your personal safety. Anyone who willfully and maliciously tampers with, damages, breaks, or removes any required smoke detector shall be guilty of a misdemeanor. Any person who willfully and maliciously sends, gives, transmits, or sounds any false alarm of fire is guilty of a misdemeanor.









This pamphlet was produced cooperatively by



**California Apartment Association**
980 Ninth Street, Suite 1430
Sacramento, CA 95814
(800) 967-4222

**California State Firefighters' Association, Inc.**
2701 K Street, Suite 201
Sacramento, CA 95816

**Mexican American Legal Defense and Educational Fund**
634 South Spring Street, 11th Floor
Los Angeles, CA 90014

**Western Center on Law & Poverty, Inc.**
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010

Approved by the California State Fire Marshal



© Copyright 2010 California Apartment Association. All Rights Reserved.

*Unauthorized reproduction of this document is prohibited.*

**IMPORTANT
Do Not Discard**

# Emergency Procedure Information for Tenants



This pamphlet is provided by the building management for your safety. It tells you what to do in case of fire in this building. Please read it and retain for reference.

**EN CASO DE INCENDIO,
USE LAS ESCALERAS PARA SALIR.
NO USE EL ASCENSOR.**

**SI PUEDE SALIR DE SU
HABITACIÓN:**

- Cierre la puerta de su unidad y lleve consigo la llave de la misma.
- Si hay humo, manténgase tan cerca del suelo como pueda.
- Use las escaleras para evacuar el edificio.
- Nunca use los ascensores durante un incendio. Pueden detenerse en pisos donde hay fuego.
- Las personas minusválidas deben dirigirse a la caja de la escalera para que los ayuden.
- Hale la alarma de incendio más cercana y alerte a las personas que estén en el lugar.
- Si hay un teléfono, llame al 911.

**SI QUEDA ATRAPADO EN SU
HABITACIÓN:**

- Si la puerta principal está caliente, no la abra.
- Llame al Departamento de Bomberos al 911.
- Tape la parte de abajo de la puerta con paños o géneros para que no entre humo.
- Cierre cuantas puertas le sea posible entre usted y el fuego.
- Bloquee las aberturas del aire acondicionado si está entrando humo por ellas.
- Abra las ventanas con cuidado, de modo que el humo de afuera no entre en la habitación. Recuerde, si rompe una ventana, no podrá volver a cerrarla, en caso de que necesitara hacerlo.

Los detectores de humo son para su seguridad personal. Toda persona que voluntaria y maliciosamente manipule, dañe, rompa o remueva un detector de humo necesario, será culpable de un delito. Asimismo, toda persona que voluntaria y maliciosamente envíe, entregue, transmita o haga sonar una falsa alarma de incendio, será culpable de un delito.

**KUNG MAY SUNOG
GAMITIN ANG HAGDANAN SA
PAGLABAS
HUWAG GAGAMITIN ANG ELEBEYTOR**

**KUNG MAKALALABAS KAYO NG
INYONG SILID**

- Isara ang pinto ng yunit, at tangayin ang susi nito.
- Kung may usok, dumikit sa lapag.
- Gamitin ang hagdanan sa paglisan.
- Huwag na huwag gagamitin ang elebeytor kung may sunog. Maaaring huminto ito sa mga palapag na may apoy.
- Kailangang tumuloy sa gawi ng hagdanan ang mga may kapansanan upang maasistehan.
- Haltakin ang pinakamalapit na sirena ng sunog at bigyang babala ang lahat ng tao sa inyong lugar.
- Kung may magagamit na telepono, tumawag sa 911.

**KUNG NAKULONG KAYO SA INYONG
SILID**

- Kung mainit ang harap ng pinto, huwag itong bubuksan.
- Tumawag sa Departamento Para sa Pagsugpo ng Sunog sa 911.
- Pasakan ng tela ang siwang sa ilalim ng pinto upang huwag makapasok ang usok.
- Isara ang pinakamaraming bilang ng pinto sa pagitan ninyo at ng apoy.
- Pasakan rin ang daanan ng hangin ng air-con kung may lumalabas na usok duon.
- Maging maingat sa pagbubukas ng mga bintana upang huwag makapasok sa silid ang usok na nagmumula sa labas. Tandaan, kung nabasag na ang bintana, hindi na ito maisasara pa kung kinakailangan.

Ang mga smoke detector o panghudyat ng usok ay ikinabit upang mapangalagaan ang inyong kaligtasan. Ang sinumang manadya at pakutyang makialam, sumira, bumasag o magtanggal ng mga kinakailangang smoke detektor ay lumalabag sa batas. Ang sinumang manadya at pakutyang magpadala, magbigay, tumawag o gumawa ng ingay na nagbibigay ng maling senyales ng sunog ay lumalabag sa batas.

**KHI CÓ HỎA HOẠN
DÙNG CẦU THANG ĐỂ THOÁT RA NGOÀI
ĐỪNG DÙNG THANG MÁY**

**NẾU BẠN CÓ THỂ RỜI KHỎI PHÒNG**

- Khóa cửa phòng lại và mang chìa khóa theo.
- Nếu thấy có khói, hãy nằm sát mặt đất.
- Dùng cầu thang để thoát ra ngoài.
- Đừng bao giờ dùng thang máy khi có hỏa hoạn, vì thang máy có thể ngừng lại ở từng lầu đang bị cháy.
- Những người bị tàn tật nên đợi ở ngoài cầu thang để được giúp đỡ.
- Kéo cần báo động hỏa hoạn gần nơi bạn nhất và báo cho người trong khu đó biết.
- Nếu có điện thoại, gọi số 911.

**NẾU BẠN BỊ KẸT Ở TRONG PHÒNG**

- Nếu thấy cửa ra ngoài bị nóng, xin đừng mở cửa.
- Gọi Sở Cứu Hỏa ở số 911.
- Nhét khăn vào dưới kẹt của cửa để ngăn cho khói không vào phòng.
- Đóng càng nhiều cửa càng tốt để cô lập bạn và nơi đang bị cháy.
- Đóng ống thông hơi gió lại nếu thấy có khói thoát ra từ đó.
- Mở cửa sổ một cách cẩn thận để khói ở ngoài không lọt vào phòng. Hãy nhớ rằng, nếu bạn đã đập bể cửa sổ, bạn sẽ không đóng được cửa sổ đó lại khi cần.

Máy báo động hỏa hoạn được cung cấp để giữ an toàn cho bạn. Những người cố tình và cố ác ý cậy phá, làm hỏng, đập bể, hoặc tháo gỡ bất cứ máy báo động hỏa hoạn nào sẽ được coi là phạm tội sơ thẩm. Những người nào cố tình và cố ác ý gửi đi, thông báo, truyền tin, hoặc báo động hỏa hoạn giả tạo sẽ bị coi là phạm tội sơ thẩm.

**萬一發生火警
請使用樓梯作為出口
不要使用電梯**

**如果你能夠離開你的房間**

- 將你居住房間的房門關上，並將房門鑰匙隨身帶上。
- 如果冒煙，盡量貼近地面。
- 過樓時使用樓梯作為逃生出口。
- 在發生火災時千萬不要使用電梯。電梯可能在發生火災的樓層停下。
- 殘障人士應到樓梯前以尋求援助。
- 將距離最近的火警警報拉下，並警告附近的其他人進快離開。
- 如果找到電話，打 911 求助。

**如果被關在房間內**

- 如果你的房門很燙，請不要開門。
- 打 911 電話向消防隊求助。
- 用布條將門下的門縫堵住，以阻止濃煙進入房間。
- 將你和火源之間的所有房門關上，關上的房門越多越好。
- 如果煙霧從空調系統進入房間，應關閉空調系統的出口。
- 打開窗門要十分小心，以防濃煙從外面吹進。記住，如果你將窗戶的玻璃打破，你可能在需要時再也無法關上。

為了你的安全起見，我們安裝了煙霧報警器。任何人故意並惡意地損壞、破壞、打爛、拆走必需的煙霧報警器的行為均屬於不端行為的輕罪。任何人故意並惡意地捏造、發出、傳遞、偽報不實的火警，也屬於不端行為的輕罪。

# Signature Certificate

## Document Reference:1696030346460

**Lani Ginoza**

Email: laniginoza@gmail.com

IP Address: 204.12.74.139

Electronic Signature

*Lani Ginoza*

**Tiffany Lu**

Email: tiffanylu68@gmail.com

IP Address: 204.12.74.139

Electronic Signature

*Tiffany Lu*

**Christy Torres, CTorres106**

Email:

IP Address: 204.12.74.139

Electronic Signature

*Christy Torres*

## Transaction ID: FP008252604

| TimeStamp | Audit |
|---|---|
| 2023-09-29 23:27:52 | Document created by user BDUDRA; IP: 204.12.74.139 |
| 2023-09-29 23:32:26 | Document emailed to: laniginoza@gmail.com (Lani |

| TimeStamp | Audit |
|---|---|
| | Ginoza), tiffanylu68@gmail.com (Tiffany Lu), |
| 2023-09-29 22:54:57 | Document viewed by: laniginoza@gmail.com (Lani Ginoza) |
| 2023-09-29 22:54:58 to 2023-09-29 22:55:08 | page 1 |
| 2023-09-29 22:55:08 to 2023-09-29 22:56:37 | page 2 |
| 2023-09-29 22:56:37 to 2023-09-29 22:56:52 | page 3 |
| 2023-09-29 22:56:52 to 2023-09-29 22:57:05 | page 4 |
| 2023-09-29 22:57:05 to 2023-09-29 22:57:13 | page 5 |
| 2023-09-29 22:57:13 to 2023-09-29 22:57:38 | page 6 |
| 2023-09-29 22:57:38 to 2023-09-29 22:57:43 | page 7 |
| 2023-09-29 22:57:43 to 2023-09-29 22:58:06 | page 8 |
| 2023-09-29 22:58:06 to 2023-09-29 22:58:14 | page 9 |
| 2023-09-29 22:58:14 to 2023-09-29 22:58:20 | page 10 |
| 2023-09-29 22:58:20 to 2023-09-29 22:58:25 | page 11 |
| 2023-09-29 22:58:25 to 2023-09-29 22:58:52 | page 12 |
| 2023-09-29 22:58:52 to 2023-09-29 22:58:58 | page 13 |
| 2023-09-29 22:58:58 to 2023-09-29 22:59:05 | page 14 |
| 2023-09-29 23:00:08 | Document signed by: laniginoza@gmail.com (Lani Ginoza) |
| 2023-09-30 02:55:53 | Document viewed by: tiffanylu68@gmail.com (Tiffany Lu) |
| 2023-09-30 02:55:53 to 2023-09-30 02:56:01 | page 1 |
| 2023-09-30 02:56:01 to 2023-09-30 02:56:09 | page 2 |
| 2023-09-30 02:56:09 to 2023-09-30 02:56:15 | page 3 |
| 2023-09-30 02:56:15 to 2023-09-30 02:56:20 | page 4 |
| 2023-09-30 02:56:20 to 2023-09-30 02:56:25 | page 5 |
| 2023-09-30 02:56:25 to 2023-09-30 02:56:36 | page 6 |
| 2023-09-30 02:56:36 to 2023-09-30 02:56:42 | page 7 |
| 2023-09-30 02:56:42 to 2023-09-30 02:56:47 | page 8 |
| 2023-09-30 02:56:47 to 2023-09-30 02:56:53 | page 9 |
| 2023-09-30 02:56:53 to 2023-09-30 02:56:59 | page 10 |
| 2023-09-30 02:56:59 to 2023-09-30 02:57:04 | page 11 |
| 2023-09-30 02:57:04 to 2023-09-30 02:57:09 | page 12 |
| 2023-09-30 02:57:09 to 2023-09-30 02:57:15 | page 13 |
| 2023-09-30 02:57:15 to 2023-09-30 02:57:20 | page 14 |
| 2023-09-30 02:57:28 | Document signed by: tiffanylu68@gmail.com (Tiffany Lu) |

| TimeStamp | Audit |
| --- | --- |
| **2023-09-30 15:57:53** | **Document viewed by: Christy Torres, CTorres106** |
| **2023-09-30 15:57:53** | **Document counter signed by: Christy Torres, CTorres106** |

# EXHIBIT 2



# California USA

## DRIVER LICENSE

**DL** F8341222

**EXP** 09/21/2029

**LN** GINOZA

**FN** LANI MEI-LIM

6887 WATERCOURSE DR
CARLSBAD, CA 92011

**DOB** 09/21/1998

**RSTR** CORR LENS

**DONOR**

CLASS C

END NONE

09211998

CLASS C

**SEX** F       **HAIR** BLK       **EYES** BRN
**HGT** 5'-05"   **WGT** 120 lb

**ISS**
08/15/2024

**DD** 08/15/2024689AY/DDFD/29

# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ALICE ROSENBLUM, on behalf of herself
and all others similarly situated,

            CASE NO.: 1:25-cv-20899-JEM

  Plaintiff,

v.

PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California
Limited Liability Company, WLM
MANAGEMENT LLC, a California Limited
Liability Company, LUCY GUO, ALEC
CELESTIN, and LANI GINOZA,

  Defendants.

_____/

### AFFIDAVIT OF KAREN LIM

I, Karen Lim, hereby declare and state as follows:

1. My name is Karen Lim. I am over the age of eighteen and fully competent to make this declaration. The information herein is based on my own personal knowledge and observations.

2. I am the mother of Lani Ginoza. I currently reside with my husband, Nathan Ginoza, in California at the following address: 6887 Watercourse Drive, Carlsbad, California 92011. I am personally familiar with the living arrangements within our household, including Lani's return to and continued residence in our home.

3. Prior to August 2024, Lani lived independently in an apartment located at 6677 Santa Monica Boulevard, Apartment #3615, in Los Angeles, California.

4. In or around early August 2024, Lani informed me that she would not be renewing her lease at that apartment and had decided to move back into our home. At the time, I was experiencing some health issues, and she expressed a desire to assist me.

5. Lani vacated her apartment, moved her personal belongings to our residence, and has lived here continuously since that time. She has her own bedroom in our home, where she sleeps every night, except when she is away on vacation.

6. Based on my direct and ongoing observations, I can confirm that since August 2024, Lani's permanent and primary residence has been our family home.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _June 12, 2025_ at _Carlsbad_, California.

_Karen L_
Karen Lim

A notary public or other officer completing this
certificate verifies only the identity of the individual who signed the document to which this
certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Diego_

Subscribed and sworn to (or affirmed) before me on this _12_ day of _June_, 20_25_, by _Karen Lim_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

DYLAN THOMPSON
Commission No. 2392816
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires February 4, 2026

# EXHIBIT 4

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ALICE ROSENBLUM, on behalf of herself
and all others similarly situated,

    CASE NO.: 1:25-cv-20899-JEM

    Plaintiff,

v.

PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California
Limited Liability Company, WLM
MANAGEMENT LLC, a California Limited
Liability Company, LUCY GUO, ALEC
CELESTIN, and LANI GINOZA,

    Defendants.

_____/

## <u>AFFIDAVIT OF NATHAN GINOZA</u>

I, Nathan Ginoza, hereby declare and state as follows:

1. My name is Nathan Ginoza. I am over the age of eighteen and competent to make this declaration. The statements herein are based on my personal knowledge.

2. I am the father of Lani Ginoza.

3. Lani previously resided at 6677 Santa Monica Boulevard, Apartment #3615, in Los Angeles, California, under a lease that expired in or around August 2024.

4. After her lease ended, Lani vacated the Santa Monica apartment and moved back into my home, which I share with my wife, Karen Lim, located at California at the following address: 6887 Watercourse Drive, Carlsbad, California 92011. She has lived in our home continuously since that time.

5. On the morning of March 5, 2025, in connection with a separate legal matter pending in the Superior Court of California in Los Angeles County, Case No. 24SMCV00099, a process server delivered a third-party subpoena directed to Lani at our home. I personally accepted service on her behalf and informed her promptly. She reviewed and acknowledged the subpoena without hesitation.

6. Based on my observations, Lani has lived openly and consistently in our home since August 2024. I have never known her to conceal her location or avoid legal process in any way.

7. Based on my direct and ongoing observations, I can confirm that since August 2024, Lani's permanent and primary residence has been our family home.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _June 12, 2025_ at _Carlsbad_ , California.

_Nwt Gro_
Nathan Ginoza

**{JURAT ON FOLLOWING PAGE}**

A notary public or other officer completing this
certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the
truthfulness, accuracy, or validity of that
document.

State of California

County of _San Diego_

Subscribed and sworn to (or affirmed) before me on this _12_ day of _June_, 202_5_, by
_Nathan Ginoza_, proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

> DYLAN THOMPSON
> Commission No. 2392816
> NOTARY PUBLIC - CALIFORNIA
> SAN DIEGO COUNTY
> Commission Expires February 4, 2026

_____
Signature

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALICE ROSENBLUM, on behalf of herself
and all others similarly situated,

CASE NO.: 1:25-cv-20899-JEM

    Plaintiff,

v.

PASSES, INC., a Delaware Corporation,
NOFHOTOS GROUP LLC, a California
Limited Liability Company, WLM
MANAGEMENT LLC, a California Limited
Liability Company, LUCY GUO, ALEC
CELESTIN, and LANI GINOZA,

    Defendants.

_____/

## AFFIDAVIT OF LANI GINOZA

I, Lani Ginoza, hereby declare and state as follows:

1.  My name is Lani Ginoza. I am over the age of eighteen and competent to make this declaration. The statements herein are based on my personal knowledge.

2.  I was previously a tenant at 6677 Santa Monica Boulevard, Apartment #3615, Los Angeles, California. My lease at that address ended on August 10, 2024.

3.  After moving out, I relocated to my parents' home at 6887 Watercourse Drive, Carlsbad, California 92011, where I reside with my mother, Karen Lim, and my father, Nathan Ginoza. I have continuously resided there since August 2024.

4.  The following day, on August 11, 2024, I updated my California driver's license to reflect my new address and on August 9, 2024, I submitted a Change of Address Order request with the United States Postal Service to ensure that all mail directed to me would be forwarded to my parents' residence.

5.  Since vacating the Santa Monica Boulevard apartment, I have not resided there, received mail there, or treated it as my usual place of abode. I have no ongoing connection to that address.

6.  Despite this, I understand that a process server attempted service six times at the Santa Monica address and ultimately claimed substitute service was made on an unnamed "co-resident." However, I do not know who this person was, and no one living at that address has been a co-resident or associated with me since I moved out.

7.  I was not personally served with the summons or complaint in this case, and I have never attempted to avoid service of process.

8.  To the contrary, in a matter currently pending in the Superior Court of California in Los Angeles County, Case No. 24SMCV00099, a third-party subpoena directed to me was served on my father, Nathan Ginoza, at our home. He promptly gave it to me, and I accepted service without issue.

9.  I was aware of this lawsuit and made a strategic decision not to respond based on the advice of counsel that I should be served by Plaintiff before filing any response. Upon learning of the default entered against me predicated upon improper service I instructed my lawyers to immediately move to vacate the default the same day it was entered.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _June 12, 2025_ at _Carlsbad_, California.

_Lani Ginoza_
Lani Ginoza

**{JURAT ON FOLLOWING PAGE}**

A notary public or other officer completing this
certificate verifies only the identity of the individual who signed the document to which this
certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Diego_

Subscribed and sworn to (or affirmed) before me on this _12_ day of _June_, 20_25_, by
_Lani  Ginoza_, proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

DYLAN THOMPSON
Commission No. 2392816
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires February 4, 2026

_____
Signature