UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated, | CASE NO.: 1:25-cv-20899-JEM |
| Plaintiff, | |
| v. | |
| PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA, | |
| Defendants. | |
| _____/ | |

## [PROPOSED] ORDER GRANTING DEFENDANT LANI GINOZA'S UNOPPOSED MOTION TO QUASH SERVICE OF PROCESS AND SET ASIDE CLERK'S DEFAULT

This cause came on to be considered on Defendant Lani Ginoza's Unopposed Motion to Quash Service of Process and Set Aside Clerk's Default (the "Motion") (ECF No.__). Upon review of the Motion, it is accordingly ORDERED AND ADJUDGED that the Motion is GRANTED, Clerk's Entry of Default as to Lani Ginoza Entered June 4th, 2025 is hereby vacated and Service of Process as to Lani Ginoza dated April 7th, 2025 is quashed.

DONE AND ORDERD in Chambers this _____ in Miami-Dade County, Florida.

_____
Honorable Jose E. Martinez
United States District Judge

Copies furnished to: All Counsel of Record.