UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20899-CIV-MARTINEZ

ALICE ROSENBLUM, on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

PASSES, INC., NOFHOTOS GROUP LLC,
WLM MANAGEMENT LLC, LUCY GUO,
ALEC CELESTIN, and LANI GINOZA,

    Defendants.
_____/

## ORDER SETTING ASIDE CLERK'S DEFAULT AND QUASHING SERVICE

**THIS CAUSE** came before the Court upon Defendant Lani Ginoza's Unopposed Motion to Quash Service of Process and Set Aside the Clerk's Default ("Motion"), (ECF No. 43). Plaintiff does not oppose the relief sought. After careful consideration, and for good cause shown, it is

**ORDERED AND ADJUDGED** that:

1. Defendant Lani Ginoza's Motion, (ECF No. 43), is **GRANTED**.

2. The Clerk's Entry of Default against Defendant Lani Ginoza, (ECF No. 39), is hereby **VACATED**.

3. Service of process as to Defendant Lani Ginoza, dated April 7, 2025, (ECF No. 31), is **QUASHED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of June 2025.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record