## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALICE ROSENBLUM,
on behalf of herself and all others similarly
situated,

                    Plaintiff,

          v.

PASSES, INC., NOFHOTOS GROUP LLC,
WLM MANAGEMENT LLC, LUCY GUO,
ALEC CELESTIN, and LANI GINOZA,

                    Defendants.

Civ. Action No. 1:25-cv-20899-JEM

### DECLARATION OF ROLLO C. BAKER IV IN SUPPORT OF DEFENDANTS PASSES, INC. AND LUCY GUO'S MOTION TO STAY DISCOVERY

I, Rollo C. Baker IV, declare under penalty of perjury as follows:

1.       I am a member of the Bar of the State of New York and a Partner at Elsberg, Baker & Maruri, PLLC, counsel to Defendants Passes, Inc. and Lucy Guo.  I have been admitted *pro hac vice* to appear in this action.  I respectfully submit this Declaration in support of Defendants Passes, Inc. and Lucy Guo's Motion to Stay Discovery.

2.       Attached as Exhibit A hereto is a true and correct copy of Plaintiff's First Request to Produce to Defendants Passes, Inc. and Lucy Guo, dated May 30, 2025.

3.       Attached as Exhibit B hereto is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendant Passes, Inc., dated June 16, 2025.

4.       Attached as Exhibit C hereto is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendant Lucy Guo, dated July 2, 2025.

5.      Attached as Exhibit D hereto is a true and correct copy of the court's Order Granting

Defendants' Motion to Stay Discovery in *Doe v. Kik Interactive, Inc. et al.*, No. 0:20-CV-60702-

AHS, ECF No. 32 (S.D. Fla. June 29, 2020).


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2025.

/s/ *Rollo C. Baker IV*
Rollo C. Baker IV
