# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60702-CIV-SINGHAL

JANE DOE, a minor,

    Plaintiff,

v.

KIK INTERACTIVE, INC., a Canadian corporation,
and MEDIALAB.AI INC., a Delaware corporation,

    Defendants.
_____/

### ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Stay Discovery (DE [27]). Defendants argue their pending Motions to Dismiss are dispositive and likely to succeed and, therefore, request a temporary stay of discovery pending resolution of the motions. Defendants claim immunity under the Communications Decency Act, 47 U.S.C. § 230 ("CDA § 230") and argue that Plaintiff has not, and cannot, allege that Defendants knowingly and actively participated in sex trafficking. The Court has reviewed the pending Motions to Dismiss and agrees with Defendants' assessment that the motions, if granted, would resolve or substantially reduce the scope of the claims.

    Earlier this month, the Eleventh Circuit reiterated its concern regarding the burdens and costs of conducting discovery before potentially dispositive motions are resolved. "Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should ... be resolved before discovery begins." *Isaiah v. JPMorgan Chase Bank,* 960 F.3d 1296, 1308 (11th Cir. 2020) (quoting *Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1367 (11th Cir. 1997)). Thus, the

1

Court concludes that discovery should be stayed pending resolution of the Motions to Dismiss.

In her response to the Motion (DE [31]) Plaintiff states that she agrees with the stay, if the Court finds that Defendants waived any additional objections to previously served discovery requests. The Magistrate Judge has ruled upon that issue (DE [30]) and found no waiver. There is no basis in the record for the Court to find a waiver by Defendants or to make the stay of discovery conditional upon a waiver. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Stay Discovery (DE [27]) is **GRANTED.** Discovery shall be stayed pending resolution of Defendants' Motions to Dismiss. To preserve efficiency, the parties may consult and submit a proposed confidentiality order at any time regardless of the stay of discovery.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of June 2020.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE