UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual, ALEC CELESTIN, an individual, and LANI GINOZA, an individual,

Defendants.

## DECLARATION OF BRIAN T. BURNS IN SUPPORT OF PLAINTIFF ALICE ROSENBLUM'S FIRST MOTION TO COMPEL DEFENDANTS PASSES, INC. AND LUCY GUO TO PRODUCE DOCUMENTS

Brian T. Burns, an attorney admitted *pro hac vice* to practice before this Court, affirms pursuant to 28 U.S.C. § 1746, as follows under the penalty of perjury:

1. I am a partner of Clark Smith Villazor LLP, attorneys for Plaintiff Alice Rosenblum ("Plaintiff").

2. I make this declaration in support of Plaintiff's first motion to compel Defendants Passes, Inc. and Lucy Guo (collectively, the "Passes Defendants") to produce documents.

3. I am fully familiar with the facts, circumstances, and proceedings set forth herein.

4. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' first request to produce directed to the Passes Defendants, dated May 30, 2025.

5. Attached as **Exhibit 2** is a true and correct copy of the Passes Defendants' responses and objections to Plaintiff's first set of requests for production of documents, dated June 30, 2025.

6. Attached as **Exhibit 3** is a true and correct copy of a stipulation extending the deadlines set forth in Southern District of Florida Local Rule 26.1(g)(2)(A)(i) an additional 7 days pursuant to Southern District of Florida Local Rule 26.1(g)(2)(C), entered into between Plaintiff and the Passes Defendants, dated July 25, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2025
New York, New York

/s/ Brian T. Burns
Brian T. Burns