UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PASSES, INC., a Delaware Corporation, NOFHOTOS GROUP LLC, a California Limited Liability Company, WLM MANAGEMENT LLC, a California Limited Liability Company, LUCY GUO, ALEC CELESTIN, and LANI GINOZA,

Defendants.

**STIPULATION PURSUANT TO S.D. FLA. L.R. 26.1(g)(2)(C)**

In accordance with Southern District of Florida Local Rule 26.1(g)(2)(C), Plaintiff ALICE ROSENBLUM, on behalf of herself and all others similarly situated (the "Plaintiff"), on the one hand, and PASSES, INC., a Delaware corporation, and LUCY GUO, an individual (collectively, the "Passes Defendants"), on the other hand, hereby agree that the deadlines set forth in Southern District of Florida Local Rule 26.1(g)(2)(A)(i) shall be extended an additional 7 days, through and including Monday, August 4, 2025, as applicable to the Passes Defendants' Responses and Objections to Plaintiff Alice Rosenblum's First Set of Requests for Production of Documents, which were served on the Plaintiff on June 30, 2025.

[ATTORNEY SIGNATURES TO FOLLOW]

FOR THE PLAINTIFF:

*/s/ Jonathan Noah Schwartz*
Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
E-Mail: JS@JSJB.Law; Tel.: (305) 577-4626
Schwartz Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St., Miami, FL 33131

    Dated: July 25, 2025

FOR THE DEFENDANTS:

/s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
Freddy Funes
Florida Bar No. 87932
Toth Funes PA
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
btoth@tothfunes.com
ffunes@tothfunes.com

*Counsel for Defendants Passes, Inc. and Lucy Guo*