# Exhibit 1

# Chase Shelton

| | |
|---|---|
| **From:** | Chase Shelton |
| **Sent:** | Wednesday, July 16, 2025 11:40 AM |
| **To:** | Jonathan Schwartz; Christopher Clark; Rodney Villazor; Michelle Lee; Natalia Lima; Jerry Breslin; jose@xanderlaw.com; brian.burns@csvllp.com |
| **Cc:** | Rollo Baker; Vivek Tata; Alexander Davis; Brian W. Toth; Freddy Funes |
| **Subject:** | RE: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899 |

Counsel,

We write to follow up on yesterday's meet and confer. As explained in the parties' Joint Scheduling Report, in the Passes Defendants' Responses and Objections to Plaintiff's First Set of Document Requests, on yesterday's meet and confer, and in the Passes Defendants' recently filed Motion to Stay Discovery, the Passes Defendants' position is that discovery should be stayed pending the outcome of their Motion to Dismiss. Should the case proceed to discovery, we are willing to meet and confer again regarding Plaintiff's document requests, including the Passes Defendants' responses and objections to specific document requests, and expect the parties will be able to make progress.

**Chase Shelton**
Associate [Bio]
_____
**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)

---

**From:** Jonathan Schwartz <js@jsjb.law>
**Sent:** Wednesday, July 9, 2025 7:21 PM
**To:** Chase Shelton <cshelton@elsberglaw.com>; Christopher Clark <clark@csvllp.com>; Rodney Villazor <rodney.villazor@csvllp.com>; Michelle Lee <michelle.lee@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Jerry Breslin <jb@jsjb.law>; jose@xanderlaw.com
**Cc:** Rollo Baker <rbaker@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>; Brian W. Toth <btoth@tothfunes.com>; Freddy Funes <ffunes@tothfunes.com>
**Subject:** Re: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899

It does. I will send a zoom now.

Respectfully,

Jonathan Noah Schwartz, Esq.
Schwartz | Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St.
Miami, FL 33131
Cell: (973) 936-2176

1

**From:** Chase Shelton <cshelton@elsberglaw.com>
**Date:** Wednesday, July 9, 2025 at 5:37 PM
**To:** Jonathan Schwartz <js@jsjb.law>, Christopher Clark <clark@csvllp.com>, Rodney Villazor <rodney.villazor@csvllp.com>, Michelle Lee <michelle.lee@csvllp.com>, Natalia Lima <natalia.lima@csvllp.com>, Jerry Breslin <jb@jsjb.law>, jose@xanderlaw.com <jose@xanderlaw.com>
**Cc:** Rollo Baker <rbaker@elsberglaw.com>, Vivek Tata <vtata@elsberglaw.com>, Alexander Davis <adavis@elsberglaw.com>, Brian W. Toth <btoth@tothfunes.com>, Freddy Funes <ffunes@tothfunes.com>
**Subject:** RE: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899

Jonathan, does Tuesday at 2pm work for you all?

**Chase Shelton**
Associate [Bio]

---

**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)

---

**From:** Jonathan Schwartz <js@jsjb.law>
**Sent:** Wednesday, July 9, 2025 1:21 PM
**To:** Chase Shelton <cshelton@elsberglaw.com>; Christopher Clark <clark@csvllp.com>; Rodney Villazor <rodney.villazor@csvllp.com>; Michelle Lee <michelle.lee@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Jerry Breslin <jb@jsjb.law>; jose@xanderlaw.com
**Cc:** Rollo Baker <rbaker@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>; Brian W. Toth <btoth@tothfunes.com>; Freddy Funes <ffunes@tothfunes.com>
**Subject:** Re: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899

Counsel:

We seek to arrange a conferral relative to the below-served Responses and Objections pursuant to S.D. Fla. L.R. 7.1(a)(3). Please kindly advise as to your availability for a Zoom conferral this coming Monday or Tuesday. Thank you.

Respectfully,

Jonathan Noah Schwartz, Esq.
Schwartz | Breslin PLLC
The Alfred I. DuPont Building, Ste. 700
169 E. Flagler St.
Miami, FL 33131
Cell: (973) 936-2176

---

**From:** Chase Shelton <cshelton@elsberglaw.com>
**Date:** Monday, June 30, 2025 at 8:36 PM
**To:** Christopher Clark <clark@csvllp.com>, Rodney Villazor <rodney.villazor@csvllp.com>, Michelle Lee <michelle.lee@csvllp.com>, Natalia Lima <natalia.lima@csvllp.com>, Jonathan Schwartz <js@jsjb.law>, Jerry Breslin <jb@jsjb.law>, jose@xanderlaw.com <jose@xanderlaw.com>

**Cc:** Rollo Baker <rbaker@elsberglaw.com>, Vivek Tata <vtata@elsberglaw.com>, Alexander Davis <adavis@elsberglaw.com>, Brian W. Toth <btoth@tothfunes.com>, Freddy Funes <ffunes@tothfunes.com>
**Subject:** Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899

Counsel,

Attached please find Defendants Passes, Inc. and Lucy Guo's Responses and Objections to Plaintiff's First Set of Requests for the Production of Documents in the above-captioned action.

Best,
Chase

**Chase Shelton**
Associate [Bio]

_____

**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)