UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself
and all others similarly situated,

                Plaintiff,

v.

PASSES, INC., a Delaware corporation,
NOFHOTOS GROUP LLC, a California
limited liability company, WLM
MANAGEMENT LLC, a California limited
liability company, LUCY GUO, an
individual, ALEC CELESTIN, an individual,
and LANI GINOZA, an individual,

                Defendants.

### DECLARATION OF BRIAN T. BURNS IN SUPPORT OF PLAINTIFF ALICE ROSENBLUM'S FIRST MOTION TO COMPEL DEFENDANT PASSES, INC. TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Brian T. Burns, an attorney admitted *pro hac vice* to practice before this Court, affirms pursuant to 28 U.S.C. § 1746, as follows under the penalty of perjury:

1. I am a partner of Clark Smith Villazor LLP, attorneys for Plaintiff Alice Rosenblum ("Plaintiff").

2. I make this declaration in support of Plaintiff's first motion to compel Defendant Passes, Inc. ("Passes") to respond to Plaintiff's first set of interrogatories.

3. I am fully familiar with the facts, circumstances, and proceedings set forth herein.

4. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' first set of interrogatories directed to Passes, dated June 16, 2025.

5. Attached as **Exhibit 2** is a true and correct copy of Passes' responses and objections to Plaintiff's first set of interrogatories, dated July 16, 2025.

6. Attached as **Exhibit 3** is a true and correct copy of a stipulation extending the deadlines set forth in Southern District of Florida Local Rule 26.1(g)(2)(A)(i)-(iv) an additional 7 days pursuant to Southern District of Florida Local Rule 26.1(g)(2)(C), entered into between Plaintiff and Passes, dated August 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2025
New York, New York

/s/ Brian T. Burns
Brian T. Burns