UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20899-JEM

ALICE ROSENBLUM, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual, ALEC CELESTIN, an individual, and LANI GINOZA, an individual,

Defendants.

## DECLARATION OF BRIAN T. BURNS IN SUPPORT OF PLAINTIFF ALICE ROSENBLUM'S FIRST MOTION TO COMPEL DEFENDANT LUCY GUO TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Brian T. Burns, an attorney admitted *pro hac vice* to practice before this Court, affirms pursuant to 28 U.S.C. § 1746, as follows under the penalty of perjury:

1. I am a partner of Clark Smith Villazor LLP, attorneys for Plaintiff Alice Rosenblum ("Plaintiff").

2. I make this declaration in support of Plaintiff's first motion to compel Defendant Passes, Inc. ("Passes") to respond to Plaintiff's first set of interrogatories.

3. I am fully familiar with the facts, circumstances, and proceedings set forth herein.

4. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' first set of interrogatories directed to Guo, dated July 2, 2025.

5. Attached as **Exhibit 2** is a true and correct copy of Guo's objections to Plaintiff's first set of interrogatories, dated August 1, 2025.

6. Attached as **Exhibit 3** is a true and correct copy of an August 22, 2025 email sent by Chase Shelton, counsel to Guo, to Jonathan Schwartz, Christopher Clark, Rodney Villazor, Michelle Lee, Natalia Lima, James Adam George, and myself with the subject line, "RE: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899."

7. Attached as **Exhibit 4** is a true and correct copy of Guo's amended objections to Plaintiff's first set of interrogatories, dated August 27, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2025
New York, New York

/s/ Brian T. Burns
Brian T. Burns