# EXHIBIT 3

| | |
|---|---|
| **From:** | Chase Shelton |
| **To:** | Jonathan Schwartz; Adam George; Christopher Clark; Rodney Villazor; Brian Burns; Michelle Lee; Natalia Lima |
| **Cc:** | Rollo Baker; Vivek Tata; Alexander Davis; Ellie Baines; Brian W. Toth; Freddy Funes; Adam George |
| **Subject:** | RE: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899 |
| **Date:** | Friday, August 22, 2025 3:49:03 PM |

Brian, Adam,

At our August 20 meet and confer, you asked for authority on why your interrogatories to Lucy Guo violated the limits in Rule 33. Lucy and Passes are clearly only nominally separate parties so should be treated as one party for purposes of Rule 33's limits. Because you have already served more than 25 interrogatories on Passes, Lucy is not obligated to respond to any of the additional interrogatories served on her. *See Gonzalez v. United States*, 2023 WL 7102162, at *6–7 (E.D.N.Y. Oct. 27, 2023) (collecting cases); *Allen v. Sch. Bd. for Santa Rosa Cnty.*, 2011 WL 1831764, at *3 (N.D. Fla. May 12, 2011). Moreover, many of the interrogatories targeted at Lucy are simply additional requests for information about Passes, which you could not ask Passes because you were already at your Rule 33 limit. And Lucy was only named as part of an effort to shake down a deep-pocketed defendant, as your pre-litigation conduct demonstrates.

Chase Shelton
Associate [Bio]

_____

ELSBERG BAKER & MARURI PLLC [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)

**From:** Jonathan Schwartz <js@jsjb.law>
**Sent:** Monday, August 18, 2025 9:02 AM
**To:** Adam George <adam.george@csvllp.com>; Chase Shelton <cshelton@elsberglaw.com>; Christopher Clark <clark@csvllp.com>; Rodney Villazor <rodney.villazor@csvllp.com>; Brian Burns <brian.burns@csvllp.com>; Michelle Lee <michelle.lee@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>
**Cc:** Rollo Baker <rbaker@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>; Ellie Baines <ebaines@elsberglaw.com>; Brian W. Toth <btoth@tothfunes.com>; Freddy Funes <ffunes@tothfunes.com>; Adam George <adam.george@csvllp.com>
**Subject:** Re: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899

Counsel for Lucy Guo: Good morning. I am reaching out to arrange a conferral on the attached objections. Are you available on Wednesday for a zoom conferral?

Respectfully,

Jonathan Noah Schwartz, Esq.
Schwartz | Breslin PLLC
169 E. Flagler St., Ste. 700
Miami, FL 33131
Direct Cell: (973) 936-2176

---

**From:** Adam George <adam.george@csvllp.com>
**Date:** Thursday, August 14, 2025 at 4:07 PM
**To:** Chase Shelton <cshelton@elsberglaw.com>, Jonathan Schwartz <js@jsjb.law>, Christopher Clark <clark@csvllp.com>, Rodney Villazor <rodney.villazor@csvllp.com>, Brian Burns <brian.burns@csvllp.com>, Michelle Lee <michelle.lee@csvllp.com>, Natalia Lima <natalia.lima@csvllp.com>
**Cc:** Rollo Baker <rbaker@elsberglaw.com>, Vivek Tata <vtata@elsberglaw.com>, Alexander Davis <adavis@elsberglaw.com>, Ellie Baines <ebaines@elsberglaw.com>, Brian W. Toth <btoth@tothfunes.com>, Freddy Funes <ffunes@tothfunes.com>
**Subject:** RE: Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899

Counsel,

We do not consent to the protective order. We also reiterate that you must participate in discovery unless and until a stay is granted. You have to date provided no justification for your unilateral decision to grant yourself a stay, and we take your decision to file this motion as an acknowledgment of your failure to find any.

Best,
Adam

**Adam George**
Associate
Clark Smith Villazor LLP
New York, New York 10017
D: (212) 597-2331 | M: (317) 775-0604
www.csvllp.com

---

**From:** Chase Shelton <cshelton@elsberglaw.com>
**Sent:** Wednesday, August 13, 2025 10:08 PM
**To:** Jonathan Schwartz <js@jsjb.law>; Christopher Clark <clark@csvllp.com>; Rodney Villazor <rodney.villazor@csvllp.com>; Brian Burns <brian.burns@csvllp.com>; Michelle Lee <michelle.lee@csvllp.com>; Natalia Lima <natalia.lima@csvllp.com>; Adam George <adam.george@csvllp.com>

**Cc:** Rollo Baker <rbaker@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Alexander Davis <adavis@elsberglaw.com>; Ellie Baines <ebaines@elsberglaw.com>; Brian W. Toth <btoth@tothfunes.com>; Freddy Funes <ffunes@tothfunes.com>
**Subject:** Rosenblum v. Passes, Inc. et al., Case No. 25-cv-20899

Counsel,

We intend to file tomorrow a motion requesting that the court enter an order protecting the Passes Defendants from responding to all discovery requests pending the resolution of their Motion to Stay Discovery. The parties have previously orally conferred on the issue and were at an impasse, but please let us know whether you consent to the protective order by 5pm tomorrow, August 14, so we can proceed accordingly.

Best,
Chase

Chase Shelton
Associate [Bio]

_____
ELSBERG BAKER & MARURI PLLC [Web]
212.597.2643 (o)
314.570.7709 (m)
(he/him/his)